UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No.  2:12-CR-00241 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

----oo0oo----

There are no matters pending in this case for which defendant would need a transcript of Grand Jury proceedings. Defendant's Request for Grand Jury Testimony (Docket No. 65) is therefore DENIED.

Dated:  November 20, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1