UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| RAYMELL LAMAR EASON, | CR. NO. 2:12-00241 WBS |
|---|---|
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

        On July 8, 2016, petitioner Raymell Lamar Eason filed motion pursuant to 28 U.S.C. § 2255. (Docket No. 73.) The United States shall file an opposition to petitioner's motion no later than August 8, 2016. Petitioner may then file a reply no later than August 22, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED

Dated: July 11, 2016

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1