UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| RAYMELL LAMAR EASON, | **CR. NO.** 2:12-00241 WBS DB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

On September 19, 2016, petitioner Raymell Lamar Eason filed a pro se motion for relief from final judgment. (Docket No. 80.) The United States shall file an opposition to petitioner's motion no later than October 26, 2016. Petitioner may then file a reply no later than November 16, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.
///

1

1          IT IS SO ORDERED.

2  Dated:  September 22, 2016

3

4                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE