UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>RAYMELL LAMAR EASON,<br><br>  Movant. | Nos. 2:12-cr-0241 WBS DB<br>2:16-cv-1251-WBS-EFB<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 90.)

Movant has filed objections to the findings and recommendations. (ECF No. 91.) Movant stated in his objections that he only objects to the portion of the findings and recommendations related to the transcript of his sentencing proceedings. (Id.) Movant states that the plea agreement filed with the court stating that he received a sentence of 240 months imprisonment, even though he was sentenced to 210 months. However, sentencing minutes and memoranda

////

1

show that movant was sentenced to 210 months. Thus, there does not appear to be an error in sentencing, and no need to provide the requested transcripts.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 1, 2019, are adopted in full;

2. Movant's motion to reserve his rights under § 2255 (ECF No. 73) is denied.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2: 16-cv-1251-WBS-EFB, and to enter judgment.

Dated: October 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/easo0241.805vac