United States District Courts
Eastern District of California

United States of America        ]
                    (Plaintiff) ]
                                ]        Case No. 2:12-cr-0241
                                ]
vs.                             ]
                                ]
Raymell Eason                   ]
per se         (Defendant)      ]
_____]

**FILED**

**AUG 2 1 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

Motion for Sentence Modification
and Compassionate Release

Comes Now, Defendant Raymell Eason, Pro se, filing with the honorable court
of jurisdiction in the above entitled matter his "Motion to Modify terms of
Imprisonment" pursuant to Title 18, u.s.c section 3582(6)(2) / 3582(6)(1)(A)
citing Amendments to 2B3.1 of the Sentencing Guidelines and Compassionate
Release

Jurisdiction

Under Title 18 United States Code 3582(C)(2) and 3582(C)(1)(A) in the case
of a defendant who has been sentenced to a term of imprisonment, after considering
the factors set forth in section 3553(A) to the extent that they are applicable,
if such a reduction is consistent with applicable policy statements issued
by the Sentencing Commission (emphasis added) Further recognizing "the court"
to be the trial and sentencing United States District Court of original jurisdiction
in the matter, Defendant respectfully submits this motion hereto

## Background / Claim

1) On November 3, 2014 Eason plead guilty to two counts of 18 u.s.c. 1951(A) one count of conspiracy to commit robbery affecting interstate commerce in violation of the Hobbs Act (Hobbs Act Conspiracy), and one count of interference with commerce by attempted robbery. Eason was sentenced to 210 months and 12 months for violating probation to be ran consecutive.

On November 1, 2014 there was a guideline change that to 2B3.1 in which the monetary table was amended and change was made to the loss table and the Pines Table, the adjustment was for each table based on inflationary changes since the year each monetary table was last substationally amended ($1.00 in 1979

=1.91 in 2014. see exhibit A) Because the defendant's Presentence Investigative Report was done and filed 06-12-2014, Eason received one point more than he should have gotten, Eason was sentenced at a guideline of 30 but, had the court used the monetary amendment Eason would have been sentenced at a level 29.

Under 2B3.1 Loss Table Eason would have received 3 points had he been sentenced before November 1, 2014, but being that he was not, he should have only received 2 points because section D change of the Loss Table change from $250,000 to $500,000 (see exhibit B)

The court must also consite the Reduction in term of Imprisonment as a result of Amended Guideline Range (policy statement) 1B1.10.(B) In determining whether, and to what extent, a reduction in the term of imprisonment is warranted for a defendant eligible for consideration under 18 u.s.c. 3582(C)(2) The court must consider what if any guidline is warranted

2) Eason is also asking the court for Compassionate Release pursuant to 18 . u.s.c. 3582(C)(1)(A) base on Extraordinary and compelling Circumstances which could not have been forseen by the court at the time of sentencing, as set forth in 28 C.F.R. 571.61. The first element or reason for my request for a reduction in sentence under the Compassionate Release Statue is base on my

Debilitated Medical Conditions, as follow: stage 2 Kidney Disease, High Blood Pressure, Pre Diabetic and obesity. These debilitated medical condictions place me at a high risk for contagion on contracting covid-19, under the standards set forth by the Center for Disease Control and Prevention, the National Institution of Health, and the Memorandum of Attorney General William Barr.

These conditions are further exacerbated by reason #2 as follows: Subsection 1.: On May 18, 2020, the BOP issued an Internal "Memorandum for all chief Executive officers' which states on page 2: " Staff Testing" currently we are unable to offer staff testing in the institution (see exhibit C) This prima facie evidence proves why there have been thousands of inmates and staff infected with with covid-19 at Lompoc and nationwide, and many deaths. This reckless act by BOP officals not to demand that all BOP Employees be manditory tested is indeed the underlying cause why this National BOP policy of failing to protect has trickled down to C-Unit, hishousing unit at Lopoc, as explained in reason #2. Eason is living with other inmates who have experienced severe covid-19, some were quarantined, and were subsequently returned to his housing unit. Most of the men amongst him live in fear and trepidation of catching the Coronavirus; Eason is one of these men. The virus is proven to spread from person to person through respiratory droplets, close personal contact, and from contact with contaminated surfaces and objects. Infected people spread the virusto others even if they are A-symptomatic, so simply avoiding people who are coughing or visibly feverish is insufficient. Eason's housing unit holds 136 men including the inmates who had suffered covid-19. The showers are right next to each other, and social distancing is impossible. Many inmates who actually have experienced symptoms are too terrified to report that they may have covid-19, since inmates who have returned from quarantine here have described the Quarantine Unit as a " hell hole". (see exhibit D article from Santa Babara Independant), Inmates often cough and heave at night, waking others up. Inmates are always saying how frightened they are of coming down with coronavirus for many days

and then channels 3 and 12 News have reported that all inmates at Lompoc have been tested and that is not the case, only two units were tested. Experts at CDC have admitted that they do not know how long individuals who have had covid-19 remain contagious, Eason being subjected to condition of confinement that potentially expose me to disease and or death, in violation of the Eighth Amendment; by doing so, prison officals are in violation of 42 U.S.C. 27(A) Penalties for Violation of Quarantine Laws, and many be subject to fines and/or imprisonment, Reckless Endangerment, according to page 1385 of Black's Law Dictionary, 9th Edition (2014), is " the criminal act of putting another person at substantial risk of death or serious injury," which is a statutory requirement, not merely a common law offense.

This also constitutes Deliberate Indifference by Prison Executive Staff and Officals. The question before you is this, due to Lompoc's failure to protect, and in combination Eason's positive factors under 18 u.s.c. 3553(A), he would be more safe being granted Compassionate Release to his release location where verifiably no one is sick with covid-19, or is he safer here at Lompoc within a Petri Dish of unconstitutional condition of confinement where exposure to current or residual particles of the virus where Eason may encounter needless suffering or even death? Based on the aforesaid extraordinary and compelling conditions of confinement, Eason request relief under 18 u.s.c. 3582(C)(1)(A) pursuant to the ability Congress has given him to request such relief pursuant to section 603 of the First Step Act of 2018, Public Law 115-391, 132 Statute 5194 (2018), since Eason must remain safe and covid-19 free, a right which simply is not available here at Lompoc. Please grant Eason's request for Compassionate Release /reduction in sentence.

On June 17, 2020 Eason sent a request to the Warden of U.S.P. Lompoc and did not receive an answer, in this request Eason asked for a Compassionate Release for the underline conditions he has (see exhibit E), and it has now been 52 days and under 18 u.s.c. 3582(C)(1)(A) he has met his obligation and

has fully exhausted all administrative remedies. (also see exhibit F medical records)
Section 3553(A) sentencing factors aslo support Eason's release. In particular, one such factor is "the need for the sentence imposed, to provide the defendant with medical care...in the most effective manner. 18 u.s.c. 3553(A)(2)(D), while it may have been true when Eason was sentenced that the BOP could provide Eason with adequate medical care he needs in the midst of an on going pandemic. Eason also has not been able to recieve blood work in over a year, which is vital for someone with stage 2 Kidney damage (see Exhibit F). Blood test must be done every 6 months for a person with Kidney damage, also see Freeland et al, we'll see many more covid-19 deaths if mr. Barr and Congress don't act now. Wash. Post (April 2020)

For these reasons, numerous courts around the country have granted Compassionate Release under section 3582 to defendants in recent weeks, see United States vs. G. Steven Burril No. 17-cr-00491-RS-1 9th cir. United States vs. Trent No. 16-cr-00178-, ECF No. 106 (N.D Cal Apr 9, 2020) United States vs. Colvin, No. 19-cr-00179, 2020 WL 1613493 (D. Conn. Apr. 2, 2020)

Eason will like to note that in the midst of putting this motion together he went into quarantine for 28 days due to a positive COVID test. He also had to test negative twice before being released, Eason did not have any symptoms and was put in with other inmates that did, after being there for a week Eason was made the orderly which meant he had to deal with everyone and now suffers from chest pains from being in there.

I also ask that the court pay close attention to (Exhibit G) and how USP Lompoc with the help of it's staff created a cesspool within Lompoc and the way that they spread the COVID-19 and knew that they were doing it. See "Santa Barbara Independent: Why did Lompoc prison Explode with COVID. dated July 29th 2020 at 8:50am" I ask that the court step in and grant some type of releaf before it is to late.

The Defendent in the above entitled matter respectfully moves this Honorable court, pursuant to tital 18 United States code section 3582(C)(2) and 3582 (C)(1)(A) and any/ all other laws the court may deam to be applicable, and in the spirit of the "factors to be considered in imposing a sentence" as provided for in 18 U.S.C., 3553(A), to exercise leniency and modify Defendant's sentence in a manner that is conistent with principles of a manner that is consistent with principles of fundemental justice.

Date  8-4-2020

Repectfully Submitted,

EXHIBIT A

guidelines have been revised since they were originally established in 1987, none of the tables has been specifically revised to account for inflation.

Due to inflationary changes, there has been a gradual decrease in the value of the dollar over time. As a result, monetary losses in current offenses reflect, to some degree, a lower degree of harm and culpability, than did equivalent amounts when the monetary tables were established or last substantively amended. Similarly, the fine levels recommended by the guidelines are lower in value than when they were last adjusted, and therefore, do not have the same sentencing impact as a similar fine in the past. Based on its analysis and widespread support for inflationary adjustments expressed in public comment, the Commission concluded that aligning the above monetary tables with modern dollar values is an appropriate step at this time.

The amendment adjusts each table based on inflationary changes since the year each monetary table was last substantially amended:

Loss table in §2B1.1 and tax table in §2T4.1: adjusting for inflation from 2001 ($1.00 in 2001 = $1.34 in 2014);

Loss tables in §§2B2.1 and **2B3.1** and fine table for individual defendants at §5E1.2(c)(3): adjusting for inflation from 1989 ($1.00 in 1989 = $1.91 in **2014**);

Volume of Commerce table in §2R1.1: adjusting for inflation from 2005 ($1.00 in 2005 = $1.22 in 2014); and

Fine table for organizational defendants at §8C2.4(d): adjusting for inflation from 1991 ($1.00 in

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

14003097

EXHIBIT B

*Provided,* however, that the cumulative adjustments from (2) and (3) shall not exceed **11** levels.

(4) (A) If any person was abducted to facilitate commission of the offense or to facilitate escape, increase by 4 levels; or (B) if any person was

§2B3.1

physically restrained to facilitate commission of the offense or to facilitate escape, increase by 2 levels.

(5) If the offense involved carjacking, increase by 2 levels.

(6) If a firearm, destructive device, or controlled substance was taken, or if the taking of such item was an object of the offense, increase by 1 level.

(7) If the loss exceeded $20,000, increase the offense level as follows:

| LOSS (APPLY THE GREATEST) | INCREASE IN LEVEL |
|---|---|
| (A) $20,000 or less | no increase |
| (B) More than $20,000 | add 1 |
| (C) More than $95,000 | add 2 |
| (D) More than $500,000 | add 3 |
| (E) More than $1,500,000 | add 4 |
| (F) More than $3,000,000 | add 5 |
| (G) More than $5,000,000 | add 6 |
| (H) More than $9,500,000 | add 7 |

(c) Cross Reference

(1) If a victim was killed under circumstances that would constitute murder under 18 U.S.C. § 1111 had such killing taken place within the territorial or maritime jurisdiction of the United States, apply §2A1.1

ucsent

2

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

EXHIBIT C



led:05/28/20 Page 3 of 3

U.S. Department of Justice
Federal Bureau of Prisons

_Washington, D.C. 20534_

May 18, 2020

**MEMORANDUM FOR ALL CHIEF EXECUTIVE OFFICERS**

FROM:              ANDRE MATEVOUSIAN, ACTING ASSISTANT DIRECTOR
                   CORRECTIONAL PROGRAMS DIVISION

_L. Cristina Griffith_

L. CRISTINA GRIFFITH, ASSISTANT DIRECTOR
HUMAN RESOURCE MANAGEMENT DIVISION

SUBJECT:           CORONAVIRUS (COVID-19) PHASE SEVEN ACTION PLAN

This memorandum describes the BOP's Coronavirus (COVID-19) Phase Seven Action Plan, which includes an extension of previously disseminated guidance along with new measures to implement in the management of the evolving pandemic. Effective immediately, the following preventative measures are mandated for all Bureau locations:

## EXTENSION OF PHASE SIX ACTION PLAN:

Effective Monday, May 18, 2020, the Bureau will continue its nationwide action as described in the Phase Six Action Plan, to include measures to minimize movement and decrease the spread of the virus. These restrictions will remain in place through June 30, 2020, at which time the plan will be reevaluated.

## MOVEMENT AND TESTING:

The Bureau will continue to coordinate with the U.S. Marshals Service to significantly decrease incoming movement. Three strategic institutions (OKL/WM/YAZ) have been identified for mandatory movement needs along with all detention centers and jail units throughout the country to accommodate population increases. These locations will serve as testing and quarantine sites until such time that inmates can be moved safely to their final destination. Testing will be carried out in accordance with Abbot ID Now Point of Care testing guidance issued by the Health Services Division.

Internal movement will continue to be suspended. Exceptions to this restriction are transfers related to forensic studies, writs, Interstate Agreements on Detainers, necessary medical or mental health treatment, and RRC/HC placements. Any exceptions must be routed through your Regional Director for approval by the Assistant Director, Correctional Programs Division.

## ACCESS TO ELECTRONIC LAW LIBRARIES:

Whenever possible, consistent with social distancing protocols and safe institution operations, inmates should be permitted access to the Electronic Law Library (ELL) at the discretion of the Warden at each facility. We recommend that a schedule be established to permit fair and timely access to ELL terminals upon inmate request, and that the use of such schedule be made known to inmates at the facility.

### STAFF TESTING:

Currently, we are unable to offer staff testing at the institution. However, we encourage Wardens to identify and publish possible testing sites in the community, where interested staff may be tested.

### QUESTIONS:

If staff have questions about COVID-19, they may reach out to the agency at the following email box: COVID19Questions@bop.gov.

We appreciate your assistance in this significant phase, and all phases of our COVID-19 response.

EXHIBIT D

NEWS of the WEEK

COVID PRISON

# 22 Days in COVID "Hellhole"

## Dr. Omid Soutrafill Writes Declaration Describing 'Medieval' Treatment by Prison Staff

By Tyler Houlton

EXHIBIT E

BP-S148.070 **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94

**UNITED STATES DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

Date *6-17-20*

TO:  *Warden*
_____
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

*I would like to be considered for a compassionate release I am pre diabetic and I have Kidney damage*

(Use other side of page if more space is needed)

NAME:  *Raymell Eason*                                     No.: *14003-097*

Work Assignment:  *Head Clerk C Unit*                     Unit:  *C*

Note: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                 DATE

_____
Officer

Record Copy - File; Copy - Inmate
(This form may be replicated via WP) Replaces BP-148 of OCT 86

EXHIBIT F

BP-618.060  CLINICAL DENTAL RECORDS  CDFRM
MAR 02

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: ☑ Screening  ☐ Comprehensive  ☐ Periodic | Occlusion _Class I_ |



| RIGHT | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | LEFT |
| 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 |

**Oral Hygiene**
Good   (Fair)   Poor

**CPITN**
| 1 | 1 | 1 |
| 1 | 2 | 2 |

**Head & Neck/Soft tissue**
_WNL._

**Additional Findings**
D: ∅    Allergies: _NKDA_
        Medical Hx: _∅_
M: 2
F: 9    Existing Prosthetics: _1_

Examiner Signature _BEN C. WOOTEN DDS_   Date 12·10·14

**Treatment Completed**

**Recommended Treatment Plan**

☐ Radiographs ___ Pano ___ BWX
Selected Periapicals: ___
☐ Dental Prophylaxis
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation  O  I  II  III
CALCULUS: ☑ SLIGHT ___ MODERATE ___ HEAVY
☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

| RIGHT | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | LEFT |
| 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 |

**Patient Name**   **Number**   **Sex:** (M) F   **Age:**

Eason, Raymell Lamar

14003·097

☐ Prosthodontic Evaluation

Dentist Signature           Date

BP-A0519
FEB 11

U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISON

### PSYCHOLOGY SERVICES INMATE QUESTIONNAIRE

| First Name: Roymell Eason | Last Name: Eason | | |
|---|---|---|---|
| Register Number: 14003-097 | Today's Date: 11/29/14 | Gender: ✓ Male ___ Female | |

**Instructions:** Please circle NO or YES in response to items 1 through 14 below.  If you circle YES, provide additional information as requested.  Answer each item honestly to ensure you receive the psychological services you may need.

| | | | |
|---|---|---|---|
| 1 | Have you ever suffered from or received treatment for a mental illness? <br><br> If YES, what year(s)? _____ What condition/diagnosis? _____ | NO | YES |
| 2 | Have you ever taken or been prescribed medication to treat a mental illness? <br><br> If YES, what year(s) _____ What medication(s) _____ | NO | YES |
| 3 | Have you ever received mental health treatment in a hospital emergency room? <br><br> If YES, how many times? _____ | NO | YES |
| 4 | Have you ever been admitted to a hospital for mental health treatment? <br><br> If YES, how many times? _____ | NO | YES |
| 5 | Have you ever seriously considered harming or killing yourself? <br><br> If YES, what year(s)? _____ How? _____ | NO | YES |
| 6 | Have you ever attempted to harm or kill yourself? <br><br> If YES, what year(s)? _____ How? _____ | NO | YES |
| 7 | Are you thinking of harming or killing yourself now? <br> IF YES, IT IS IMPORTANT TO LET US KNOW SO WE CAN PROVIDE YOU WITH COUNSELING AND SUPPORT. | NO | YES |
| 8 | Have you been a victim of a sexual assault while incarcerated? | NO | YES |
| 9 | Have you committed a sexual assault while incarcerated? | NO | YES |
| 10 | Has your use of alcohol or drugs ever created problems for you? <br> Which of the following drugs have you used? <br> ___ alcohol  ___ amphetamines/speed  ___ cocaine/crack  ___ ecstasy/club drugs <br> ___ heroin/opiates  ___ inhalants  ___ LSD/psychedelics  ___ marijuana <br> ___ PCP  ___ sedatives  ___ tranquilizers  ___ Other: | NO | YES |
| 11 | Are you currently withdrawing from alcohol or drugs ("detoxing")? <br><br> If YES, what drug(s)? _____ When did you last use? _____ | NO | YES . |
| 12 | Do you wish to participate in drug abuse treatment? | NO | YES |
| 13 | Are you currently: <br> A. sad, tearful, depressed? <br> B. tense, nervous, anxious? <br> C. feeling hopeless about life? <br> D. hearing voices or seeing things others do not? | NO <br> NO <br> NO <br> NO | YES <br> YES <br> YES <br> YES |
| 14 | Do you wish to see a mental health provider while at this facility? | NO | YES |

COPY

INMATE SIGNATURE: Roymell Eason        Sensitive But Unclassified DATE: _____

---

**STAFF USE ONLY**

MH Care Level:   CARE1-MH   CARE2-MH   CARE3-MH   CARE4-MH        PSY ALERT:  NO   YES

DX: _____                                     CURRENT MEDS: _____

Follow Up:   NO   YES    Follow Up Services:   DAP   MH-Psychology   MH-Psychiatry   SOTP   PREA   Other:

BP-AC146
JUNE 10

INMATE REQUEST TO STAFF CD-FM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DENTAL | DATE: 12/10/14 |
|---|---|
| FROM: Raymell Eason | REGISTER NO.: 14003-097 |
| WORK ASSIGNMENT: | UNIT: I4-16L          USP |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I REQUEST TO BE PLACED ON THE ROUTINE DENTAL CARE LIST.

(Do not write below this line)

DISPOSITION:

You are on the list for Routine Dental
Care. Waiting time is about 52
weeks. If you have pain or swelling,
please make Dental Sick Call.

| Signature Staff Member | Date 12/12/2014 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Ben C. Wooten ed by P5511
Chief Dental Officer
FCC LOMPOC

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 01/22/2015 12:36 | | | | Facility: | LOM |

**Reviewed with New Encounter Note by Dhaliwal, Jaspal MD on 01/25/2015 17:30.**

**COPY**
Sensitive But Unclassified
SBU

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Encounter Date: 01/15/2015 13:47

Sex: M  Race: BLACK
Provider: Dhaliwal, Jaspal MD

Reg #: 14003-097
Facility: LOM
Unit: I04

**Copay Required:** Yes    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 01/15/2015 13:57

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 01/15/2015 13:47 | Provider: | Dhaliwal, Jaspal MD | | | Unit: | I04 |

**Exam:**

**Spine-Lumbar**

Yes: Normal Passive ROM, Muscle Spasm, Decreased Range of Active Motion

No: Full Range of Motion, Normal Active ROM

**Lumbar Spine ROM and Tests**

No: Straight Leg Raise Test, Crossed Straight Leg Raised Test

**ASSESSMENT:**

Esophageal reflux, 530.81 - Current, Temporary/Acute, Not Assessed

Osteoarthrosis, unspec generalized or localized, 715.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date | Prescriber Order |
|---|---|---|---|---|
| | Ibuprofen Tablet | | 01/15/2015 13:47 | Take 800 mg Orally - three times a day x 7 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

One Time Dose Given: No

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 184639-LOX | Nortriptyline HCl 25 MG Cap | 01/15/2015 13:47 | Take one capsule by mouth at bedtime ***pill line*** x 180 day(s) Pill Line Only |

Indication: Osteoarthrosis, unspec generalized or localized

One Time Dose Given: No

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Lumbar-2 view AP/Lat | One Time | | 01/16/2015 | Routine |

Specific reason(s) for request (Complaints and findings):

DJD

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

Return Immediately if Condition Worsens

COPY

Sensitive But Unclassified

SBU

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/15/2015 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |

Diet and exercise.

# DIANAssociates

PRIME : EMTEC
UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:**          EASON RAYMELL

**DATE OF BIRTH:**         19700505

**PATIENT NUMBER:**        14003-097

**REF. PHYSICIAN:**

**INSTITUTION NAME:**      FCI Lompoc

**EXAM DATE:**             2015/01/16 13:43

**OBSERVATION DATE:**      2015/01/16 13:59

**EXAM TYPE:**             L/S Spine LSPINE

**READING RADIOLOGIST:** Jared Martillotti, MD

**HISTORY and STUDY COMMENTS**

AP L-SPINE L-SPINE DHALIWAL, JASPAL MD

**FINDINGS AND CONCLUSION**

Negative except for mild degenerative disc disease. Mild disc space narrowing at L5-S1.

Findings and Conclusion ---------------------- Negative except for mild degenerative disc disease. Mild disc space narrowing at L5-S1.

**MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT**

U.S. Department of Justice

| TB Clearance | ⦿ Yes  ○ No | **I. PRISONER/ALIEN** | | | |
|---|---|---|---|---|---|
| | | Name: | | Prisoner/Alien Reg. # | D.O.B: |
| 1) PPD Completed: | | EASON, RAYMELL LAMAR | | 14003097 - US2 | 05/05/1970 |
| Date: 4/21/14 | | Departed From: | | Date Departed: | |
| Results: | | nsdc | | | |
| 0mm | | Destination: | | Reason for Transfer: | |
| 2) CXR Completed: | | | | | |
| Date: | | | | District # | Date in Custody: |
| Results: | | District Name: | | | |

| 3) Health Authority Clearance: | **II. CURRENT MEDICAL PROBLEMS** | | |
|---|---|---|---|
| e swaney lpn | | | |
| Sign: | 1 | | 4 |
| Date: 11/20/14 | 2 | | 5 |
| Note: Dates listed above must be within one year of this transfer. | 3 | | 6 |

*Instructions For Use (Include proper time for Administering)*

| Medication | Dose | Route | *Medication Required For Care En Route | Stop |
|---|---|---|---|---|
| | | | none | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:

nkda

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?   ⦿ Yes ○ No  If no, Why not?

Is prisoner medically able to travel by airplane?   ⦿ Yes ○ No  If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?   ⦿ Yes ○ No  If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?   ○ Yes ⦿ No  If yes, state reason:

**COPY**
Sensitive But Unclassified

Does prisoner require any medical equipment while in transport status?   ○ Yes ⦿ No  If yes, What equipment?

| Sign & Print Name - Certifying Health Authority: | Credentials: | Phone Number: | Date Signed: |
|---|---|---|---|
| Swaney, Emma | lpn | 7757514500 | 11/20/2014 |

Original - Upon Transfer   Copy 1 - Prisoner File   Copy 2 - Medical File at Jail   Copy 3 - OIMS

Form USM-553
Est. 6/98

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/31/2015 19:20 | | | Facility: | LOM |

**Reviewed by Giron, Leonardo MD/CD on 04/01/2015 07:54.**

# DIANAssociates

PRIME : EMTEC
UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:**          EASON RAYMELL
**DATE OF BIRTH:**          19700505
**PATIENT NUMBER:**          14003-097
**REF. PHYSICIAN:**
**INSTITUTION NAME:**          FCI Lompoc
**EXAM DATE:**          2015/03/27 13:15
**OBSERVATION DATE:**          2015/03/27 14:01
**EXAM TYPE:**          Femur Knee Leg KNEE
**READING RADIOLOGIST:** Michelle Townsend-Watts, MD

**HISTORY and STUDY COMMENTS**

LAT KNEE LEFT KNEE DHALIWAL, JASPAL MD

**FINDINGS AND CONCLUSION**

Negative except for moderate degenerative **joint** disease.
Findings and Conclusion ---------------------- Negative except for moderate
degenerative **joint** disease.

**COPY**
Sensitive But Unclassified
**SBU**

BP-A0807        **INFLUENZA VACCINE CONSENT – INMATES** CDFRM
Sep 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

*(*Note: CDC Vaccine Information Statements in multiple languages available at:  www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine
dated _____.   I have had the opportunity to ask questions about the benefits and risks of
vaccination.

X **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|-----|
|  | ✓ | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
|  | ✓ | Do you have allergy to eggs? |
|  | ✓ | Have you ever had serious reaction to influenza vaccine? <br><br> If so, describe: |
|  | ✓ | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|-----|-----|-----|
| Raymell Eason | | 1-8-15 |

□ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|-----|-----|-----|
|  |  |  |

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|-----|-----|-----|
| Raymell Eason | 14003-097 | Lompoc |

Prescribed By P6190

FCC LOMPOC
Health Services Department
SICK CALL REQUEST SLIP

| Name: Raymell Eason | Reg. No. 14003-097 | Date: 4/23/15 |
|---|---|---|

| Unit: I | Work Assignment: Orderly |
|---|---|

FILL OUT THIS FORM IN DETAIL. FAILURE TO COMPLETE ANY INFORMATION MAY DELAY RESPONSE TO YOUR REQUEST

How long has the current problem lasted? _ ongoing _
Have you had this problem before? _ yes _
List any medications you are taking now. _____

IF REQUESTING MEDICATION FOR A CHRONIC CONDITION, PLEASE LIST YOUR MEDICAL PROBLEM

| Diabetes | Asthma | Infectious Disease | Hypertension |
| Cardiac | Seizure | Psychiatric | Other |

Directions: Place an X to show where the problem is at. If your problem is not listed, write it out.

**HEAD**

| Eye | Ear | Nose | Throat | Other: |
| Pain | Pain | Stuffy | Sore | (Explain) |
| Redness | Wax | Draining | Cough | |
| Watering | Draining | Bleeding | Bring up Junk | |

**DENTAL**

Toothache   Loose Tooth   Bleeding Gums   Painful Gums   Other:

**CHEST**

| Asthma | Wheezing | Congestion | Coughing Up Blood |
| Pain on: | | | |
| Midline | Right Side | Left side | All over Chest |

**ABDOMEN**

| Pain: | Stabbing | Burning | After Meals | When Breathing |
| | Constipation | Diarrhea | Hemorrhoids | Rectal Bleeding |

**BONES AND JOINTS**

| Pain: | Neck | Shoulder | Elbow | Hip |
| | Back | Arm | Knee | Hand/Wrist/Finger |

**GENITAL/URINARY**

| Pain: | On Testicles | On Urination | Frequent Need to Urinate |
| | On Penis | Discharge | Burning Sensation | Other: |

**SKIN**

Rash   Swelling   Cut   Redness   Acne   Other

Reviewed by: _____   Date: _____
                Triage MLP

_____   Date: _____
Clinical Director or Designee

COPY
Sensitive But Unclassified
SBU

4-29-15
Inmate on
scheduled
callout for
4-24-15 @ 6:00
sick line
w/the dr.
M. GRICE
MEDICAL RECORDS TECH.
FCC LOMPOC

Please Fill In Name and Register Number (Appointment Slip)

| Name: | Reg. No. | Date: |
|---|---|---|

| Unit: | Work Assignment: |
|---|---|

We have received your sick call request slip.
Your appointment is tentatively scheduled for _____

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/12/2015 11:06 | | | Facility: | LOM |

**Reviewed with New Encounter Note by Lin, Michael MD/CD on 05/26/2015 15:17.**



**Federal
Bureau of
Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 05/05/2015 9:39 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 05/06/2015 12:20 |
| **DOB** 05/05/1970 | **Provider** David Campbell, ARNP | **Reported** 05/07/2015 11:04 |
| **Sex** M | | **LIS ID** 126151970 |

| HEMOGLOBIN A1C | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.7 | 4.1-6.5 | % |

| HEPATITIS | | | |
|---|---|---|---|
| Hep B Surface Ag | | Non-Reactive | Non-Reactive |
| Hep B Surface Ab | A | Reactive | Non-Reactive |
| Hep C Ab | | Non-Reactive | Non-Reactive |

| SEROLOGY | | | |
|---|---|---|---|
| RPR | | Non-Reactive | Non-Reactive |

**COPY**
Sensitive But Unclassified
**SBU**

| | |
|---|---|
| **FLAG LEGEND** | L=Low LI=Low Critical H=High HI=High Critical A=Abnormal A! =Abnormal Critical |



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

\*\*\* Sensitive But Unclassified \*\*\*

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 05/05/2015 9:39 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 05/06/2015 12:20 |
| **DOB** 05/05/1970 | **Provider** David Campbell, ARNP | **Reported** 05/07/2015 11:04 |
| **Sex** M | | **LIS ID** 126151970 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mEq/L |
| Potassium | | 4.7 | 3.6-4.9 | mEq/L |
| Chloride | | 100 | 98-108 | mEq/L |
| CO2 | | 25 | 22-29 | mmol/L |
| BUN | | 12 | 7-24 | mg/dL |
| Creatinine | | 1.2 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.6-10.4 | mg/dL |
| Glucose | H | 148 | 70-110 | mg/dL |
| AST | | 25 | 10-37 | U/L |
| ALT | | 27 | 8-40 | U/L |
| Alkaline Phosphatase | | 110 | 49-126 | U/L |
| Bilirubin, Total | | 0.3 | 0.1-1.1 | mg/dL |
| Total Protein | | 7.1 | 6.3-8.3 | g/dL |
| Albumin | | 4.4 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.63 | 1.00-2.30 | |
| Anion Gap | | 17.2 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | | 10.0 | 5.0-30.0 | |
| Cholesterol | | 165 | 50-200 | mg/dL |
| Triglycerides | H | 211 | <150 | mg/dL |
| HDL Cholesterol | | 42 | 35-80 | mg/dL |
| LDL Cholesterol (calc) | | 81 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 3.9 | 0.0-4.0 | |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 6.8 | 3.5-10.5 | K/uL |
| RBC | | 4.54 | 4.10-6.00 | M/uL |
| Hemoglobin | | 13.6 | 12.0-17.5 | g/dL |
| Hematocrit | | 41.4 | 38.8-50.0 | % |
| MCV | | 91.2 | 76.0-100.0 | fL |
| MCH | | 29.9 | 27.0-33.0 | pg |
| MCHC | | 32.8 | 28.0-36.0 | g/dL |
| RDW | | 12.5 | 12.0-15.0 | % |
| Platelet | | 351 | 150-450 | K/uL |

**FLAG LEGEND**   L=Low   LI=Low Critical   H=High   HI=High Critical   A=Abnormal   AI =Abnormal Critical

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 05/12/2015 11:06 | | | | Facility: | LOM |

**Reviewed by Lin, Michael MD/CD on 05/26/2015 15:20.**

**COPY**
Sensitive But Unclassified
**SBU**



**Federal
Bureau of
Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility**   USP Lompoc | **Collected** 05/05/2015 9:39 |
| **Reg #** 14003-097 | **Order Unit**        **RCH Unit** | **Received** 05/06/2015 12:20 |
| **DOB**   05/05/1970 | **Provider**  David Campbell, ARNP | **Reported** 05/07/2015 11:04 |
| **Sex**   M | | **LIS ID**     126151970 |

| HIV | | |
|---|---|---|
| HIV 1/2 | Non-Reactive | Non-Reactive |

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   AI =Abnormal Critical

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 02/18/2015 13:01 | | Provider: | Wooten, Benjamin DDS | | Unit: | I04 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/18/2015 | Counseling | Plan of Care | Wooten, Benjamin | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wooten, Benjamin DDS on 02/18/2015 13:06

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Sick Call Follow-up

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 02/18/2015 13:01 | Provider: | Wooten, Benjamin DDS | Unit: | I04 |

**Reviewed Health Status:** Yes

## ASSESSMENTS:

**Health Problems Newly Identified During This Encounter:**

| Type | Health Problem | Status |
|---|---|---|
| Allergies: | Denied | |

**Pain Assessment**

**COMPLAINT 1**       **Provider:** Wooten, Benjamin DDS

**Pain Complaint:**  Vague Pain

**Oral Area:**  Tooth/Teeth

**Description:** slight discomfort between upper teeth #2,3

**Pain Location:**  Tooth/Teeth

**Pain Scale:** 2

**Pain Qualities:** Dull

**History of Trauma:**

**Onset:** Several Months Ago

**Duration:** <30 Minutes

**Exacerbating Factors:**      eating

**Relieving Factors:**

**Comments:**

**Additional Findings and Procedures**

## PROCEDURE:

**Dental Procedures**

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3-L | Resin/Glass Ionomer Restoration | Completed |
| Placed Fuji-9 lingual margin defect. Will reschedule for distal margin decay/ will have to go thru occlusal of crown. | | |

## Disposition:

Will Be Placed on Callout

## Other:

Tried to remove the crown /unsucessful.

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 04/07/2015 13:15 | Provider: | Wooten, Benjamin DDS | | Unit: | I04 |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/07/2015 | Counseling | Plan of Care | Wooten, Benjamin | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wooten, Benjamin DDS on 04/07/2015 13:19

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Routine Treatment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 04/07/2015 13:15 | Provider: | Wooten, Benjamin DDS | Unit: I04 |

**Reviewed Health Status:** Yes

## ASSESSMENTS:

**Health Problems Newly Identified During This Encounter:**

| Type | Health Problem | Status |
|---|---|---|

**Allergies:** Denied

## Pain Assessment

**COMPLAINT 1** **Provider:** Wooten, Benjamin DDS

**Pain Complaint:** No Pain Reported

**Oral Area:** General Oral

**Description:**
**Pain Location:**
**Pain Scale:** 0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

## Additional Findings and Procedures

### Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Articaine 4% 1:100,000 epinephrine | Infiltration | 1/2 Cartridge |

## PROCEDURE:

**Dental Procedures**

Materials Discussed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3-MB | Resin/Glass Ionomer Restoration | Completed |

Comments: Fuji-11 LC Conditioner and Gluma.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/24/2014 13:39 | Provider: | Pinnell, Marsha | Facility: | LOM |

**Cosigned by Giron, Leonardo MD/CD on 11/24/2014 13:55.**

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 11/24/2014 13:39 | | Provider: | | Pinnell, Marsha | Unit: | I04 |

Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE 1**    **Provider:** Pinnell, Marsha RN/IOP/IDC

      new inmate to us
      medications reviewed with MD

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Nortriptyline HCl Capsule | 11/24/2014 13:39 | 25mg Orally at bedtime x 30 day(s) Pill Line Only |

        Indication: Osteoarthrosis, unspec generalized or localized

        **One Time Dose Given:** No

| | | | |
|---|---|---|---|
| | Ranitidine Tablet | 11/24/2014 13:39 | 150mg Orally -  Two Times a Day x 30 day(s) |

        **One Time Dose Given:** No

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Non-BOP Correction al Facility | Discontinue and Sub Rx | Order | | famotidine | 20mg po qhs |

        **Above Item subtituted with:** Ranitidine Tablet

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Non-BOP Correction al Facility | Continue | Rx | Order | Nortriptyline HCl Capsule | 25mg po qhs |

**Copay Required:** No         **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Giron, Leonardo MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Pinnell, Marsha RN/IOP/IDC on 11/24/2014 13:45
Requested to be cosigned by Giron, Leonardo MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 12/02/2014 12:15 | Provider: | Conyer, Derra RN | | Facility: | LOM |

**Cosigned by Patel, Mahesh HSA/MLP on 04/16/2015 12:04.**

**COPY**
Sensitive But Unclassified
**SBU**

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Encounter Date: 12/02/2014 12:15

Sex: M Race: BLACK
Provider: Conyer, Derra RN

Reg #: 14003-097
Facility: LOM
Unit: I04

**Exam:**

    **Lesion Location**

      Yes: Buttock L

      Clean/dry/intact dressing to left buttocks. With dressing removed inmate has a rounded, partial thickness wound to left buttocks. Reports to this RN wound has been present for months and is not new. Wound bed is pink. No drainage or signs/symptoms of infection noted. Surrounding skin appears normal.

**ASSESSMENT:**

    Wound Care

**PLAN:**

**Disposition:**

    Follow-up in 12-24 Hours

**Other:**

    Wound cleaned with sterile water/gauze, patted dry then thin amount of Silvadene and non-stick dressing applied. Inmate tolerating procedure without any complaints.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/02/2014 | Counseling | Wound Care | Conyer, Derra | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Conyer, Derra RN on 12/02/2014 12:41
Requested to be cosigned by Patel, Mahesh MLP, HSA.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | | Facility: LOM |
| Encounter Date: 12/02/2014 12:15 | Provider: Conyer, Derra RN | | | Unit: I04 |

Wound Care encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**    Provider: Conyer, Derra RN

**Chief Complaint:** Dressing Changes
**Subjective:**    Inmate arriving to HSU for DRSG to left buttock.
**Pain Location:** Other
**Pain Scale:** 0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/02/2014 | 12:15 LOX | 98.2 | 36.8 | Oral | Conyer, Derra RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/02/2014 | 12:15 LOX | 88 | Radial | Regular | Conyer, Derra RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/02/2014 | 12:15 LOX | 18 | Conyer, Derra RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/02/2014 | 12:15 LOX | 140/82 | Right Arm | Sitting | Adult-large | Conyer, Derra RN |

**Exam:**
**General**
   **Affect**
      Yes: Pleasant, Cooperative
   **Appearance**
      Yes: Appears Well
      No: Appears in Pain, Writhing in Pain, Pale
**Skin**
   **Wound**
      Yes: Clean, Dry and Intact, Wounds present, Partial Thickness, Redness
      No: Signs and/or Symptoms of Infection, Full Thickness, Indurated Tissue, Sloughing Tissue, Drainage, Odor

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 01/15/2015 13:47 | Provider: Dhaliwal, Jaspal MD | Unit: I04 |

Sick Call/Triage encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider: Dhaliwal, Jaspal MD**

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective: LBP and stiffness.No radiationto legs. No numbness of legs. No incontinence of bowel or bladder.Denies other complains.

Pain Location: Back-Lower

Pain Scale: 6

Pain Qualities: Aching

History of Trauma:

Onset: 1-2 Days

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

## ROS:

### General

#### Constitutional Symptoms

No: Anorexia, Fatigue, Unexplained Weight Loss, Weakness

### Musculoskeletal

#### General

Yes: Low Back Pain

No: Shoulder Pain

### Endocrine

#### General

No: Hx of Diabetes

## OBJECTIVE:

### Pulse:

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/15/2015 | 13:48 LOX | | 95 | | | Dhaliwal, Jaspal MD |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/15/2015 | 13:48 LOX | 132/80 | | | | Dhaliwal, Jaspal MD |

### Exam:

#### General

##### Affect

Yes: Cooperative

##### Appearance

Yes: Appears Well, Alert and Oriented x 3

#### Musculoskeletal

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 01/25/2015 17:30 | Provider: | Dhaliwal, Jaspal MD | | Unit: | I04 |

Review Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE 1**    **Provider:** Dhaliwal, Jaspal MD

       Scheduled for F/U X-ray L-spine.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 02/02/2015 00:00 | Physician 04 |
| X-ray L-spine. | | |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 01/25/2015 17:33

**COPY**
Sensitive But Unclassified
**SBU**

| | | |
|---|---|---|
| Inmate Name:   EASON, RAYMELL LAMAR | | Reg #:   14003-097 |
| Date of Birth:   05/05/1970 | Sex:   M   Race:  BLACK | Facility: LOM |
| Encounter Date: 03/27/2015 09:44 | Provider:  Dhaliwal, Jaspal MD | Unit:   I04 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 03/27/2015 09:59

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: 03/27/2015 09:44 | | | | Provider: | | Dhaliwal, Jaspal MD | Unit: | I04 |

| Date | Time | Inches | Cm | Provider | |
|------|------|--------|-----|----------|--|
| 03/27/2015 | 09:50 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD | |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 03/27/2015 | 09:50 LOX | 342.0 | 155.1 | | Dhaliwal, Jaspal MD |

Exam:

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Musculoskeletal**

**Knee**

Yes: Swelling, Inflammation, Tenderness, Decreased Range of Active Motion

No: Full Range of Motion, Neurovascular Intact

**ASSESSMENT:**

Osteoarthrosis, unspec generalized or localized, 715.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|------------|------------|------------------|
| 187567-LOX | Ibuprofen 800 MG Tab | 03/27/2015 09:44 | Take one tablet by mouth every eight hours as needed for pain with food for 7 days x 90 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

One Time Dose Given: No

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---------|-----------|----------|----------|----------|
| General Radiology-Knee-2 View AP/Lat [Left] | One Time | | 03/27/2015 | Routine |

Specific reason(s) for request (Complaints and findings):

djd

**COPY**

**Sensitive But Unclassified**

**SBU**

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 03/27/2015 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |
| 03/27/2015 | Counseling | Medication Side Effects | Dhaliwal, Jaspal | Verbalizes Understanding |

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | |
|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | Reg #: 14003-097 |
| Date of Birth: 05/05/1970     Sex: M   Race: BLACK | Facility: LOM |
| Encounter Date: 03/27/2015 09:44    Provider: Dhaliwal, Jaspal MD | Unit: I04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** Lt.knee pain and stiffness.H/O GSW 04/16/12.

**Pain:**    Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 03/27/2015 09:46 |
| **Location:** | Knee-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | Will get X-ray followed bt y ME RI. |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 1-5 Years |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | Sitting too long . |
| **Relieving Factors:** | Movements |
| **Comments:** | |

**Seen for clinic(s):** Orthopedic/Rheumatology

**Added to clinic(s):** Orthopedic/Rheumatology

**ROS:**

**General**

  **Constitutional Symptoms**

    No: Chills

**HEENT**

  **Head**

    No: Headaches

**Cardiovascular**

  **General**

    No: Angina, Hx Hypertension

**Pulmonary**

  **Respiratory System**

    No: Hx Asthma

**Musculoskeletal**

  **General**

    Yes: Knee Pain

**OBJECTIVE:**

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 04/30/2015 09:51 | Provider: | Dhaliwal, Jaspal MD | | Unit: | I04 |

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---------|----------------|----------------|----------------------|
| 193883-LOX | *Ibuprofen 800 MG Tab* | *04/30/2015 09:51* | *Take one tablet by mouth every eight hours as needed for pain with food (***Ortho/Rheum)* |

**Discontinue Type:** *When Pharmacy Processes*

**Discontinue Reason:** *discontinue*

**Indication:**

**One Time Dose Given:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|--------------------|-----------|-------------------|--------------|-------------|
| 04/30/2015 | Counseling | Medication Side Effects | Dhaliwal, Jaspal | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 04/30/2015 09:58

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | | Facility: LOM |
| Encounter Date: 04/30/2015 09:51 | Provider: Dhaliwal, Jaspal MD | | | Unit: I04 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Dhaliwal, Jaspal MD

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** Lt.Knee mild DJD. Counselled DX. verbalized understanding. Reconciled meds as per I/M request.

**Pain:**     Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 04/30/2015 09:53 |
| **Location:** | Knee-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | NSAIDS |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 1-5 Years |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | Activity |
| **Relieving Factors:** | Rest |
| **Comments:** | |

## OBJECTIVE:

## ASSESSMENT:

Osteoarthrosis, unspec generalized or localized, 715.9 - Current, Chronic, Improved

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Indomethacin Capsule | 04/30/2015 09:51 | Take 50 mg Orally - three times a day x 90 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

One Time Dose Given: No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Note Date: | 05/26/2015 15:17 | Provider: | Lin, Michael MD/CD | Unit: | I04 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**      **Provider:** Lin, Michael MD/CD

A1C 6.7.  Lifestyle/dietary modification and recheck labs

**Added to clinic(s):** Diabetes

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Cardiac-CBC | One Time | 08/10/2015 00:00 | Routine |
| Chronic Care Clinics-Cardiac-Comprehensive Metabolic Profile | | | |
| Chronic Care Clinics-Cardiac-Lipid Profile | | | |
| Chronic Care Clinics-Cardiac-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Microalbumin/Creatinine Ratio | | | |
| Chronic Care Clinics-Diabetic-Urinalysis (not POC dipstick) | | | |

**Diet Orders:**

| Start Date | | Expiration Date |
|---|---|---|
| 05/26/2015 | Diabetic - 1800 | 05/25/2016 |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lin, Michael MD/CD on 05/26/2015 15:20

**COPY**
Sensitive But Unclassified
**SBU**

... 

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 06/08/2015 09:46 | | Provider: | Dhaliwal, Jaspal MD | | Unit: | I04 |

---

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 196688-LOX | Indomethacin 50 MG Cap | 06/08/2015 09:46 | Take one capsule by mouth every eight hours as needed for pain with food (***Ortho/Rheum) x 180 day(s) |

· **Indication:** Osteoarthrosis, unspec generalized or localized

**One Time Dose Given:** No

| | | | |
|---|---|---|---|
| 187568-LOX | Nortriptyline HCl 25 MG Cap | 06/08/2015 09:46 | Take one capsule by mouth at bedtime ***pill line*** (pain) x 180 day(s) Pill Line Only |

**Indication:** Osteoarthrosis, unspec generalized or localized

**One Time Dose Given:** No

## Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/08/2015 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |
| 06/08/2015 | Counseling | Medication Side Effects | Dhaliwal, Jaspal | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 06/08/2015 09:56

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 06/08/2015 09:46 Provider: Dhaliwal, Jaspal MD | Unit: I04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     Provider: Dhaliwal, Jaspal MD

**Chief Complaint:** DIABETIC

**Subjective:** Aic 6.7n%. Seen in CCC 3/27/15. Denies fatigue or tiredness. VNormal foot exam.BP:129/83/87.BMI;41.9

**Pain:** No

---

Seen for clinic(s): Diabetes, Orthopedic/Rheumatology

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/08/2015 | 09:48 LOX | 97.2 | 36.2 | | Dhaliwal, Jaspal MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/08/2015 | 09:48 LOX | 87 | | | Dhaliwal, Jaspal MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/08/2015 | 09:48 LOX | 128/83 | | | | Dhaliwal, Jaspal MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/08/2015 | 09:48 LOX | 98 | | Dhaliwal, Jaspal MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 06/08/2015 | 09:48 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/08/2015 | 09:48 LOX | 352.0 | 159.7 | | Dhaliwal, Jaspal MD |

## ASSESSMENT:

Esophageal reflux, 530.81 - Current, Temporary/Acute, At Treatment Goal

Osteoarthrosis, unspec generalized or localized, 715.9 - Current, Chronic, At Treatment Goal

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

Sensitive But Unclassified SBU COPY

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/28/2015 11:33 | | | Facility: | LOM |

**Reviewed with New Encounter Note by Dhaliwal, Jaspal MD on 08/31/2015 09:25.**

Quest Diagnostics Incorporated

**EASON, RAYMELL**

REPORT STATUS **FINAL**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

DOB: 05/05/1970 AGE: 45
GENDER:    FASTING: U

ORDERING PHYSICIAN
**DHALIWAL, JASPAL S**

SPECIMEN INFORMATION
SPECIMEN:      EN412476B
REQUISITION: 4077790

ID:    14003-097
PHONE:

CLIENT INFORMATION
W93436605                    SB04010
US PENITENTIARY
ATTN:  HEALTH SERVICES UNIT
3901 KLEIN BLVD
LOMPOC, CA 93436-2706

COLLECTED:  08/24/2015    06:25 PT
RECEIVED:    08/25/2015    01:06 PT
REPORTED:    08/25/2015    08:51 PT

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, REFLEX | | | | EN |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.011 | | 1.001-1.035 | |
| PH | 6.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |

**PERFORMING LABORATORY INFORMATION**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE WEST HILLS, CA 818-4-3226. Laboratory Director:  ENRIQUE TERRAZAS,MD
CLIA: 05D0642827

**COPY**
**Sensitive But Unclassified**
**SBU**

EASON, RAYMELL - EN412476B

Page 1 - **End of Report**



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/24/2015 7:25 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 08/25/2015 11:00 |
| **DOB** 05/05/1970 | **Provider** Michael Lin, MD | **Reported** 08/25/2015 14:02 |
| **Sex** M | | **LIS ID** 237151517 |

| HEMATOLOGY | | | |
|---|---|---|---|
| RBC | 4.68 | 4.10-6.00 | M/uL |
| Hemoglobin | 14.0 | 12.0-17.5 | g/dL |
| Hematocrit | 43.7 | 38.8-50.0 | % |
| MCV | 93.4 | 76.0-100.0 | fL |
| MCH | 30.0 | 27.0-33.0 | pg |
| MCHC | 32.1 | 28.0-36.0 | g/dL |
| RDW | 12.6 | 12.0-15.0 | % |
| Platelet | 322 | 150-450 | K/uL |

| HEMOGLOBIN A1C | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.3 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**    L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A! =Abnormal Critical



Federal
Bureau of
Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

\*\*\* Sensitive But Unclassified \*\*\*

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/24/2015 7:25 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 08/25/2015 11:00 |
| **DOB** 05/05/1970 | **Provider** Michael Lin, MD | **Reported** 08/25/2015 14:02 |
| **Sex** M | | **LIS ID** 237151517 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mEq/L |
| Potassium | | 4.5 | 3.6-4.9 | mEq/L |
| Chloride | | 99 | 98-108 | mEq/L |
| CO2 | | 28 | 22-29 | mmol/L |
| BUN | | 14 | 7-24 | mg/dL |
| Creatinine | H | 1.5 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | 51 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.7 | 8.6-10.4 | mg/dL |
| Glucose | H | 114 | 70-110 | mg/dL |
| AST | | 33 | 10-37 | U/L |
| ALT | H | 42 | 8-40 | U/L |
| Alkaline Phosphatase | | 102 | 49-126 | U/L |
| Bilirubin, Total | | 0.3 | 0.1-1.1 | mg/dL |
| Total Protein | | 7.0 | 6.3-8.3 | g/dL |
| Albumin | | 4.6 | 3.5-5.0 | g/dL |
| Globulin | | 2.4 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.92 | 1.00-2.30 | |
| Anion Gap | | 14.7 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | | 9.3 | 5.0-30.0 | |
| Cholesterol | | 157 | 50-200 | mg/dL |
| Triglycerides | | 85 | <150 | mg/dL |
| HDL Cholesterol | | 46 | 35-80 | mg/dL |
| LDL Cholesterol (calc) | | 94 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 3.4 | 0.0-4.0 | |

Sensitive But Unclassified COPY SBU

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | <12 | 0-17 | mg/L |
| Unable to calculate Microalbumin/Creatinine ratio | | | |
| Creatinine, Urine Random | 132.8 | 60.0-200.0 | mg/dL |

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| TSH | H | 5.84 | 0.50-5.00 | uIU/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | | 8.1 | 3.5-10.5 | K/uL |

| **FLAG LEGEND** | L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical |
|---|---|

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 09/29/2015 .16:06 | | | | Facility: | LOM |

**Reviewed by Dhaliwal, Jaspal MD on 09/29/2015 13:11.**


Federal
Bureau of
Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 09/23/2015 2:23 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 09/24/2015 13:12 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 09/24/2015 14:45 |
| **Sex** M | | **LIS ID** 267152204 |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| T4, Free | 1.31 | 0.93-1.70 | ng/dL |
| TSH | 4.01 | 0.50-5.00 | uIU/mL |

**COPY**
Sensitive But Unclassified
**SBU**

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

GE MAC 2000

Measurement Results

| | | | |
|---|---|---|---|
| SVS | 76 ms | | |
| SV1S | 311 ms | | |
| RR/PP | 128 ms | | |
| QRSAT | 98 ms | | |
| | 152 % | 555 ms | |
| | 677 mV | 74 | |
| | | 73 degrees | |

Interpretation
Sinus tachycardia,
otherwise normal ECG

Unconfirmed report



# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/10/2015 17:05 | | | Facility: | LOM |

**Reviewed with New Encounter Note by Lin, Michael MD/CD on 12/16/2015 11:27.**

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
### Consultation Request

| | | | |
|---|---|---|---|
| **Inmate Name:** EASON, RAYMELL LAMAR | | Reg #: 14003-097 | Complex: LOX |
| Date of Birth: 05/05/1970 | | Sex: M | |

**Consultation/Procedure Requested:** Orthopedist

**Subtype:** Onsite Orthopedist Consult

**Priority:** Routine

**Target Date:** 11/28/2015

**Reason for Request:**
45 year old male who complains of pain of left knee after a GSW 2012. Xrays shows mod. deg . changes.

**Provisional Diagnosis:**
As above.

**Medications (As of 12/07/2015)**

**Allergies (As of 12/07/2015)**
No Known Allergies

**Health Problems (As of 12/07/2015)**
Osteoarthrosis, unspec generalized or localized, Buttock, open wound, w/o mention of complication, Dental caries, unspecified, Esophageal reflux, Unspecified testicular dysfunction, Condition Not Found, Essentially Healthy, Knee, Pain in joint, lower leg, Other chest pain, Unspecified viral infection

**Inmate Requires Translator:** . No          **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:**   Rivera, Annabel MLP

**Ordered Date:**   10/14/2015 09:23

**Level of Care:**   Medically Necessary - Non-Emergent

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: EASON, RAYMELL LAMAR | Reg #: 14003-097 | Complex: LOX |
| Date of Birth:  05/05/1970 | Sex: M | |

**Report of Consultation**

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Institution:  LOMPOC USP
3901 KLEIN BLVD
LOMPOC, California 93436
8057352771

Reg #:  14003-097
Sex:  M

12|8|15

*[handwritten clinical notes, partially illegible]*

A: R/o Osteochondral defect medial femoral condyle (L) knee

P: Suspect Dx discussed. Request MRI (L) knee
R/o OCD medial femoral condyle

F/V p MRI

**Completed By:**

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/14/2015 14:36 | | | Facility: | LOM |

**Reviewed with New Encounter Note by Lin, Michael MD/CD on 12/16/2015 11:31.**



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 12/02/2015 7:10 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 12/02/2015 12:59 |
| **DOB** 05/05/1970 | **Provider** Michael Lin, MD | **Reported** 12/03/2015 12:23 |
| **Sex** M | | **LIS ID** 336152166 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-146 | mEq/L |
| Potassium | | 4.1 | 3.6-4.9 | mEq/L |
| Chloride | | 99 | 98-108 | mEq/L |
| CO2 | | 26 | 22-29 | mmol/L |
| BUN | | 10 | 7-24 | mg/dL |
| Creatinine | H | 1.3 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | 60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.2 | 8.6-10.4 | mg/dL |
| Glucose | H | 113 | 70-110 | mg/dL |
| AST | | 26 | 10-37 | U/L |
| ALT | | 30 | 8-40 | U/L |
| Alkaline Phosphatase | | 70 | 49-126 | U/L |
| Bilirubin, Total | | 0.3 | 0.1-1.1 | mg/dL |
| Total Protein | | 6.7 | 6.3-8.3 | g/dL |
| Albumin | | 4.2 | 3.5-5.0 | g/dL |
| Globulin | | 2.5 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.68 | 1.00-2.30 | |
| Anion Gap | | 15.5 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | | 7.7 | 5.0-30.0 | |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 7.5 | 3.5-10.5 | K/uL |
| RBC | 4.51 | 4.10-6.00 | M/uL |
| Hemoglobin | 13.2 | 12.0-17.5 | g/dL |
| Hematocrit | 41.8 | 38.8-50.0 | % |
| MCV | 92.6 | 76.0-100.0 | fL |
| MCH | 29.2 | 27.0-33.0 | pg |
| MCHC | 31.5 | 28.0-36.0 | g/dL |
| RDW | 12.6 | 12.0-15.0 | % |
| Platelet | 232 | 150-450 | K/uL |

COPY

Sensitive But Unclassified

SBU

**FLAG LEGEND**    L=Low   L!=Low Critical    H=High   H!=High Critical    A=Abnormal   A!=Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/25/2016 12:48 | | | Facility: | LOM |

Reviewed by Lin, Michael MD/CD on 02/19/2016 09:09.



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 01/13/2016 7:35 |
| **Reg #** 14003-097 | **Order Unit** RCH Unit | **Received** 01/14/2016 12:14 |
| **DOB** 05/05/1970 | **Provider** Michael Lin, MD | **Reported** 01/14/2016 15:03 |
| **Sex** M | | **LIS ID** 014162012 |

| HEMATOLOGY | | | |
|---|---|---|---|
| MCV | 91.4 | 76.0-100.0 | fL |
| MCH | 29.5 | 27.0-33.0 | pg |
| MCHC | 32.3 | 28.0-36.0 | g/dL |
| RDW | 12.6 | 12.0-15.0 | % |
| Platelet | 273 | 150-450 | K/uL |

| HEMOGLOBIN A1C | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.1 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**COPY**
Sensitive But Unclassified
SBU

| **FLAG LEGEND** | L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A! =Abnormal Critical |
|---|---|



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 01/13/2016 7:35 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 01/14/2016 12:14 |
| **DOB** 05/05/1970 | **Provider** Michael Lin, MD | **Reported** 01/14/2016 15:03 |
| **Sex** M | | **LIS ID** 014162012 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mEq/L |
| Potassium | | 4.1 | 3.6-4.9 | mEq/L |
| Chloride | | 101 | 98-108 | mEq/L |
| CO2 | | 29 | 22-29 | mmol/L |
| BUN | | 10 | 7-24 | mg/dL |
| Creatinine | H | 1.3 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | 60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 9.2 | 8.6-10.4 | mg/dL |
| Glucose | 103 | 70-110 | mg/dL |
| AST | 20 | 10-37 | U/L |
| ALT | 19 | 8-40 | U/L |
| Alkaline Phosphatase | 71 | 49-126 | U/L |
| Bilirubin, Total | 0.5 | 0.1-1.1 | mg/dL |
| Total Protein | 6.9 | 6.3-8.3 | g/dL |
| Albumin | 4.3 | 3.5-5.0 | g/dL |
| Globulin | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | 1.65 | 1.00-2.30 | |
| Anion Gap | 11.7 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | 7.7 | 5.0-30.0 | |

## CHEMISTRY, URINE

| | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 1 | 0-17 | mg/L |
| Creatinine, Urine Random | 64.8 | 60.0-200.0 | mg/dL |
| Microalbumin/Creatinine Ratio | 2 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:
Category          Result
Normal            Less than 30
Microalbuminuria  30 - 299
Clinical albuminuria   Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 5.5 | 3.5-10.5 | K/uL |
| RBC | 4.58 | 4.10-6.00 | M/uL |
| Hemoglobin | 13.5 | 12.0-17.5 | g/dL |
| Hematocrit | 41.9 | 38.8-50.0 | % |

**FLAG LEGEND**    L=Low  L!=Low Critical    H=High  H!=High Critical    A=Abnormal  A! =Abnormal Critical

Page 1 of 2

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 01/25/2016 13:07 | | | | Facility: | LOM |

**Reviewed by Dhaliwal, Jaspal MD on 01/26/2016 13:51.**

COPY
Sensitive But Unclassified
SBU



**Quest**
Diagnostics™

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

PATIENT INFORMATION
**EASON, RAYMELL**

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**DHALIWAL, JASPAL S**

DOB: 05/05/1970 AGE: 45
GENDER: M FASTING: U

SPECIMEN INFORMATION
SPECIMEN:     EN774419K
REQUISITION: 9412228

ID:   14073 097
PHONE:

CLIENT INFORMATION
W93436605                              SB04010
US PENITENTIARY
ATTN:   HEALTH SERVICES UNIT
3901 KLEIN BLVD
LOMPOC, CA 93436-2706

COLLECTED:   01/13/2016    06:35 PT
RECEIVED:    01/14/2016    01:49 PT
REPORTED:    01/14/2016    07:33 PT

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| URINALYSIS, REFLEX | | | | EN |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.006 | | 1.001-1.035 | |
| PH | 6.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |

**PERFORMING LABORATORY INFORMATION**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA  91304-3226, Laboratory Director:  ENRIQUE TERRAZAS,MD
CLIA: 05D0642827

EASON,RAYMELL - EN774419K

Page 1 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 00200000-NTL Revised 2/15. EC2K - 1155RL

BP-A0608
SEP 11

**VACCINE CONSENT - INMATES**

CDFRM

## U.S. DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISONS

{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}

I have been provided a copy of the Vaccine Information Statement* for:

Pneumonia _____ vaccine dated 4-24-16

I have had the opportunity to ask questions about the benefits and risks of vaccination.

☒ I consent to be vaccinated.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| *[signature]* | S. moore RN, HSS | 9/4/16 |

☐ I decline to receive the above vaccine at this time.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | |

| Name | |
|---|---|
| Eason, Raymell | COPY |
| Reg. # 14603-097 | SSN Sensitive But Unclassified SBU |
| Institution LOX–LOMPOC FCC | |

Prescribed By P6190

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISON**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Medical Records | 5/2/16 |
| FROM: Raymell Eason | REGISTER NO.: 14003-097 |
| WORK ASSIGNMENT: Dorm Orderly | UNIT: C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I would like a copy of all lab work that was done on
me from the time I got here till now

(Do not write below this line)

DISPOSITION:

arrived @ FCC Lompoc 11.24.2014

copies enclosed. Exclude
HIV results.

| Signature Staff Member C. Carredo, AHT | Date 5.18.2016 |
|---|---|

Record Copy - File; Copy - Inmate
This form may be replicated via C. BARREDO, HIT
                                FCC LOMPOC

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-A0618
JUNE 10

**Clinical Dental Records** CFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| Examination | ☐ Screening | ☒ Comprehensive | ☐ Periodic |
|---|---|---|---|

Occlusion
CLASS I

Oral Hygiene
☐ Good  ☒ Fair  ☐ Poor

CPITN

| 2 | 1 | 2 |
|---|---|---|
| 2 | 1 | 2 |

Head & Neck/Soft tissue

WNL

Additional Findings
Allergies: NKDA
D: 1
M: 3     Medical Hx: Pre Diabetic
F: 10

Existing Prosthetics: 1

Examiner Signature / Date
ANDREW SHON, DD 8-24-201

**Treatment Completed**

Recommended Treatment Plan

☒ Radiographs
PANO, BW's

☒ Dental Prophylaxis

☐ Oral Hygiene Instruction

☐ Periodontal Evaluation O I II III

☐ Oral Surgical Procedures

☐ Endodontic

☒ Restorative
#29-DO

| Patient Name | Number | Sex: M F | Age: |
|---|---|---|---|
| EASON, RAYMELL | 14003-097 | | |

**COPY**

Sensitive But Unclassified

**SBU**

☐ Prosthodontic Evaluation

Dentist Signature / Date
ANDREW SHON, DDS 6/24/2011

PDF

Prescribed by P6400

Replaces BP-818.060 of MAR 02

Inmate Name: EASON, RAYMELL LAMAR      Reg #: 14003-097
Date of Birth: 05/05/1970    Sex: M   Race: BLACK    Facility: LOM
Encounter Date: 10/13/2015 14:44    Provider: Shaffer, Kelli RDH    Unit: C06

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Shaffer, Kelli RDH on 10/13/2015 15:00

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 10/13/2015 14:44 | Provider: | Shaffer, Kelli RDH | Unit: | C06 |

## Dental Perio

**PD**

| | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | #14 | #15 | #16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 3 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 3 | |
| | | 4 4 | 4 4 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | | 4 4 | |
| | | 4 4 | 4 4 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | | 4 4 | |
| | | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 3 | |

**Mob**

**Rec**

| L B | L B | L B' | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2 | | | | | | | 2 | 2 | | |

**PD**

| | #32 | #31 | #30 | #29 | #28 | #27 | #26 | #25 | #24 | #23 | #22 | #21 | #20 | #19 | #18 | #17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 3 | 3 |
| | | 4 4 | 4 4 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | | 4 4 | 4 4 |
| | | 4 4 | 4 4 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | 3 3 | | 4 4 | 4 4 |
| | | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 3 | 3 |

**Mob**

**Rec**

| L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B | L B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 | 2 | | | | | | | 2 | |

**Classification Name:** Gingival Disease

**Comments:** Generalized moderate gingivitis with localized mild chronic perio due to recession, due to clinical procedures radiographs will be taken before exam therefore DH diagnosis is based on limited available information, patients didn't have chief complaint, Piezo was used and patient was comfortable, full mouth charting, generalized slight BOP and while using Piezo throughout the mouth, Moderate generalized calculus supra and sub and plaque, recession charted, crowns present #30/3, slight bleeding on probing , no obvious areas of decay

### Disposition:

Follow-up at Sick Call as Needed
Will Be Placed on Callout

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/13/2015 | Counseling | Access to Care | Shaffer, Kelli | Verbalizes Understanding |
| 10/13/2015 | Counseling | Oral Hygiene Instructions | Shaffer, Kelli | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**COPY**
Sensitive But Unclassified
**SBU**

Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097
Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM
Encounter Date: 10/13/2015 14:44 | Provider: Shaffer, Kelli RDH | Unit: C06

## Pain Assessment

**COMPLAINT 1**     **Provider:** Shaffer, Kelli RDH

**Pain Complaint:**   No Pain Reported

**Oral Area:**   General Oral

**Description:**

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

## Additional Findings and Procedures

## PROCEDURE:

## Dental Procedures

### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
| --- | --- | --- |
| General | Prophylaxis | Completed |
| General | Coronal Polishing Only | Completed |
| General | Oral Hygiene Evaluation | Completed |

Comments: Procedures, Alternatives, Risks and Questions, Discussed providing a prophy for patient. Patients didn't have chief complaint but was relieved to get his teeth evaluated and cleaned. Oral cancer screening, probe, health history reviewed, chlorhexidine pre rinse was used. Recession was charted. oral hygiene reviewed, moderate generalized calculus both sub and supra, Moderate generalized inflammation and bleeding with probing and scaling. No obvious areas of decay, Piezo was used throughout the mouth and patient was comfortable. Patient was happy with all aspects of care Next visit-exam and radiographs

**Bureau of Prisons**
**Health Services**
**Dental Routine Care**
**Hygiene Appt**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M  Race: BLACK | Facility: | LOM |
| Encounter Date: | 10/13/2015 14:44 | Provider: Shaffer, Kelli RDH | Unit: | C06 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**

| Type | Health Problem | Status |
|---|---|---|

**Allergies:** Denied

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/13/2015 | 14:43 LOX | 76 | Via Machine | | Shaffer, Kelli RDH |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/13/2015 | 14:43 LOX | 114/71 | Left Arm | Sitting | Wrist | Shaffer, Kelli RDH |

**Hygiene Appointment Type: Initial**
**Oral Hygiene:** Fair
**Oral Hygiene Comments:** Stressed angulation on lingual of mandibular

**CPITN:**

**Hygiene examination performed and documented:** Yes
**Head & Neck/Soft Tissue within normal limits?** Yes
**Comments:**

**Comments**

**Pain Assessment**

**COPY**
Sensitive But Unclassified
**SBU**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 06/24/2016 13:21 | Provider: | Shon, Andrew DDS | Unit: | C06 |

## PROCEDURE:

### Dental Procedures

Radiograph(s) Reviewed: yes

#### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Treatment Plan Examination | Completed |
| General | Bitewing Radiographs (4) | Completed |
| General | Panorex | Completed |
| #3 | Bitewing Radiograph (1) | Completed |

#### Procedures Added or Updated on the Dental Treatment Plan During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #29-DO | Amalgam Restoration | Not Started |
| General | All Planned Routine Treatment Completed | Not Started |

### Disposition:

Will Be Placed on Callout

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2016 | Counseling | Diagnosis | Shon, Andrew | Verbalizes Understanding |
| 06/24/2016 | Counseling | Plan of Care | Shon, Andrew | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Shon, Andrew DDS on 06/24/2016 13:32

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Comp/Periodic Exam

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 06/24/2016 13:21 | Provider: | Shon, Andrew DDS | Unit: C06 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**
  Health Problem

**Allergies:** Denied

**Occlusion:** Class I

**Oral Hygiene:** Fair

**CPITN:**

| 2 | 1 | 2 |
|---|---|---|
| 2 | 1 | 2 |

**Hard and soft tissue examination performed and documented:** Yes

**Head & Neck/Soft Tissue within normal limits?** Yes

**Comments:**

**Decayed** 1      **Missing** 3      **Filled** 10

**Additional Findings:**

**Comments:**

**Pain Assessment**

   **COMPLAINT 1**      Provider: Shon, Andrew DDS

        **Pain Complaint:** No Pain Reported

        **Oral Area:** General Oral

        **Description:**
        **Pain Location:**
        **Pain Scale:** 0
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:**
        **Duration:**
        **Exacerbating Factors:**
        **Relieving Factors:**
        **Comments:**

**Additional Findings and Procedures**

COPY
Sensitive But Unclassified
SBU

**PROCEDURE:**

**Dental Procedures**

Radiograph(s) Reviewed: yes

| | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 06/30/2016 06:44 | Provider: | Shon, Andrew DDS | Unit: | C06 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/30/2016 | Counseling | Pre-op Instructions | Shon, Andrew | Verbalizes Understanding |
| 06/30/2016 | Counseling | Post-operative Care | Shon, Andrew | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Shon, Andrew DDS on 06/30/2016 11:55

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Routine Treatment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 06/30/2016 06:44 | Provider: | Shon, Andrew DDS | Unit: | C06 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**
Health Problem

**Allergies:** Denied

**Pain Assessment**

**COMPLAINT 1** **Provider:** Shon, Andrew DDS

**Pain Complaint:** No Pain Reported

**Oral Area:** General Oral

**Description:**
**Pain Location:**
**Pain Scale:** 0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**COPY**
**Sensitive But Unclassified**
**SBU**

**Additional Findings and Procedures**

### Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Infiltration | 1 Cartridge |

**PROCEDURE:**

**Dental Procedures**

Materials Discussed: yes          Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #29-DO | Amalgam Restoration | Completed |
| General | All Planned Routine Treatment Completed | Completed |

Comments: Restored #29 with Tytin amalgam alloy. Placed GLUMA desensitizer on prep before restoring tooth.

**Disposition:**

Will Be Placed on Callout

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/06/2015 09:34 | Provider: | Springer, Albert NP | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 08/06/2015 11:56.**

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 08/06/2015 09:34 | Provider: | Springer, Albert NP | | Unit: | I04 |

occurrence. Recommend the patient purchase a knee sleeve from commissary to wear while exercising. Ice for swelling, warmth for soreness, OTC pain medication.

b/p has decreased since last visit, negative hypertension.

**Patient Education Topics:**

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/06/2015 | Counseling | Access to Care | Springer, Albert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Springer, Albert NP on 08/06/2015 09:50
Requested to be cosigned by Lin, Michael MD/CD.
Cosign documentation will be displayed on the following page.

**COPY**
Sensitive But Unclassified
**SBU**

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 08/06/2015 09:34 | | | Provider: | Springer, Albert NP | | Unit: | I04 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 73 | | | Springer, Albert NP |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 14 | Springer, Albert NP |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 123/82 | | | | Springer, Albert NP |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 98 | Room Air | Springer, Albert NP |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 77.0 | 195.6 | Springer, Albert NP |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 345.0 | 156.5 | | Springer, Albert NP |

**Exam:**

**Pulmonary**
 **Observation/Inspection**
  Yes: Within Normal Limits

**Cardiovascular**
 **Observation**
  Yes: Within Normal Limits

**Musculoskeletal**
 **Knee**
  Yes: Full Range of Motion L

**Comments**

older gun shot wound to left knee

**ASSESSMENT:**

 Osteoarthrosis, unspec generalized or localized, 715.9 - Current, Chronic, Not Improved/Same - *45 Y/O male complaining of left knee pain from a gun short wound suffered 2012. upon examination the wound track was palpated and found to be tender, no sign or symptom of infection, this pain will no dough be a life long occurrence. Recommend the patient purchase a knee sleeve from commissary to wear while exercising. Ice for swelling, warmth for soreness, OTC pain medication.*

**PLAN:**

**Disposition:**

 Follow-up at Sick Call as Needed
 Follow-up at Chronic Care Clinic as Needed
 Discharged to Housing Unit-No Restrictions
 Discharged to Work with No Restrictions

**Other:**

 45 Y/O male complaining of left knee pain from a gun short wound suffered 2012. upon examination the wound track was palpated and found to be tender, no sign or symptom of infection, this pain will no dough be a life long

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 08/06/2015 09:34 | Provider: Springer, Albert NP | | Unit: I04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**        **Provider:** Springer, Albert NP

**Chief Complaint:** Other Problem

**Subjective:** 45 Y/O male complaining of left knee pain from a gun short wound suffered 2012. upon examination the wound track was palpated and found to be tender, no sign or symptom of infection, this pain will no dough be a life long occurrence. Recommend the patient purchase a knee sleeve from commissary to wear while exercising. Ice for swelling, warmth for soreness, OTC pain medication.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 08/06/2015 09:42 |
| **Location:** | Knee-Left |
| **Quality of Pain:** | Sharp |
| **Pain Scale:** | 7 |
| **Intervention:** | rest joint, ice for swelling, warmth for soreness, otc pain medication |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 1-5 Years |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | walking & standing |
| **Relieving Factors:** | resting |
| **Comments:** | |

## ROS:

**Cardiovascular**
  **General**
    Yes: Within Normal Limits

**Pulmonary**
  **Respiratory System**
    Yes: Within Normal Limits

**Musculoskeletal**
  **General**
    Yes: Knee Pain

**COPY**
Sensitive But Unclassified
**SBU**

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/06/2015 | 09:45 LOX | 98.1 | 36.7 | | Springer, Albert NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK | Facility: | LOM |
| Note Date: | 08/31/2015 09:25 | Provider: | | Dhaliwal, Jaspal MD | | Unit: | C06 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**    **Provider:** Dhaliwal, Jaspal MD

       For labs.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-T-T4, Free | One Time | 09/23/2015 00:00 | Routine |
| Lab Tests-T-TSH | | | |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 08/31/2015 09:27

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/01/2015 11:51 | Provider: | Springer, Albert NP | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 09/01/2015 16:43.**

COPY
Sensitive But Unclassified
SBU

Inmate Name:    EASON, RAYMELL LAMAR
Date of Birth:    05/05/1970
Encounter Date:  09/01/2015 11:51

Sex:    M    Race:  BLACK
Provider:  Springer, Albert NP

Reg #:    14003-097
Facility:  LOM
Unit:    C06

**Exam:**

**Inspection**
Yes: Within Normal Limits

**Auscultation**
Yes: Normo-Active Bowel Sounds

**Percussion**
Yes: Tympany, Dullness

**Palpation**
Yes: Within Normal Limits

## ASSESSMENT:

Unspecified testicular dysfunction, 257.9 - Current, Temporary/Acute, Initial

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Discharged to Housing Unit-No Restrictions
Discharged to Work with No Restrictions

### Other:

this testicular pain comes and goes for the last few years, Pt asked to keep a diary as to occurrence and position of underwear. follow up as needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/01/2015 | Counseling | Access to Care | Springer, Albert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Springer, Albert NP on 09/01/2015 12:17
Requested to be cosigned by Lin, Michael MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: 05/05/1970 | | Sex: M Race: BLACK | | Facility: | LOM |
| Encounter Date: 09/01/2015 11:51 | | Provider: Springer, Albert NP | | Unit: | C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     Provider: Springer, Albert NP

**Chief Complaint:** Other Problem

**Subjective:**  This 45 y/o male presents today with testicular pain, left testicular for 4 days

**Pain:**     Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 09/01/2015 12:00 |
| **Location:** | Genitalia |
| **Quality of Pain:** | Sharp |
| **Pain Scale:** | 3 |
| **Intervention:** | rest, d/c walking, support |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 3-5 Days |
| **Duration:** | 3-5 Days |
| **Exacerbating Factors:** | denies |
| **Relieving Factors:** | denies |
| **Comments:** | |

**ROS:**

**Cardiovascular**
  **General**
    Yes: Within Normal Limits

**Pulmonary**
  **Respiratory System**
    Yes: Within Normal Limits

**GU**
  **General**
    Yes: Within Normal Limits

**OBJECTIVE:**

**Exam:**
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits

  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits

  **Abdomen**

**COPY**
Sensitive But Unclassified
**SBU**

**Bureau of Prisons**
## Health Services
## Clinical Encounter

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 09/28/2015 11:35 | Provider: | Springer, Albert NP | | | Unit: | C06 |

Mid Level Provider - Sick Call Note encounter at Health Services.
**Reason Not Done:** No Show

**Comments:** FOLLOW UP WITH LAB RESULTS
ELEVATED A1C AND TSH
**Cosign Required:** No
Completed by Springer, Albert NP on 09/28/2015 11:35.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/28/2015 11:35 | Provider: | Springer, Albert NP | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 09/28/2015 15:53.**

**COPY**
Sensitive But Unclassified
**SBU**

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Encounter Date: 09/28/2015 11:35

Sex:     M     Race: BLACK
Provider: Springer, Albert NP

Reg #:     14003-097
Facility: LOM
Unit:     C06

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Springer, Albert NP on 09/28/2015 11:43
Requested to be cosigned by Lin, Michael MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 09/28/2015 11:35 | Provider: Springer, Albert NP | | Unit: C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**         **Provider:** Springer, Albert NP

**Chief Complaint:** Other Problem
**Subjective:** reviewed lab report
**Pain:** Not Applicable

## ROS:

**Cardiovascular**
    **General**
        Yes: Within Normal Limits

**Pulmonary**
    **Respiratory System**
        Yes: Within Normal Limits

## OBJECTIVE:

## Exam:

**Pulmonary**
    **Observation/Inspection**
        Yes: Within Normal Limits

**Cardiovascular**
    **Observation**
        Yes: Within Normal Limits

## ASSESSMENT:

Condition Not Found, Essentially Healthy, V71.9 - Current, Temporary/Acute, Initial

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Discharged to Housing Unit-No Restrictions
Discharged to Work with No Restrictions

**COPY**
Sensitive But Unclassified
**SBU**

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/28/2015 | Counseling | Access to Care | Springer, Albert | Verbalizes Understanding |

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 10/14/2015 09:23 | Provider: | Rivera, Annabel MLP | | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 10/14/2015 11:24.**

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: | BLACK | Facility: | LOM |
| Encounter Date: | 10/14/2015 09:23 | | Provider: | Rivera, Annabel MLP | | | Unit: | C06 |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Inmate encourage to continue to loose weight.

**Patient Education Topics:**

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/14/2015 | Counseling | Plan of Care | Rivera, Annabel | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Rivera, Annabel MLP on 10/14/2015 09:50
Requested to be cosigned by Lin, Michael MD/CD.
Cosign documentation will be displayed on the following page.

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 10/14/2015 09:23 | Provider: Rivera, Annabel MLP | Unit: C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Rivera, Annabel MLP

**Chief Complaint:** Other Problem

**Subjective:** Inmate states that he was shot in his left knee 2012. The bullet went through and through and what was done at the hospital was just xrays and he got "stitched" up. Inmate states that there are times the pain is really bad. Inmate request to see ortho. Inmate had x-rays done on his left knee early part of this year.

**Pain:** Not Applicable

## OBJECTIVE:

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/14/2015 | 09:34 LOX | 315.0 | 142.9 | | Rivera, Annabel MLP |

### Exam:

**Musculoskeletal**

**Knee**

Yes: Full Range of Motion, Normal Bony Landmarks, Neurovascular Intact

### Exam Comments

healed scar over left knee.

## ASSESSMENT:

Knee, Pain in joint, lower leg, 719.46 - Current, Chronic, Initial

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 11/28/2015 | 11/28/2015 | Routine | No | |

**Subtype:**

Onsite Orthopedist Consult

**Reason for Request:**

45 year old male who complains of pain of left knee after a GSW 2012. Xrays shows mod. deg. changes.

**Provisional Diagnosis:**

As above.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/09/2015 10:40 | Provider: | Rivera, Annabel MLP | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 11/09/2015 14:29.**

COPY
Sensitive But Unclassified
SBU

Inmate Name: EASON, RAYMELL LAMAR  Reg #: 14003-097
Date of Birth: 05/05/1970  Sex: M  Race: BLACK  Facility: LOM
Encounter Date: 11/09/2015 10:40  Provider: Rivera, Annabel MLP  Unit: C06

**Copay Required:** No  **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Rivera, Annabel MLP on 11/09/2015 10:44
Requested to be cosigned by Lin, Michael MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 11/09/2015 10:40 | Provider: | Rivera, Annabel MLP | | Unit: | C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

### SUBJECTIVE:

**COMPLAINT 1**        **Provider:** Rivera, Annabel MLP

**Chief Complaint:** Other Problem

**Subjective:** Inmate states he no longer wants to take the nortriptyline that he was prescribed for his left kee. Inmate states jhe was started on this prior to incarceration because of pain on his left knee after he was shot. Inmate would like to wait until he sees ortho. Inmate states he will continue to take his Indocin for pain management.

**Pain:** Not Applicable

---

### OBJECTIVE:

### ASSESSMENT:

Knee, Pain in joint, lower leg, 719.46 - Current, Chronic, Not Improved/Same

### PLAN:

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 199493-LOX | Nortriptyline HCl 25 MG Cap | 11/09/2015 10:40 | Take one capsule by mouth at bedtime ***pill line*** (pain) |

**Discontinue Type:**    When Pharmacy Processes
**Discontinue Reason:** discontinue
**Indication:**

**One Time Dose Given:**

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/09/2015 | Counseling | Plan of Care | Rivera, Annabel | Verbalizes Understanding |

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/29/2015 14:45 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 11/30/2015 14:11.**

| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | | Facility: LOM |
| Encounter Date: 11/29/2015 14:45 | Provider: Fernando, Ellen MLP | | | Unit: C06 |

## Exam:

### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

## ASSESSMENT:

Other chest pain, 786.59 - Current, Temporary/Acute, Initial

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|-----------------|
| | Acetaminophen 325 MG Tablet | 11/29/2015 14:45 | 650 mg Orally every 4 hours x 3 day(s) |

Indication: Other chest pain

Start Now: Yes

Night Stock Rx#: 194222-lox

Source: Night Stock

Admin Method: Self Administration

Stop Date: 12/02/2015 14:44

MAR Label: day(s)

One Time Dose Given: No

## Disposition:

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

## Other:

EKG done - NSR- no acute changes.

Advised to increase oral fluid intake.

Advised to return to health services if symptom persists or worsens. Inmate understood above.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 11/29/2015 | Counseling | Plan of Care | Fernando, Ellen | Verbalizes Understanding |

Copay Required: No         Cosign Required: Yes

Telephone/Verbal Order:  No

Completed by Fernando, Ellen MLP on 11/29/2015 18:35

Requested to be cosigned by  Gross, Richard DO.

Cosign documentation will be displayed on the following page.

**COPY**
**Sensitive But Unclassified**
**SBU**

Inmate Name: EASON, RAYMELL LAMAR                                        Reg #:    14003-097
Date of Birth:   05/05/1970                    Sex:    M    Race:  BLACK          Facility: LOM
Encounter Date: 11/29/2015 14:45                       Provider: Fernando, Ellen MLP      Unit:     C06

| **Date** | **Time** | **Value(%) Air** | | **Provider** |
|----------|----------|------------------|------|--------------|
| 11/29/2015 | 14:45 LOX | 100 Room Air | | Fernando, Ellen MLP |

**Exam:**

**General**

  **Affect**

    Yes: Pleasant, Cooperative

  **Appearance**

    Yes: Alert and Oriented x 3

    No: Appears Distressed, Lethargic, Dyspneic, Appears in Pain, Pallor, Diaphoretic

**Skin**

  **General**

    Yes: Dry, Warmth

    No: Diaphoretic

**Eyes**

  **General**

    Yes: PERRLA, Extraocular Movements Intact

  **Conjunctiva and Sclera**

    Yes: Conjunctival Injection

    No: Discharge, Icteric

**Ears**

  **Canal**

    No: Draining, Erythema

**Face**

  **General**

    Yes: Symmetric

**Lips**

  **General**

    No: Dryness

**Mouth**

  **General**

    Yes: Erythema

    No: Dryness

  **Mucosa**

    No: Dryness

  **Pharynx**

    No: Tonsilar Hypertrophy, Dryness

**Neck**

  **General**

    Yes: Supple

**Pulmonary**

  **Observation/Inspection**

    No: Nasal Flaring

  **Thorax**

    Yes: Within Normal Limits, Tenderness on Palpation

  **Auscultation**

    Yes: Clear to Auscultation

    No: Crackles, Wheezing

**Cardiovascular**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 11/29/2015 14:45 | Provider: Fernando, Ellen MLP | | Unit: C06 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

### COMPLAINT 1        Provider: Fernando, Ellen MLP

**Chief Complaint:** Chest Pain

**Subjective:** Received a call from unit officer regarding this inmate who c/o chest pain. When seen inmate states that pain started about 20 minutes ptc. Inmate states that he's been chilling since coming back from the recreation yard few minutes ptc. He says that pain is in left chest and radiates to his left arm. Denies shortness of breath, numbness, weakness, nausea, vomiting or any other associated symptoms. Denies hx of heart problems.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 11/29/2015 16:09 |
| **Location:** | Chest-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 5 |
| **Intervention:** | EKG |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | <30 Minutes |
| **Duration:** | <30 Minutes |
| **Exacerbating Factors:** | None mentioned |
| **Relieving Factors:** | None mentioned |
| **Comments:** | |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/29/2015 | 14:45 LOX | 100.1 | 37.8 | | Fernando, Ellen MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/29/2015 | 14:45 LOX | 100 | | | Fernando, Ellen MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/29/2015 | 14:45 LOX | 15 | Fernando, Ellen MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/29/2015 | 14:50 LOX | 157/86 | Right Arm | Sitting | Adult-large | Fernando, Ellen MLP |
| 11/29/2015 | 14:45 LOX | 164/94 | Right Arm | Sitting | Adult-large | Fernando, Ellen MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

COPY
Sensitive But Unclassified
SBU

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Encounter Date: 11/30/2015 14:10

Sex: M   Race: BLACK
Provider: Lin, Michael MD/CD

Reg #: 14003-097
Facility: LOM
Unit: C06

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Cardiac-CBC Chronic Care Clinics-Cardiac-Comprehensive Metabolic Profile | One Time | 12/01/2015 00:00 | Routine |

## Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/30/2015 | Counseling | Access to Care | Lin, Michael | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lin, Michael MD/CD on 11/30/2015 14:23

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: LOM |
| Encounter Date: | 11/30/2015 14:10 | Provider: | Lin, Michael MD/CD | | Unit: C06 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Lin, Michael MD/CD

**Chief Complaint:** GENERAL

**Subjective:** Reports onset of subjective chills yesterday with associated dull discomfort starting in left arm and migrating to midsternum which does not vary with breathing, movement, or any other factors. Denies cough, sore throat, urinary issues, changes in bowel habits, n/v, ear ache, or otherwise feeling ill. Was evaluated by MLP yesterday and noted to have low grade temperature w/ sinus tach EKG. Here for f/u evaluation w/ discomfort improved.

Exam: VS noted. A&O, NAD. NC/AT, PER, OP mild erythema posterior pharynx, no tonsilar enlargement or exudate, TM normal bilaterally, neck supple, no adenopathy, sinuses nontender and normal nares. CV RRR Pul CTA bilaterally, Abd soft, ND, NT, positive bowel sounds. Ext: ambulatory, normal gait, normal pulses.

Patient also noted to have Cr 1.5 on labs from Aug 2015 (prior 1.2). Has been taking indomethacin

A/P: Mild pharyngitis. Conservative management (hydration, rest). Patient declined MDS modification at this time. Counseled regarding minimizing NSAID use and will recheck labs.

**Pain:** No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2015 | 14:10 LOX | 100.8 | 38.2 | | Lin, Michael MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/30/2015 | 14:10 LOX | 99 | | | Lin, Michael MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/30/2015 | 14:10 LOX | 12 | Lin, Michael MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/30/2015 | 14:10 LOX | 123/76 | | | | Lin, Michael MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/30/2015 | 14:10 LOX | 99 | Room Air | Lin, Michael MD/CD |

**COPY**
Sensitive But Unclassified
**SBU**

**ASSESSMENT:**

Unspecified viral infection, 079.99 - Current, Temporary/Acute, Initial

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Note Date: | 12/16/2015 11:27 | Provider: | | Lin, Michael MD/CD | | Unit: | C06 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**          **Provider:** Lin, Michael MD/CD

Ortho rec discussed w/ patient. Consult for MRI and f/u written

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 02/14/2016 | | Routine | No | |

**Subtype:**

Onsite Orthopedic Surgery Eval

**Reason for Request:**

***f/u after MRI results are available***

**Provisional Diagnosis:**

Osteochondral defect medial femoral condyle

| | | | | | |
|---|---|---|---|---|---|
| Radiology | 02/14/2016 | | Routine | No | |

**Subtype:**

Onsite Radiology

**Reason for Request:**

***MRI without contrast L knee***

s/p eval by ortho w/ suspected osteochondral defect medial femoral condyle. Rec for MRI to r/o same.

**Provisional Diagnosis:**

Osteochondral defect medial femoral condyle

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Lin, Michael MD/CD on 12/16/2015 11:31

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 12/16/2015 11:31 | Provider: | | Lin, Michael MD/CD | Unit: | C06 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Lin, Michael MD/CD on 12/16/2015 11:36

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Note Date: | 12/16/2015 11:31 | Provider: | | Lin, Michael MD/CD | | Unit: | C06 |

Review Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

### ADMINISTRATIVE NOTE 1     Provider: Lin, Michael MD/CD

Feeling well. No complaints. Asking regarding glu 113 and Cr 1.3. Educated patient regarding Cr and glucose.

Exam: A&O, NAD. Ambulatory, normal gait.

Prior Cr 1.2

A/P: Educated regarding dietary/lifestyle modification and recheck labs.

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/16/2015 | 11:31 LOX | 96.7 | 35.9 | | Lin, Michael MD/CD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/16/2015 11:31 LOX | | 75 | | | Lin, Michael MD/CD |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/16/2015 | 11:31 LOX | 100 | Room Air | Lin, Michael MD/CD |

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Cardiac-CBC | One Time | 01/15/2016 00:00 | Routine |
| Chronic Care Clinics-Cardiac-Comprehensive Metabolic Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Microalbumin/Creatinine Ratio | | | |
| Chronic Care Clinics-Diabetic-Urinalysis (not POC dipstick) | | | |

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: 03/04/2016 06:55 | Provider: | Christopher, Jason | Facility: | LOM |

**Cosigned by Lin, Michael MD/CD on 03/07/2016 00:14.**

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 03/04/2016 06:55 | Provider: | | Christopher, Jason | Unit: | C06 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**     **Provider:** Christopher, Jason NREMT-P

    Medication Reconcilliation

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 199524-LOX | Indomethacin 50 MG Cap | 03/04/2016 06:55 | Take one capsule by mouth every eight hours as needed for pain with food (***Ortho/Rheum) x 30 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes          **By:** Lin, Michael MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Christopher, Jason NREMT-P on 03/04/2016 06:58
Requested to be cosigned by Lin, Michael MD/CD.
Cosign documentation will be displayed on the following page.

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 03/22/2016 12:16 | Provider: | Dhaliwal, Jaspal MD | | | Unit: | C06 |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 219542-LOX | Indomethacin 50 MG Cap | 03/22/2016 12:16 | Take one capsule by mouth every eight hours as needed for pain with food (***Ortho/Rheum) x 60 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 01/11/2017 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-T4, Free | | | |

## Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Pneumovax 23 Immunization | 04/07/2016 00:00 | Nurse 01 |
| Chronic Care Visit | 09/22/2016 00:00 | Physician 01 |
| Influenza - Trivalent Immunization | 10/04/2016 00:00 | Nurse 01 |

## Disposition:

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/22/2016 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |

Copay Required: No
Telephone/Verbal Order: No

Cosign Required: No

Completed by Dhaliwal, Jaspal MD on 03/22/2016 12:42

COPY
Sensitive But Unclassified
SBU

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #:   14003-097 |
| Date of Birth:   05/05/1970 | Sex:   M   Race:  BLACK | Facility: LOM |
| Encounter Date: 03/22/2016 12:16 | Provider:  Dhaliwal, Jaspal MD | Unit:   C06 |

**Exam:**

**General**

Yes: PERRLA

**Fundus Exam**

Yes: Grossly Normal Retina

**Neck**

**Thyroid**

No: Nodule

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Musculoskeletal**

**Spine-Lumbar**

No: Full Range of Motion

**Knee**

No: Full Range of Motion

**Comments**

CKD 2. GFR 78.Monofilament normal.

**ASSESSMENT:**

Knee, Pain in joint, lower leg, 719.46 - Current

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Lisinopril Tablet | 03/22/2016 12:16 | Take 5 mg Orally[1] -  daily x 180 day(s) |

**Indication:** Esophageal reflux, Other chest pain

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 03/22/2016 12:16 | | Provider: | Dhaliwal, Jaspal MD | | Unit: | C06 |

**ROS:**

**General**

No: Abdominal Pain or Colic

**Musculoskeletal**

**General**

Yes: Joint pain, Knee Pain, Low Back Pain

**Endocrine**

**, General**

No: Hx of Diabetes

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/22/2016 | 12:24 LOX | 98.0 | 36.7 | | Dhaliwal, Jaspal MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/22/2016 | 12:24 LOX | 68 | | | Dhaliwal, Jaspal MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/22/2016 | 12:24 LOX | 16 | Dhaliwal, Jaspal MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/22/2016 | 12:24 LOX | 119/80 | | | | Dhaliwal, Jaspal MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/22/2016 | 12:24 LOX | 98 | | Dhaliwal, Jaspal MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/22/2016 | 12:24 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/22/2016 | 12:26 LOX | 301.0 | 136.5 | | Dhaliwal, Jaspal MD |

**Exam:**

**Diagnostics**

**Laboratory**

Yes: Results

**Radiology**

Yes: Results

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Eyes**

**COPY**

Sensitive But Unclassified

**SBU**

**Bureau of Prisons**
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 03/22/2016 12:16 | Provider: Dhaliwal, Jaspal MD | Unit: C06 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** DIABETIC

**Subjective:** DM better controlled.A1C:6.1%.B Not well compliant.Lost weight.Counselled die and exercise.

**Pain:** No

---

**COMPLAINT 2**      **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** OA lt. knee .Awaiting MRI. C/O pa1n and stiffness.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/22/2016 12:21 |
| Location: | Back-Lower |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | NSAIDS. |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 1-5 Years |
| Duration: | 1-5 Years |
| Exacerbating Factors: | Activity |
| Relieving Factors: | NSAIDS |
| Comments: | |

**Seen for clinic(s):** Diabetes

**ROS:**

**General**

   **Constitutional Symptoms**

      No: Chills, Fatigue

**HEENT**

   **Head**

      No: Headaches

**Cardiovascular**

   **General**

      No: Angina

**Pulmonary**

   **Respiratory System**

      No: Dyspnea

**GI**

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 05/16/2016 12:07 | Provider: | Dhaliwal, Jaspal MD | | | Unit: | C06 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/16/2016 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |

**Copay Required:** No

**Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 05/16/2016 12:16

**COPY**
**Sensitive But Unclassified**
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  EASON, RAYMELL LAMAR | | Reg #:  14003-097 |
| Date of Birth:   05/05/1970 | Sex:      M      Race:  BLACK | Facility:  LOM |
| Encounter Date: 05/16/2016 12:07 | Provider:  Dhaliwal, Jaspal MD | Unit:       C06 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** DIABETIC

**Subjective:**   Better controlled.GFR 76 CKD 2.Better comoliantwith exercises.Not taking any meds.A1c 6.1.
F/U in CCC as scheduled.

**Pain:**   No

---

**Seen for clinic(s):** Diabetes, Orthopedic/Rheumatology

**OBJECTIVE:**

**ASSESSMENT:**

Knee, Pain in joint, lower leg, 719.46 - Current

**PLAN:**

**Discontinued Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| *Lab Tests - Short List-General-CBC w/diff* | *One Time* | *01/11/2017 00:00* | *Routine* |
| *Lab Tests - Short List-General-Comprehensive Metabolic Profile* | | | |
| *Lab Tests - Short List-General-Lipid Profile* | | | |
| *Lab Tests - Short List-General-Microalbumin, urine random* | | | |
| *Lab Tests - Short List-General-TSH* | | | |
| *Chronic Care Clinics-Diabetic-Hemoglobin A1C* | | | |
| *Lab Tests - Short List-General-T4, Free* | | | |

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 08/10/2016 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Microalbumin, urine random | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race:BLACK | Facility: | LOM |
| Note Date: | 06/07/2016 08:50 | Provider: | Dhaliwal, Jaspal MD | | Unit: | C06 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

 **ADMINISTRATIVE NOTE   1**  **Provider:** Dhaliwal, Jaspal MD

  Meds renewal.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 06/07/2016 08:50 | take800 mg Orally  -  three times a day x 30 day(s) |

       **Indication:** Osteoarthrosis, unspec generalized or localized

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 06/07/2016 08:53

**COPY**

Sensitive But Unclassified

**SBU**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/17/2016 11:33 EST | | | Facility: | LOM |

**Reviewed with New Encounter Note by Dhaliwal, Jaspal MD on 10/24/2016 09:16.**



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

\*\*\* Sensitive But Unclassified \*\*\*

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/09/2016 07:30 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 08/10/2016 12:33 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 08/10/2016 14:42 |
| **Sex** M | | **LIS ID** 223161980 |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| Hematocrit | 40.8 | 38.8-50.0 | % |
| MCV | 90.0 | 76.0-100.0 | fL |
| MCH | 29.8 | 27.0-33.0 | pg |
| MCHC | 33.1 | 28.0-36.0 | g/dL |
| RDW | 12.4 | 12.0-15.0 | % |
| Platelet | 258 | 150-450 | K/uL |
| Neutrophils % | 37.4 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Total Lymphocytes % | 53.0 | | % |
| Monocytes % | 5.1 | | % |
| Eosinophils % | 4.1 | | % |
| Basophils % | 0.5 | | % |
| Neutrophils # | 2.0 | 1.1-7.9 | K/uL |
| Total Lymphocytes # | 2.8 | 0.5-4.7 | K/uL |
| Monocytes # | 0.3 | 0.0-1.3 | K/uL |
| Eosinophils # | 0.21 | 0.00-0.70 | K/uL |
| Basophils # | 0.0 | 0.0-0.2 | K/uL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.8 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**COPY**
Sensitive But Unclassified
SBU

| **FLAG LEGEND** | L=Low L!=Low Critical H=High H!=High Critical A=Abnormal A!=Abnormal Critical |
|---|---|



Federal
Bureau of
Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/09/2016 07:30 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 08/10/2016 12:33 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 08/10/2016 14:42 |
| **Sex** M | | **LIS ID** 223161980 |

| CHEMISTRY | | | |
|---|---|---|---|
| Sodium | | 142 | 136-146 | mEq/L |
| Potassium | | 4.4 | 3.6-4.9 | mEq/L |
| Chloride | | 103 | 98-108 | mEq/L |
| CO2 | | 29 | 22-29 | mmol/L |
| BUN | | 13 | 7-24 | mg/dL |
| Creatinine | H | 1.4 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | 55 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 9.3 | 8.6-10.4 | mg/dL |
| Glucose | 91 | 70-110 | mg/dL |
| AST | 23 | 10-37 | U/L |
| ALT | 24 | 8-40 | U/L |
| Alkaline Phosphatase | 68 | 49-126 | U/L |
| Bilirubin, Total | 0.6 | 0.1-1.1 | mg/dL |
| Total Protein | 6.6 | 6.3-8.3 | g/dL |
| Albumin | 4.4 | 3.5-5.0 | g/dL |
| Globulin | 2.2 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | 2.00 | 1.00-2.30 | |
| Anion Gap | 10.3 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | 9.3 | 5.0-30.0 | |
| Cholesterol | 145 | 50-200 | mg/dL |
| Triglycerides | 71 | <150 | mg/dL |
| HDL Cholesterol | 51 | 35-80 | mg/dL |
| LDL Cholesterol (calc) | 80 | 0-130 | mg/dL |
| Chol/HDL Ratio | 2.8 | 0.0-4.0 | |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 1 | 0-17 | mg/L |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| TSH | H | 8.35 | 0.50-5.00 | ulU/mL |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 5.3 | 3.5-10.5 | K/uL |
| RBC | 4.53 | 4.10-6.00 | M/uL |
| Hemoglobin | 13.5 | 12.0-17.5 | g/dL |

**FLAG LEGEND** L=Low LI=Low Critical H=High HI=High Critical A=Abnormal A!=Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 11/30/2016 14:58 EST | | | | Facility: | LOM |

**Reviewed with New Encounter Note by Allred, D. DO/CD on 11/30/2016 13:30.**

COPY
Sensitive But Unclassified
SBU

## Health Services

## Consultation Request

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | EASON, RAYMELL LAMAR | | Reg #: 14003-097 | Complex: LOX |
| Date of Birth: | 05/05/1970 | | Sex: M | |

**Consultation/Procedure Requested:**   Orthopedic Surgery

**Subtype:**   Onsite Eval, Ortho Surgery

**Priority:** Routine

**Target Date:** 02/14/2016

**Reason for Request:**
   ***f/u after MRI results are available***

**Provisional Diagnosis:**
   Osteochondral defect medial femoral condyle

**Medications (As of 11/28/2016)**
   Lisinopril 5 MG Tab  Exp: 01/22/2017  SIG: Take one tablet by mouth each day

**Allergies (As of 11/28/2016)**
   No Known Allergies

**Health Problems (As of 11/28/2016)**
   Osteoarthrosis, unspec generalized or localized, Buttock, open wound,  w/o mention of complication, Dental caries, unspecified, Esophageal reflux, Unspecified testicular dysfunction, Condition Not Found, Essentially Healthy, Knee, Pain in joint, lower leg, Other chest pain, Unspecified viral infection, Epididymitis

**Inmate Requires Translator:**  No        **Language:**
**Additional Records Required:**

**Comments:**

**Requested By:**   Lin, Michael MD/CD

**Ordered Date:**   12/16/2015 11:27

**Level of Care:**   Medically Necessary - Non-Emergent

## Bureau of Prisons
## Health Services
### Consultation Request

| | |
|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | Reg #: 14003-097    Complex: LOX |
| Date of Birth:    05/05/1970 | Sex:    M |

Report of Consultation: Orthopedic Surgery                     Subtype:  Onsite Eval, Ortho Surgery

Inmate Name: EASON, RAYMELL LAMAR                                    Reg #:      14003-097
Date of Birth: 05/05/1970                                                         Sex:       M
**Institution:**    LOMPOC USP
3901 KLEIN BLVD                              11/29/16
LOMPOC,California 93436            α: ① knee
8057352771                                                    R/o meniscal tear - sx's

Assessment: S' pt F/U MRI scan ① knee. persists

D: MRI Report 8/25/16:
Immm full thickness chondral defect WB
region medial femoral condyle & subchondral
edema. Some degenerative ∆'s in patellofemoral
joint. No obvious meniscus tear

**Plan:**   A: OA ① knee. contunicel defect unlikely
P: Discussed: Natural Hx + Rx options
activity modification, WB loads, NSAIDs.
F/U prn.

Signature
Date

**COPY**

Completed By:                                               Sensitive But Unclassified
**SBU**

Report may be hand-written or (preferably) typed on this form.  If dictated on office or hospital letterhead to
follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff.
While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review
by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National
Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

BP-A0807           **INFLUENZA VACCINE CONSENT – INMATES** CDFRM
Sep 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

*(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine
dated 8/7/2015   . I have had the opportunity to ask questions about the benefits and risks of
vaccination.

⊠ **I consent to receive the Influenza vaccine at this time.**

> **Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
| | X | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
| | X | Do you have allergy to eggs? |
| | X | Have you ever had serious reaction to influenza vaccine? <br><br> If so, describe: |
| | X | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| *[signature]* | HBlitch RN <br> HBlitch RN <br> FCC Lompoc | 12-2-2016 |

☐ **I decline to receive the Influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | | |

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|------------------------------------|-----------------|----------|
| Eason, Raymell | 14003 -097 | FCC Lompoc |

Prescribed By P6190

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: | BLACK |
| Scanned Date: | 12/09/2016 13:23 EST | | Facility: | LOM |

**Reviewed with New Encounter Note by Pelton, James MD, RMD on 12/13/2016 06:51.**

**COPY**
Sensitive But Unclassified
**SBU**



**Federal
Bureau of
Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 11/29/2016 07:20 |
| **Reg #** 14003-097 | **Order Unit**          **RCH Unit** | **Received** 11/30/2016 12:24 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 11/30/2016 13:52 |
| **Sex** M | | **LIS ID**      335161728 |

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| T4, Free | | 1.16 | 0.93-1.70 | ng/dL |
| TSH | H | 6.15 | 0.50-5.00 | uIU/mL |

---

**FLAG LEGEND**     L=Low  LI=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/20/2016 18:29 EST | | | Facility: | LOM |

**Reviewed by Cabeen, James DO/CD on 12/30/2016 11:21.**

**COPY**
Sensitive But Unclassified
**SBU**

Continued Report - Page 2 of 2

MRN:      01001388482
DOB:      5/05/1970 - 46 M
Account #: 4683255
Pt Type:  OUT
Loc:      OIC
Site:     SBA
Patient Phone #: (805) 736-4580

**Patient Name:**
**EASON, RAYMELL**

**Requesting Physician:**
**MICHAEL LIN MD**
**3600 GUARD RD.**

**LOMPOC, CA 93436**

**Exam Date:  8/25/2016 @ 10:02**

3.  Mild chondromalacia in the patellofemoral compartment.  Mild lateral patellar subluxation.

NOTE: The staff radiologist listed below has personally performed the procedure and (or) has reviewed this exam
and agrees with the report.

Dictated by: Anjan Prabhuswamy, MD-R on 8/25/2016 at 11:22
Electronically Authenticated by:  Sean Snodgress, MD on 8/25/2016 at 14:18

copy to:



**Cottage Center for Advanced Imaging**
*Excellence in Diagnostic and Cardiovascular Imaging*

**2410 Fletcher Avenue  Santa Barbara, CA  93105      T: 805-879-8500  F: 805-879-8575**

MRN:      01001388482
DOB:       5/05/1970 - 46  M
Account #:  4683255
Pt Type:    OUT
Loc:        OIC
Site:        SBA
Patient Phone #: (805) 736-4580

**Patient Name:**
**EASON, RAYMELL**

**Requesting Physician:**
**MICHAEL LIN MD**
**3600 GUARD RD.**

**LOMPOC, CA 93436**

**Exam Date:  8/25/2016 @ 10:02**

---

**PROCEDURE:**      MRI LEFT KNEE  WITHOUT CONTRAST

**COMPARISON:**   None.

**INDICATIONS:**    Osteochondral defect medial

**TECHNIQUE:**      A complete multi-planar MRI was performed.

COPY

Sensitive But Unclassified
SBU

**FINDINGS:**
**MENISCI:**                            There is a small amount of signal within the central portion of the posterior horn
                                       of the medial meniscus.  Assessment of this area is limited by an overlying
                                       artifact, but the signal abnormality is not felt to extend to the articular surface
                                       and this probably represents a small amount of degenerative change.  The
                                       lateral meniscus is normal.
**CRUCIATE LIGAMENTS:**     Normal.
**COLLATERAL LIGAMENTS:**  The medial and fibular collateral ligament complexes are unremarkable.
**HYALINE CARTILAGE:**      Full thickness cartilage defect along the weight-bearing surface of the  medial
                                       femoral condyle, measuring approximately 9 mm in AP dimension.  There is
                                       low signal within the adjacent condylar marrow suggesting reactive sclerosis.
**PATELLOFEMORAL:**         There is generalized mild cartilage fissuring in the patellofemoral compartment,
                                       with the most prominent area of abnormality a small fissure along the lateral
                                       patellar facet with a tiny focus of reactive marrow edema.  Mild lateral patellar
                                       subluxation.
**OTHER:**                           There is a small Baker cyst.  Degenerative changes at the tibial fibular
                                       articulation.

**CONCLUSION:**
1.  **9 mm full thickness chondral defect  along the weight-bearing surface of the medial femoral condyle.**
2.  **Degenerative signal in the posterior horn of the medial meniscus, in an area which is difficult to
    evaluate secondary to overlying artifact, but there does not appear to be a meniscal tear.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 02/07/2017 18:42 EST | | | Facility: | LOM |

**Reviewed by Pelton, James MD, RMD on 02/08/2017 12:25.**



**Lompoc Valley Medical Center**
1515 East Ocean Avenue
Lompoc, CA 93436
P: (805)737-3375
F: (805)875-8566

**Midcoast Imaging Medical Group**
David L. McAninch, MD
Duard W. Enoch III, MD

| | | | |
|---|---|---|---|
| **Name:** | EASON, RAYMELL L | **Patient ID:** | 292368 |
| **DOB:** | 5/5/1970 | **Hosp Acct:** | 2072193 |
| **Sex:** | Male | | |
| **Referrer:** | RICHARD GROSS | **Pt Status:** | OutPatient |
| | | **Room:** | |
| **Exam Date:** 12/14/2016 1:08 PM | | **Acc #:** | 50650164 |
| | | **SCM#:** | 001KNY683 |

**Exam Name:** SCROTAL US | 76870

---

**EXAM:** SCROTAL ULTRASOUND

**CONCLUSION: Prominence left epididymis may be from chronic epididymitis but there is also a varicocele.**

**HISTORY:** Chronic epididymitis with intermittent left-sided pain for years but more constant for the last few months.

**FINDINGS:** The testicles are free of mass or inflammatory change. Occasional microlithiasis.

There is relative prominence of the left epididymis with a left varicocele.

No hernia evident.

**COPY**
Sensitive But Unclassified
**SBU**

---

**Signed by:** DAVID L. MCANINCH, MD
**Finalized Date:** 12/14/2016 2:59 PM

**Transcribed By:** ZOE WIENS
**Transcribed Date:** 12/14/2016 2:37 PM

**To:**
**Fax Number:**                              740-2035

**From:**                                    Lompoc Valley Medical Center
**Business Phone:**                          (805)737-3375

**Date/Time:**                               1/31/2017 3:15 PM
**Subject:**                                 50650164

---

**Confidential - May contain patient-identifiable information**

This document may contain confidential information that is protected under Federal and/or State law and is intended only for the person to whom it is addressed. If you are not the intended recipient or an authorized agent, you are not authorized to read, disclose, copy, disseminate, otherwise use or transmit this information. If you have received this fax by error please destroy the document, accept our apologies and call the sender so that we may prevent it from happening again.

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 10/12/2016 12:37 | Provider: | Wooten, Benjamin DDS | | Unit: | C06 |

## PROCEDURE:

### Dental Procedures

#### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Prophylaxis | Completed |

Comments: Hand scaled and polished with prophy cup and paste.

## Disposition:

Will Be Placed on Callout

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/12/2016 | Counseling | Oral Hygiene Instructions | Wooten, Benjamin | Verbalizes Understanding |
| 10/12/2016 | Counseling | Plan of Care | Wooten, Benjamin | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wooten, Benjamin DDS on 10/12/2016 12:40

**COPY**
Sensitive But Unclassified
**SBU**

**Bureau of Prisons**

## Health Services
## Dental Routine Care
## Hygiene Appt

| | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | | |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 10/12/2016 12:37 | Provider: | Wooten, Benjamin DDS | | Unit: | C06 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**

Health Problem

**Allergies:** Denied

**Hygiene Appointment Type:** Recall

**Oral Hygiene:** Good

**Oral Hygiene Comments:**

**CPITN:**

| 1 | 0 | 1 |
|---|---|---|
| 1 | 0 | 0 |

**Hygiene examination performed and documented:** Yes

**Head & Neck/Soft Tissue within normal limits?** Yes

**Comments:**

**Comments**

**Pain Assessment**

    **COMPLAINT 1**     **Provider:** Wooten, Benjamin DDS

        **Pain Complaint:** No Pain Reported

        **Oral Area:** General Oral

        **Description:**

        **Pain Location:**

        **Pain Scale:** 0

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**Additional Findings and Procedures**

**PROCEDURE:**

**Dental Procedures**

    **Dental Procedures In Process/Completed During This Encounter**

      **Tooth/Area**                 **Procedure**                 **Status**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/11/2016 06:29 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

**Cosigned by Dhaliwal, Jaspal MD on 07/11/2016 06:55.**

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 07/11/2016 06:29 | Provider: | | Fernando, Ellen MLP | Unit: | C06 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Fernando, Ellen MLP

Medication refill until seen in clinic.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 227333-LOX | Ibuprofen 800 MG Tab | 07/11/2016 06:29 | Take one tablet (800 MG) by mouth every eight hours with food as needed for pain cc O/R x 30 day(s) |

**Indication:** Osteoarthrosis, unspec generalized or localized

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 07/11/2016 06:29
Requested to be cosigned by Dhaliwal, Jaspal MD.
Cosign documentation will be displayed on the following page.

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 07/26/2016 12:29 | Provider: | Dhaliwal, Jaspal MD | | Unit: | C06 |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 07/26/2016 12:42

COPY
Sensitive But Unclassified
SBU

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M Race: BLACK | Facility: | LOM |
| Encounter Date: | 07/26/2016 12:29 | Provider: | Dhaliwal, Jaspal MD | Unit: | C06 |

**Exam:**

    **Genitourinary**

        **Scrotum**

            Yes: Within Normal Limits

        **Testicles**

            Yes: Testicular Tenderness, Epididymal Tenderness

            No: Nodules

**ASSESSMENT:**

    Epididymitis, N451 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Indomethacin Capsule | 07/26/2016 12:29 | Take 50 mg Orally - three times a day x 30 day(s) |
| | **Indication:** Osteoarthrosis, unspec generalized or localized | | |
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 07/26/2016 12:29 | Take one tab Orally - three times a day x 7 day(s) |
| | **Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg | | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 220840-LOX | Lisinopril 5 MG Tab | 07/26/2016 12:29 | Take one tablet by mouth each day x 180 day(s) |
| | **Indication:** Esophageal reflux, Other chest pain | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 229482-LOX | Ibuprofen 800 MG Tab | 07/26/2016 12:29 | Take one tablet (800 MG) by mouth every eight hours with food as needed for pain "Chronic Care Verified" O/R |

        **Discontinue Type:** *When Pharmacy Processes*

        **Discontinue Reason:** *Non-compliant*

        **Indication:**

**Disposition:**

    Follow-up at Sick Call as Needed

    Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/26/2016 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | | Facility: LOM |
| Encounter Date: 07/26/2016 12:29 | Provider: Dhaliwal, Jaspal MD | | | Unit: C06 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**    **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** Urinary Problem

**Subjective:** C/O lt.testicular pain for two days. No dysuria, fever, DM or chills.Inacreased frequency.PMH
:HTN

**Pain:** Yes

**Pain Assessment**
| | |
|---|---|
| **Date:** | 07/26/2016 12:31 |
| **Location:** | Generalized |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 4 |
| **Intervention:** | ABX |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | Activity |
| **Relieving Factors:** | nothing |
| **Comments:** | Lt.testicular pain. |

## ROS:

**General**

**Constitutional Symptoms**
No: Chills, Fatigue

**GU**

**General**
Yes: Urinary Frequency
No: Dysuria, Hesitancy

## OBJECTIVE:

**Exam:**

**General**

**Appearance**
Yes: Alert and Oriented x 3

**Pulmonary**

**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/27/2016 06:40 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

Cosigned by Dhaliwal, Jaspal MD on 07/27/2016 12:29.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 07/27/2016 06:40 | Provider: | | Fernando, Ellen MLP | Unit: | C06 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Fernando, Ellen MLP

Inmate was seen by MD on 7/26/2016 regarding testicular pain.  See previous notes.


**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 07/27/2016 06:42
Requested to be cosigned by Dhaliwal, Jaspal MD.
Cosign documentation will be displayed on the following page.

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL L'AMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/17/2016 12:56 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

Cosigned by Dhaliwal, Jaspal MD on 10/17/2016 14:04.

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 10/17/2016 12:56 | | Provider: `Fernando, Ellen MLP | | | Unit: | C06 |

| Radiology | | 11/16/2016 | 11/16/2016 | | Routine | | No |
|---|---|---|---|---|---|---|---|

**Subtype:**

Ultrasound, Offsite

**Reason for Request:**

\*\*\*Request for US of right testicle\*\*\*

Hx chronic epididymitis.  Please evaluate and advise.

**Provisional Diagnosis:**

~as above~

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/17/2016 | Counseling | Access to Care | Fernando, Ellen | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 10/17/2016 13:03

Requested to be cosigned by Dhaliwal, Jaspal MD.

Cosign documentation will be displayed on the following page.

**COPY**

Sensitive But Unclassified

**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: | M | Race: BLACK | | Facility: LOM |
| Encounter Date: 10/17/2016 12:56 | Provider: Fernando, Ellen MLP | | | | Unit: C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Fernando, Ellen MLP

**Chief Complaint:** Other Problem

**Subjective:** Inmate seen by MD for follow up of right testicular pain. Denies pain. No new medical complaints at this time.

**Pain:** Not Applicable

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed, Appears in Pain

**Genitourinary**

**Testicles**

Yes: Epididymal Tenderness R, Swelling R

**Exam Comments**

Inmate seen and examined by MD.

**ASSESSMENT:**

Epididymitis, N451 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ciprofloxacin Tablet | 10/17/2016 12:56 | 500 mg Orally - Two Times a Day x 10 day(s) |

Indication: Epididymitis

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 10/24/2016 09:16 | Provider: | | Dhaliwal, Jaspal MD | Unit: | C06 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**　　　**Provider:** Dhaliwal, Jaspal MD

Repeat T4/TSH.labs 12/15 were WNL.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-TSH | One Time | 10/31/2016 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free | | | |

**Copay Required:** No　　　**Cosign Required:** No

**Telephone/Verbal Order:**　No

Completed by Dhaliwal, Jaspal MD on 10/24/2016 09:20

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL'LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 11/30/2016 13:30 | Provider: | | Allred, D. DO/CD | Unit: | C06 |

Review Note - Document Review encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**   **Provider:** Allred, D. DO/CD
Handwritten Orthopedic Consult Report: OA changes

recommended NSAID tx.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 11/30/2016 00:00 | MLP 01 |

Review ortho consult;
recommended NSAID tx.
I prefer combination of 200mg IBU and 325/650mg acetaminophen Q4hours to avoid long term side effects.(DAllred)

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Allred, D. DO/CD on 11/30/2016 13:34

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Facility: | LOM |
| Note Date: | 12/13/2016 06:52 | Provider: | Pelton, James MD, RMD | Unit: | C06 |
| | | | Race: BLACK | | |

Review Note - Document Review encounter performed at Other.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Pelton, James MD, RMD

    Recent screening labs show subclinical hypothyroidism.  Will monitor.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-TSH | One Time | 06/13/2017 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free | | | |

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Pelton, James MD, RMD on 12/13/2016 06:53

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 01/10/2017 07:07 | Provider: | Fernando, Ellen MLP | | Facility: | LOM |

**Cosigned with New Encounter Note by Dhaliwal, Jaspal MD on 01/10/2017 07:33.**

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 01/10/2017 07:07 | Provider: Fernando, Ellen MLP | | Unit: C06 |

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|
| 01/10/2017 Counseling | Access to Care | Fernando, Ellen | Verbalizes Understanding |

**Copay Required:** No

**Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 01/10/2017 07:11
Requested to be cosigned by Dhaliwal, Jaspal MD.
Cosign documentation will be displayed on the following page.

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | | Facility: LOM |
| Encounter Date: 01/10/2017 07:07 | Provider: Fernando, Ellen MLP | | | Unit: C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Fernando, Ellen MLP

**Chief Complaint:** Medication Refill

**Subjective:** Inmate requests refill of medication. Per ortho recommendation Acetaminophen and Ibuprofen.

**Pain:** Not Applicable

## OBJECTIVE:

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed, Appears in Pain

## ASSESSMENT:

Knee, Pain in joint, lower leg, 719.46 - Current

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen 325 MG Tablet | 01/10/2017 07:07 | 2 tabs. Orally every 6 hours x 30 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 229482-LOX | Ibuprofen 800 MG Tab | 01/10/2017 07:07 | Take one tablet (800 MG) by mouth every eight hours with food as needed for pain "Chronic Care Verified" O/R x 30 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 01/10/2017 07:33 | Provider: | | Dhaliwal, Jaspal MD | Unit: | C06 |

Cosign Note - Evaluation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE 1**   **Provider:** Dhaliwal, Jaspal MD

   RTC as per schedule.

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 01/11/2017 06:25

**COPY**
Sensitive But Unclassified
**SBU**

**Bureau of Prisons**

## Health Services

## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/17/2017 11:30 | Provider: | Sparrow, S. NRP | Facility: | LOM |

**Cosigned by Watson, William MD on 03/17/2017 13:18.**

| | | | |
|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex:    M    Race:  BLACK | Facility: LOM |
| Encounter Date: | 03/17/2017 11:30 | Provider: Sparrow, S. NRP | Unit:    C06 |

HEENT: PERL, Throat is pink w/o signs of infection, Inmate says nose is runny in the evening. States he wakes up coughing at night with clear mucus in mouth.
NECK: No JVD
CHEST: Denies CP or SOB. Clear to auscultation.
ABD: SNT without complaints.
PELVIS: Intact without complaints.
ANT/POST: No complaints
EXT: PSM intact with good Cap Refill.
Vitals WNL.
MD notified, orders received to refill Ibuprofen and Acetaminophen.

**ASSESSMENT:**

Cold Symptoms
See exam notes.

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 242948-LOX | Ibuprofen 800 MG Tab | 03/17/2017 11:30 | Take one tablet (800 MG) by mouth every eight hours with food as needed for pain "Chronic Care Verified" O/R x 30 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized

| | | | |
|---|---|---|---|
| 242947-LOX | Acetaminophen 325 MG Tab | 03/17/2017 11:30 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain x 30 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2017 | Counseling | Plan of Care | Sparrow, S. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Watson, William MD
**Telephone or Verbal order read back and verified.**

Completed by Sparrow, S. NRP on 03/17/2017 11:45
Requested to be cosigned by Watson, William MD.
Cosign documentation will be displayed on the following page.

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: 03/17/2017 11:30 | | | Provider: Sparrow, S. NRP | | | | Unit: | C06 |

EMT/Para - Sick Call encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**    **Provider:** Sparrow, S. NRP

**Chief Complaint:** Medication Refill

**Subjective:**   IM requesting medication refill.
MD notified, orders received.

IM also complaining of mucus in mouth at night that wakes him up. Mucus is clear.

**Pain:**   No

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/17/2017 | 11:30 LOX | 97.4 | 36.3 | | Sparrow, S. NRP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/17/2017 | 11:30 LOX | 74 | | | Sparrow, S. NRP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/17/2017 | 11:30 LOX | 12 | Sparrow, S. NRP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/17/2017 | 11:30 LOX | 137/86 | | | | Sparrow, S. NRP |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 03/17/2017 | 11:30 LOX | 126 | Random | | Sparrow, S. NRP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/17/2017 | 11:30 LOX | 97 | Room Air | Sparrow, S. NRP |

**Exam:**

**General**

**Appearance**
Yes: Alert and Oriented x 3

**Skin**

**General**
Yes: Within Normal Limits

## Exam Comments

IM ambulated to HSU. IM didn't appear to be in any acute distress. IM c/o dry mouth, mucus in mouth at night that wakes him up. Night sweating.

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 04/27/2017 12:47 | | Provider: | Razavi, N. MD | | Unit: | C06 |

General Surgery          05/10/2017      05/10/2017          Routine          No

**Subtype:**

Gen Surg Onsite Eval, NOS

**Reason for Request:**

Evaluation for left varicocele repair

Inmate is experiencing testicular pain, pulling and discomfort

Ultrasound has been done: left testicle varicocele

**Provisional Diagnosis:**

left testicle varicocele

**Additional Records Required for Consultation:**

Consultation Report(s), History and Physical, Pathology Slides, Progress Note(s), X-ray Image(s), X-ray Report(s)

**Disposition:**

Follow-up at Sick Call as Needed

Will Be Placed on Callout

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

**Other:**

General surgery consult of evaluation of varicocele repair surgery has been requested.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 04/28/2017 | Counseling | Access to Care | Razavi, N. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Razavi, N. MD on 04/28/2017 13:03

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 04/27/2017 12:47 | | Provider: Razavi, N. MD | | Unit: C06 |

Consultation - Follow up visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Razavi, N. MD

**Chief Complaint:** GENERAL

**Subjective:**     Inmate Raymell comes to sick call complaining of left testicular pain.
Ultrasound has been done in the past, results are reviewed with inmate: left testicle varicocele

He is provided with suspensory scrotal support, till surgical evaluation can be requested and scheduled.

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 04/28/2017 12:50 |
| **Location:** | Generalized |
| **Quality of Pain:** | Pins and Needles |
| **Pain Scale:** | 4 |
| **Intervention:** | left testicle |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 2-6 Months |
| **Duration:** | 12-24 Hours |
| **Exacerbating Factors:** | wearing boxers |
| **Relieving Factors:** | wearing briefs |
| **Comments:** | |

**ROS:**

**Lymphatics**
   **General**
      Yes: Within Normal Limits

**OBJECTIVE:**

**ROS Comments**

ROS: Left testicular pain, and sensation of his b/l testicles shrinking

**Exam Comments**

-Pt was examined with Male medical staff member present. No obvious testicular abnormalities were observed.

**ASSESSMENT:**

Other noninflammatory disorders of the testis, N448 - Current - *left varicocele*

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M Race: BLACK | | Facility: | LOM |
| Encounter Date: | 05/05/2017 08:20 | Provider: | Dhaliwal, Jaspal MD | | Unit: | C06 |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 247875-LOX | Acetaminophen 325 MG Tab | 05/05/2017 08:20 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 90 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

| 230665-LOX | Lisinopril 5 MG Tab | 05/05/2017 08:20 | Take one tablet by mouth each day x 180 day(s) |
|---|---|---|---|

Indication: Esophageal reflux, Other chest pain

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 03/14/2018 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

## Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 05/02/2018 00:00 | Physician 04 |

## Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/05/2017 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |
| 05/05/2017 | Counseling | Medication Side Effects | Dhaliwal, Jaspal | Verbalizes Understanding |

Copay Required: No          Cosign Required: No
Telephone/Verbal Order:  No

Completed by Dhaliwal, Jaspal MD on 05/05/2017 08:43

**COPY**
Sensitive But Unclassified
**SBU**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 05/05/2017 08:20 | Provider: | Dhaliwal, Jaspal MD | Unit: C06 |

**Exam:**

**Appearance**

Yes: Alert and Oriented x 3

**Neck**

**Thyroid**

No: Nodule

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**Legs**

Yes: Dorsalis Pedis Normal

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Genitourinary**

**Testicles**

Yes: Epididymal Tenderness

No: Nodules

**Musculoskeletal**

**Knee**

No: Full Range of Motion

<u>Comments</u>

GFR 69 ckd2

**ASSESSMENT:**

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

Other noninflammatory disorders of the testis, N448 - Current

**PLAN:**

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 05/05/2017 08:20 | | Provider: | Dhaliwal, Jaspal MD | | Unit: | C06 |

**ROS:**

**Head**

No: Headaches

**Cardiovascular**

**General**

No: Hx Hypertension, Hx of Hyperlipidemia

**Pulmonary**

**Respiratory System**

'No: Dyspnea

**GI**

**General**

No: Blood in Stools

**GU**

**General**

No: Dysuria

**Musculoskeletal**

**General**

Yes: Knee Pain

**Endocrine**

**General**

No: Excessive Sweating, Exophthalmos, Goiter, Hx of Diabetes

**COPY**

**Sensitive But Unclassified**

**SBU**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 05/05/2017 | 08:30 LOX | 98.2 | 36.8 | | Dhaliwal, Jaspal MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|----------------|----------|--------|----------|
| 05/05/2017 | 08:30 LOX | 77 | | | Dhaliwal, Jaspal MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|----------------|----------|
| 05/05/2017 | 08:30 LOX | 16 | Dhaliwal, Jaspal MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 05/05/2017 | 08:30 LOX | 133/83 | | | | Dhaliwal, Jaspal MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 05/05/2017 | 08:30 LOX | 98 | | Dhaliwal, Jaspal MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|----|----------|
| 05/05/2017 | 08:30 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|----|--------------|----------|
| 05/05/2017 | 08:30 LOX | 317.0 | 143.8 | | Dhaliwal, Jaspal MD |

**Exam:**

**General**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 05/05/2017 08:20 | | Provider: Dhaliwal, Jaspal MD | | Unit: C06 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** DIABETIC

**Subjective:** DM better controlled. Aic better controlled.AiC5.8 %.BS random 112 mg/dl.TSH 6.15.Subclinical hypothyrodism.Asymptomatic at this time.Will/U labs.

**Pain:** No

**COMPLAINT 2**     **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** Urinary Problem

**Subjective:** Lt.epididmitis and hydrocele.Consult urology pending. Denies dysuria, fever or chills.Will F/U.

**Pain:** No

**COMPLAINT 3**     **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** Mild chondromalicia lt knee.Seeen ortho .Recommended conservative management.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/05/2017 08:27 |
| Location: | Knee-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | NSAIDS. |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Activity. |
| Relieving Factors: | NSAIDS |
| Comments: | |

**Seen for clinic(s):** Diabetes, Orthopedic/Rheumatology, General

**Added to clinic(s):** General

**Removed from clinic(s):** Diabetes

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fatigue

**HEENT**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 05/22/2017 10:13 | Provider: Doeppke, Teala NREMT-P | Unit: C06 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Doeppke, Teala NREMT-P

**Chief Complaint:** Pain
**Subjective:** Left testicular pain, medication not working.
**Pain:** Not Applicable.

**OBJECTIVE:**

**ASSESSMENT:**

Pain - General

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 05/22/2017 00:00 | MLP 01 |

TESTICULAR pain meds not WORKING.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/22/2017 | Counseling | Access to Care | Doeppke, Teala | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Doeppke, Teala NREMT-P on 05/22/2017 10:17

COPY
Sensitive But Unclassified
SBU

Inmate Name: EASON, RAYMELL LAMAR  Reg #: 14003-097
Date of Birth: 05/05/1970  Sex: M  Race: BLACK  Facility: LOM
Encounter Date: 05/24/2017 12:28  Provider: Reid, Jim PA-C/QI  Unit: C06

## ASSESSMENT:

Unspecified testicular dysfunction, 257.9 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|------------------|
| | Naproxen Tablet | 05/24/2017 12:28 | 500mg Orally - Two Times a Day x 30 day(s) |

    **Indication:** Unspecified testicular dysfunction

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 05/24/2017 | Counseling | Plan of Care | Reid, Jim | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Reid, Jim PA-C/QI Program Specialist on 05/24/2017 12:34

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M | Race: BLACK | | Facility: LOM |
| Encounter Date: 05/24/2017 12:28 | Provider: Reid, Jim PA-C/QI | | | Unit: C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider: Reid, Jim PA-C/QI Program**

**Chief Complaint:** Male Health Complaint

**Subjective:** Patient has a left varicocele versus chronic epididymitis. Tylenol is not helping with pain.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/05/2017 08:27 |
| Location: | Knee-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | NSAIDS. |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Activity. |
| Relieving Factors: | NSAIDS |
| Comments: | |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/24/2017 | 12:30 LOX | 97.2 | 36.2 | | Reid, Jim PA-C/QI Program Specialist |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/24/2017 | 12:30 LOX | 57 | | | Reid, Jim PA-C/QI Program |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/24/2017 | 12:30 LOX | 119/78 | | | | Reid, Jim PA-C/QI Program |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/24/2017 | 12:30 LOX | 314.0 | 142.4 | | Reid, Jim PA-C/QI Program Specialist |

**Exam:**

**Diagnostics**
    Radiology
        Yes: Results

**COPY**

Sensitive But Unclassified

**SBU**

## Exam Comments

Recent ultrasound shows varicocele versus chronic epididymitis

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/27/2017 17:35 EST | | | Facility: | LOM |

⁀ **Reviewed with New Encounter Note by Dhaliwal, Jaspal MD on 09/12/2017 14:02.**

**Bureau of Prisons**

**Health Services**

**Consultation Request**

| | | |
|---|---|---|
| **Inmate Name:** EASON, RAYMELL LAMAR | Reg #: 14003-097 | Complex: LOX |
| Date of Birth: 05/05/1970 | Sex: M | |

**Consultation/Procedure Requested:**   General Surgery

**Subtype:**   Gen Surg Onsite Eval, NOS

**Priority:** Routine
**Target Date:** 05/10/2017

**Reason for Request:**
Evaluation for left varicocele repair
Inmate is experiencing testicular pain, pulling and discomfort
Ultrasound has been done: left testicle varicocele

**Provisional Diagnosis:**
left testicle varicocele

**Medications (As of 07/25/2017)**
Acetaminophen 325 MG Tab Exp: 08/03/2017 SIG: Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified"
Lisinopril 5 MG Tab Exp: 11/01/2017 SIG: Take one tablet by mouth each day

**Allergies (As of 07/25/2017)**
No Known Allergies

**Health Problems (As of 07/25/2017)**
Osteoarthrosis, unspec generalized or localized, Buttock, open wound, w/o mention of complication, Dental caries, unspecified, Esophageal reflux, Unspecified testicular dysfunction, Condition Not Found, Essentially Healthy, Knee, Pain in joint, lower leg, Other chest pain, Unspecified viral infection, Epididymitis, Other noninflammatory disorders of the testis

**Inmate Requires Translator:** No          **Language:**
**Additional Records Required:**
Consultation Report(s), History and Physical, Pathology Slides, Progress Note(s), X-ray Image(s), X-ray Report(s)

**Comments:**

**Requested By:**   Razavi, N. MD

**Ordered Date:**   04/27/2017 12:47

**Scheduled Target Date:** 05/10/2017 00:00

**Level of Care:**   Medically Necessary - Non-Emergent

*[handwritten notes]*

Sf — no
**COPY**
Sensitive But Unclassified
**SBU**

7/28/17 · C/O Lt testicle pain yrs—
- US - Dx of Varicocele, no inguinal man.
- Immod'y no dysurea

PE: Healthy not pale, ambulatory
Chest normal! BP R nor,
Abd: Sft. no distension, NmL BS, no scar
no hernia
Genitalia: No Tenderness 1 Cord or testicle
- Smal Varicocele (LT)
Dx: Small Varicocele W/ Symptom
Rec: Please refer pt. to Urologist

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/24/2017 10:03 EST | | | Facility: | LOM |

**Reviewed by Watson, William MD on 10/03/2017 20:07.**


**Federal
Bureau of
Prisons**

`FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 07/11/2017 02:23 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 07/12/2017 11:52 |
| **DOB** 05/05/1970 | **Provider** James Pelton, MD | **Reported** 07/12/2017 12:43 |
| **Sex** M | | **LIS ID** 193172432 |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| T4, Free | 1.24 | 0.93-1.70 | ng/dL |
| TSH | 2.98 | 0.50-5.00 | uIU/mL |

**COPY**
Sensitive But Unclassified
**SBU**

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/05/2017 17:08 EST | | | Facility: | LOM |

**Reviewed by Watson, William MD on 11/01/2017 23:12.**



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/29/2017 11:04 |
| **Reg #** 14003-097 | **Order Unit** _ **RCH Unit** | **Received** 08/30/2017 10:59 |
| **DOB** 05/05/1970 | **Provider** Ellen Fernando, MLP | **Reported** 08/30/2017 14:13 |
| **Sex** M | | **LIS ID** 242171452 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mEq/L |
| Potassium | | 4.3 | 3.6-4.9 | mEq/L |
| Chloride | | 102 | 98-108 | mEq/L |
| CO2 | | 26 | 22-29 | mmol/L |
| BUN | | 17 | 7-24 | mg/dL |
| Creatinine | H | 1.4 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | 54 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.9 | 8.6-10.4 | mg/dL |
| Glucose | | 91 | 70-110 | mg/dL |
| AST | | 26 | 10-37 | U/L |
| ALT | | 29 | 8-40 | U/L |
| Alkaline Phosphatase | | 64 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.1 | mg/dL |
| Total Protein | | 6.5 | 6.3-8.3 | g/dL |
| Albumin | | 4.2 | 3.5-5.0 | g/dL |
| Globulin | | 2.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.83 | 1.00-2.30 | |
| Anion Gap | | 14.1 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | | 12.1 | 5.0-30.0 | |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.8 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**COPY**
Sensitive But Unclassified
**SBU**

---

**· FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 11/02/2017 12:24 EST | | | Facility: | LOM |

**Reviewed by Watson, William MD on 11/02/2017 19:37.**



Federal
Bureau of
Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON; RAYMELL | **Facility** USP Lompoc | **Collected** 10/23/2017 02:23 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 10/24/2017 11:15 |
| **DOB** 05/05/1970 | **Provider** Ellen Fernando, MLP. | **Reported** 10/24/2017 13:57 |
| **Sex** M | | **LIS ID** 297171643 |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| T4, Free | 1.08 | 0.93-1.70 | ng/dL |
| TSH | 2.95 | 0.50-5.00 | uIU/mL |

**COPY**
Sensitive But Unclassified
SBU

| **FLAG LEGEND** | L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A! =Abnormal Critical |
|---|---|

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) USP DENTAL CLINIC | DATE: 10-24-17 |
| FROM: Roynell Epson | REGISTER NO.: 14903-097 |
| WORK ASSIGNMENT: Dorm Orderly | UNIT: C U · 19 L                 USP |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I WOULD LIKE ROUTINE DENTAL CARE. PLEASE PUT ME ON THE LIST.

(Do not write below this line)

DISPOSITION:

You are on the Routine Dental list for continued dental care. If you have pain or swelling, please sign up for Dental Sick –call

| Signature Staff Member | Date 11/6/2017 |

Record Copy File; Copy - Inmate
PDF

Ben C. Wooten prescribed by P5511
Chief Dental Officer
FCC LOMPOC

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

COPY
Sensitive But Unclassified
SBU

Name: Easton, Raymell
Comments:

ID: 14003097
Age: 47 yr
BP:

22/11/2017 2:21:11 AM

P/PR: 124/136 ms
QRS: 88 ms
QT/QTc: 416/390 ms
P/QRS/T Axis: 63/37/-3 deg
Heart Rate: 53

warning: sex not available, assumed male
sinus rhythm (slow)
Normal ECG

FHC LOMPOC

Version 2.5.0

P/N 9401BP   10D812

20 mm/mV   Frequency Response [0.5-35] Hz  60Ĥz Included in medical;

25 mm/s



Bureau of Prisons
Health Services
Cosign/Review

| JAR | | | Reg #: | 14003-097 |
|-----|-----|-----|--------|-----------|
| | Sex: | M | Race: | BLACK |
| | Provider: | Pinnell, Marsha | Facility: | LOM |

n 07/14/2020 11:03.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | Reg #: | 14003-097 |
| Date of Birth: 05/05/1970    Sex:    M | Race: | BLACK |
| Encounter Date: 07/22/2020 15:27    Provider: Blitch, Hilary RN, | Facility: | LOM |

Cosigned by Souferzadeh, Navid MD on 07/23/2020 08:43

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 07/22/2020 15:27 | Provider: | Blitch, Hilary RN, | | Unit: | H01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE  1          Provider:  Blitch, Hilary RN, IOP/IDC
    Requires testing for COVID to release from Isolation.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/22/2020 00:00 | Today |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/23/2020 00:00 | Routine |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Blitch, Hilary RN, IOP/IDC on 07/22/2020 15:30

Requested to be cosigned by Souferzadeh, Navid MD.

Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 07/22/2020 15:27 | Provider: | Blitch, Hilary RN, | | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/23/2020 08:43.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 07/14/2020 07:37 | Provider: | | Pinnell, Marsha | Unit: | H01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  1        Provider:  Pinnell, Marsha RN/IOP/IDC

Requires testing for COVID to release from Isolation.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/14/2020 00:00 | Today |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/15/2020 00:00 | Routine |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Pinnell, Marsha RN/IOP/IDC on 07/14/2020 07:39

Requested to be cosigned by Souferzadeh, Navid MD.

Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/14/2020 07:37 | Provider: | Pinnell, Marsha | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/14/2020 11:03.**

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 07/01/2020 | | | End Date: | 07/29/2020 |
| Reg #: | 14003-097 | | | Inmate Name: | EASON, RAYMELL LAMAR |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 07/26/2020 | 11:07 LOX | 96.8 | 36.0 | Forehead | Salcido, O. Paramedic, NRP |
| Asymptomatic | | | | | |
| Orig Entered: 07/26/2020 14:09 EST Salcido, O. Paramedic, NRP | | | | | |
| 07/25/2020 | 11:47 LOX | 97.2 | 36.2 | Forehead | Weitzel, Eric RN |
| Asymptomatic | | | | | |
| Orig Entered: 07/25/2020 14:48 EST Weitzel, Eric RN | | | | | |
| 07/24/2020 | 13:12 LOX | 97.3 | 36.3 | Forehead | Salcido, O. Paramedic, NRP |
| Asymptomatic | | | | | |
| Orig Entered: 07/24/2020 16:14 EST Salcido, O. Paramedic, NRP | | | | | |
| 07/23/2020 | 14:00 LOX | 97.2 | 36.2 | Forehead | Weitzel, Eric RN |
| Asymptomatic. | | | | | |
| Orig Entered: 07/23/2020 17:02 EST Weitzel, Eric RN | | | | | |
| 07/22/2020 | 12:25 LOX | 97.0 | 36.1 | Forehead | Ortiz, Roberto NRP-EMT |
| ASYMPTOMATIC | | | | | |
| Orig Entered: 07/22/2020 15:27 EST Ortiz, Roberto NRP-EMT | | | | | |
| 07/21/2020 | 11:52 LOX | 97.3 | 36.3 | Forehead | Doukenick, Loren RN |
| Asympomatic | | | | | |
| Orig Entered: 07/21/2020 14:55 EST Doukenick, Loren RN | | | | | |
| 07/20/2020 | 12:16 LOX | 97.5 | 36.4 | Forehead | Salcido, O. Paramedic, NRP |
| Asymptomatic | | | | | |
| Orig Entered: 07/20/2020 15:17 EST Salcido, O. Paramedic, NRP | | | | | |
| 07/19/2020 | 20:25 LOX | 96.4 | 35.8 | | Ortiz, Roberto NRP-EMT |
| Orig Entered: 07/19/2020 23:27 EST Ortiz, Roberto NRP-EMT | | | | | |
| 07/18/2020 | 08:17 LOX | 97.7 | 36.5 | Forehead | Van Fleet, Bryan NREMT-P |
| asymptomatic | | | | | |
| Orig Entered: 07/18/2020 11:18 EST Van Fleet, Bryan NREMT-P | | | | | |
| 07/17/2020 | 11:33 LOX | 96.6 | 35.9 | Forehead | Van Fleet, Bryan NREMT-P |
| asymptomatic | | | | | |
| Orig Entered: 07/17/2020 14:34 EST Van Fleet, Bryan NREMT-P | | | | | |
| 07/16/2020 | 11:37 LOX | 97.3 | 36.3 | Forehead | Salcido, O. Paramedic, NRP |
| Asymptomatic | | | | | |
| Orig Entered: 07/16/2020 14:38 EST Salcido, O. Paramedic, NRP | | | | | |
| 07/15/2020 | 08:46 LOX | 96.6 | 35.9 | Forehead | Van Fleet, Bryan NREMT-P |
| Asymptomatic | | | | | |
| Orig Entered: 07/15/2020 11:48 EST Van Fleet, Bryan NREMT-P | | | | | |
| 07/14/2020 | 12:13 LOX | 96.6 | 35.9 | Forehead | Van Fleet, Bryan NREMT-P |
| Asymptomatic. | | | | | |
| Orig Entered: 07/14/2020 15:14 EST Van Fleet, Bryan NREMT-P | | | | | |
| 07/14/2020 | 12:06 LOX | 96.6 | 35.9 | Forehead | Van Fleet, Bryan NREMT-P |
| Orig Entered: 07/14/2020 15:09 EST Van Fleet, Bryan NREMT-P | | | | | |
| 07/13/2020 | 13:33 LOX | 97.6 | 36.4 | Forehead | Watson, William MD |

COPY
Sensitive But Unclassified

| Begin Date: | 07/01/2020 | | | End Date: | 07/29/2020 | |
|---|---|---|---|---|---|---|
| Reg #: | 14003-097 | | | Inmate Name: | EASON, RAYMELL LAMAR | |

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| | | 97% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/13/2020 18:37 EST  Watson, William MD | | | |
| 07/12/2020 | 17:40 LOX | 97.5 | 36.4 | . | Salcido, O. Paramedic, NRP |
| | | Orig Entered: 07/12/2020 20:41 EST  Salcido, O. Paramedic, NRP | | | |
| 07/11/2020 | 11:51 LOX | 97.0 | 36.1 | Forehead | Salcido, O. Paramedic, NRP |
| | | Orig Entered: 07/11/2020 14:53 EST  Salcido, O. Paramedic, NRP | | | |
| 07/10/2020 | 15:11 LOX | 96.8 | 36.0 | Forehead | Watson, William MD |
| | | 100% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/10/2020 22:35 EST  Watson, William MD | | | |
| 07/09/2020 | 15:11 LOX | 97.3 | 36.3 | Forehead | Watson, William MD |
| | | 99% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/09/2020 18:35 EST  Watson, William MD | | | |
| 07/08/2020 | 15:15 LOX | 97.0 | 36.1 | Forehead | Watson, William MD |
| | | 98% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/09/2020 13:34 EST  Watson, William MD | | | |
| 07/07/2020 | 15:40 LOX | 97.7 | 36.5 | Forehead | Watson, William MD |
| | | 100% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/08/2020 13:46 EST  Watson, William MD | | | |
| 07/06/2020 | 12:30 LOX | 96.8 | 36.0 | Forehead | Watson, William MD |
| | | 97% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/06/2020 17:24 EST  Watson, William MD | | | |
| 07/02/2020 | 14:00 LOX | 97.0 | 36.1 | Forehead | Watson, William MD |
| | | 98% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/02/2020 18:12 EST  Watson, William MD | | | |
| 07/01/2020 | 14:00 LOX | 97.2 | 36.2 | Forehead | Watson, William MD |
| | | 99% O2 saturation in Room Air. | | | |
| | | Asymptomatic. | | | |
| | | Orig Entered: 07/01/2020 18:55 EST  Watson, William MD | | | |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 07/26/2020 | 11:08 LOX | 78 | | | Salcido, O. Paramedic, NRP |
| | Orig Entered: 07/26/2020 14:09 EST | | Salcido, O. Paramedic, NRP | | |
| 07/25/2020 | 11:47 LOX | 96 | Via Machine | | Weitzel, Eric RN |
| | Orig Entered: 07/25/2020 14:49 EST | | Weitzel, Eric RN | | |
| 07/24/2020 | 13:13 LOX | 79 | | | Salcido, O. Paramedic, NRP |
| | Orig Entered: 07/24/2020 16:14 EST | | Salcido, O. Paramedic, NRP | | |
| 07/23/2020 | 14:01 LOX | 80 | Via Machine | | Weitzel, Eric RN |
| | Orig Entered: 07/23/2020 17:03 EST | | Weitzel, Eric RN | | |
| 07/22/2020 | 12:26 LOX | 80 | Radial | Regular | Ortiz, Roberto NRP-EMT |
| | Orig Entered: 07/22/2020 15:27 EST | | Ortiz, Roberto NRP-EMT | | |
| 07/21/2020 | 11:54 LOX | 83 | Via Machine | | Doukcnick, Loren RN |

| Begin Date: | 07/01/2020 | | End Date: | 07/29/2020 | |
|---|---|---|---|---|---|
| Reg #: | 14003-097 | | Inmate Name: | EASON, RAYMELL LAMAR | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| | | Orig Entered: 07/21/2020 14:55 EST | Doukenick, Loren RN | | |
| 07/20/2020 | 12:16 LOX | 77 | . | | Salcido, O. Paramedic, NRP |
| | | Orig Entered: 07/20/2020 15:17 EST | Salcido, O. Paramedic, NRP | | |
| 07/19/2020 | 20:25 LOX | 74 | Radial | Regular | Ortiz, Roberto NRP-EMT |
| | | Orig Entered: 07/19/2020 23:27 EST | Ortiz, Roberto NRP-EMT | | |
| 07/18/2020 | 08:55 LOX | 84 | Via Machine | | Van Fleet, Bryan NREMT-P |
| | | Orig Entered: 07/18/2020 11:56 EST | Van Fleet, Bryan NREMT-P | | |
| 07/17/2020 | 11:43 LOX | 85 | Via Machine | | Van Fleet, Bryan NREMT-P |
| | | Orig Entered: 07/17/2020 14:44 EST | Van Fleet, Bryan NREMT-P | | |
| 07/16/2020 | 11:38 LOX | 88 | | | Salcido, O. Paramedic, NRP |
| | | Orig Entered: 07/16/2020 14:39 EST | Salcido, O. Paramedic, NRP | | |
| 07/15/2020 | 08:47 LOX | 72 | Via Machine | Regular | Van Fleet, Bryan NREMT-P |
| | | Orig Entered: 07/15/2020 11:48 EST | Van Fleet, Bryan NREMT-P | | |
| 07/14/2020 | 12:06 LOX | 86 | Via Machine | Regular | Van Fleet, Bryan NREMT-P |
| | | Orig Entered: 07/14/2020 15:09 EST | Van Fleet, Bryan NREMT-P | | |
| 07/13/2020 | 13:33 LOX | 76 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/13/2020 18:37 EST | Watson, William MD | | |
| 07/12/2020 | 17:40 LOX | 85 | Via Machine | . | Salcido, O. Paramedic, NRP |
| | | Orig Entered: 07/12/2020 20:41 EST | Salcido, O. Paramedic, NRP | | |
| 07/11/2020 | 11:51 LOX | 80 | Via Machine | | Salcido, O. Paramedic, NRP |
| | | Orig Entered: 07/11/2020 14:53 EST | Salcido, O. Paramedic, NRP | | |
| 07/10/2020 | 15:11 LOX | 59 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/10/2020 22:35 EST | Watson, William MD | | |
| 07/09/2020 | 15:11 LOX | 67 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/09/2020 18:36 EST | Watson, William MD | | |
| 07/08/2020 | 15:15 LOX | 75 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/09/2020 13:34 EST | Watson, William MD | | |
| 07/07/2020 | 15:40 LOX | 68 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/08/2020 13:47 EST | Watson, William MD | | |
| 07/06/2020 | 12:30 LOX | 85 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/06/2020 17:24 EST | Watson, William MD | | |
| 07/02/2020 | 14:00 LOX | 58 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/02/2020 18:12 EST | Watson, William MD | | |
| 07/01/2020 | 14:00 LOX | 85 | Via Machine | Regular | Watson, William MD |
| | | Orig Entered: 07/01/2020 18:55 EST | Watson, William MD | | |

**Respirations:**

COPY
Sensitive But Unclassified
SBU

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/22/2020 | 12:26 LOX | 16 | Ortiz, Roberto NRP-EMT |
| | | Orig Entered: 07/22/2020 15:27 EST | Ortiz, Roberto NRP-EMT |
| 07/19/2020 | 20:25 LOX | 16 | Ortiz, Roberto NRP-EMT |
| | | Orig Entered: 07/19/2020 23:27 EST | Ortiz, Roberto NRP-EMT |

**SaO2:**

| Begin Date: | 07/01/2020 | | End Date: | 07/29/2020 |
| Reg #: | 14003-097 | | Inmate Name: | EASON, RAYMELL LAMAR |

| <u>Date</u> | <u>Time</u> | <u>Value(%)</u> <u>Air</u> | <u>Provider</u> |
|------|------|------|------|
| 07/26/2020 | 11:08 LOX | 97 | Salcido, O. Paramedic, NRP |

Orig Entered: 07/26/2020 14:09 EST  Salcido, O. Paramedic, NRP

| 07/25/2020 | 11:47 LOX | 98 Room Air | Weitzel, Eric RN |

Orig Entered: 07/25/2020 14:49 EST  Weitzel, Eric RN

| 07/24/2020 | 13:13 LOX | 98 | Salcido, O. Paramedic, NRP |

Orig Entered: 07/24/2020 16:14 EST  Salcido, O. Paramedic, NRP

| 07/23/2020 | 14:01 LOX | 97 Room Air | Weitzel, Eric RN |

Orig Entered: 07/23/2020 17:03 EST  Weitzel, Eric RN

| 07/22/2020 | 12:26 LOX | 100 Room Air | Ortiz, Roberto NRP-EMT |

Orig Entered: 07/22/2020 15:27 EST  Ortiz, Roberto NRP-EMT

| 07/21/2020 | 11:54 LOX | 98 Room Air | Doukenick, Loren RN |

Orig Entered: 07/21/2020 14:55 EST  Doukenick, Loren RN

| 07/20/2020 | 12:16 LOX | 97 | Salcido, O. Paramedic, NRP |

Orig Entered: 07/20/2020 15:17 EST  Salcido, O. Paramedic, NRP

| 07/19/2020 | 20:25 LOX | 96 Room Air | Ortiz, Roberto NRP-EMT |

Orig Entered: 07/19/2020 23:27 EST  Ortiz, Roberto NRP-EMT

| 07/18/2020 | 08:55 LOX | 98 Room Air | Van Fleet, Bryan NREMT-P |

Orig Entered: 07/18/2020 11:56 EST  Van Fleet, Bryan NREMT-P

| 07/17/2020 | 11:43 LOX | 98 Room Air | Van Fleet, Bryan NREMT-P |

Orig Entered: 07/17/2020 14:44 EST  Van Fleet, Bryan NREMT-P

| 07/16/2020 | 11:38 LOX | 97 | Salcido, O. Paramedic, NRP |

Orig Entered: 07/16/2020 14:39 EST  Salcido, O. Paramedic, NRP

| 07/15/2020 | 08:47 LOX | 97 Room Air | Van Fleet, Bryan NREMT-P |

Orig Entered: 07/15/2020 11:49 EST  Van Fleet, Bryan NREMT-P

| 07/14/2020 | 12:06 LOX | 98 Room Air | Van Fleet, Bryan NREMT-P |

Orig Entered: 07/14/2020 15:09 EST  Van Fleet, Bryan NREMT-P

| 07/12/2020 | 17:40 LOX | 97 | Salcido, O. Paramedic, NRP |

Orig Entered: 07/12/2020 20:41 EST  Salcido, O. Paramedic, NRP

| 07/11/2020 | 11:51 LOX | 95 Room Air | Salcido, O. Paramedic, NRP |

Orig Entered: 07/11/2020 14:53 EST  Salcido, O. Paramedic, NRP

**Bureau of Prisons**
**Health Services**
**PPDs**

| Reg #: 14003-097 | | Inmate Name: EASON, RAYMELL LAMAR | | |
|---|---|---|---|---|
| **Admin.** | **Location** | **Provider** | **Reading:** | **Induration** | **Provider** |

| Admin. | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 12/05/2019 07:17 | Left Forearm | Ortiz, Roberto NRP-EMT | 12/07/2019 20:48 | 0 mm | Salcido, O. Paramedic, NRP |
| **Orig Entered:** 12/05/2019 10:18 EST | Ortiz, Roberto NRP-EMT | | **Orig Entered:** 12/07/2019 23:48 EST | | Salcido, O. Paramedic, NRP |
| 12/04/2018 10:39 | Left Forearm | Christopher, Jason AHSA, | 12/07/2018 15:04 | 0 mm | Christopher, Jason AHSA, NREMT-P |
| **Orig Entered:** 12/04/2018 13:41 EST | Christopher, Jason AHSA, NREMT-P | | **Orig Entered:** 12/07/2018 18:05 EST | | Christopher, Jason AHSA, NREMT-P |
| 11/27/2017 07:23 | Left Forearm | Blitch, Hilary RN, IOP/IDC | 11/29/2017 11:01 | 0 mm | Blitch, Hilary RN, IOP/IDC |
| **Orig Entered:** 11/27/2017 10:24 EST | Blitch, Hilary RN, IOP/IDC | | **Orig Entered:** 11/29/2017 14:01 EST | | Blitch, Hilary RN, IOP/IDC |
| 12/09/2016 08:04 | Left Forearm | Dallas, Jeremy RN/IDC/IOP | 12/12/2016 07:00 | 0 mm | Dallas, Jeremy RN/IDC/IOP |
| **Orig Entered:** 12/09/2016 11:05 EST | Dallas, Jeremy RN/IDC/IOP | | **Orig Entered:** 12/13/2016 13:46 EST | | Dallas, Jeremy RN/IDC/IOP |
| 12/14/2015 07:00 | Left Forearm | Blitch, Hilary RN, IOP/IDC | 12/16/2015 07:00 | 0 mm | Blitch, Hilary RN, IOP/IDC |
| **Orig Entered:** 12/14/2015 15:11 EST | Blitch, Hilary RN, IOP/IDC | | **Orig Entered:** 12/16/2015 10:00 EST | | Blitch, Hilary RN, IOP/IDC |
| 11/24/2014 11:26 | Left Forearm | Pinnell, Marsha RN/IOP/IDC | 11/26/2014 09:52 | 0 mm | Pinnell, Marsha RN/IOP/IDC |
| **Orig Entered:** 11/24/2014 14:28 EST | Pinnell, Marsha RN/IOP/IDC | | **Orig Entered:** 12/04/2014 12:53 EST | | Pinnell, Marsha RN/IOP/IDC |
| 10/24/2008 14:07 | Left Forearm | de las Heras, Ignacio MLP, | 10/27/2008 14:08 | 0 mm | de las Heras, Ignacio MLP, HSA |
| **Orig Entered:** 10/28/2008 17:08 EST | de las Heras, Ignacio MLP, HSA | | **Orig Entered:** 10/28/2008 17:08 EST | | de las Heras, Ignacio MLP, HSA |

**Total:** 7

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Allergies

| Reg #: 14003-097 | Inmate Name: EASON, RAYMELL LAMAR |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 10/31/2008 | |

**Orig Entered:** 10/31/2008 17:22 EST   Dhaliwal, Jaspal MD

**Total:** 1

**Bureau of Prisons**
**Health Services**
**Health Problems**

| Reg #: 14003-097 | | Inmate Name: | EASON, RAYMELL LAMAR | | | | |
|---|---|---|---|---|---|---|---|

**Current**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dental caries, unspecified. 01/05/2015 14:19 EST  Shon, Andrew DDS | III | ICD-9 | 521.00 | 01/05/2015 | Current | 01/05/2015 |
| Osteoarthrosis, unspec generalized or localized 10/20/2017 17:15 EST  Watson, William MD left knee, lower back | III | ICD-9 | 715.9 | 10/31/2008 | Current | 10/31/2008 |
| 10/31/2008 17:20 EST  Dhaliwal, Jaspal MD | III | ICD-9 | 715.9 | 10/31/2008 | Current | 10/31/2008 |
| Knee, Pain in joint, lower leg 10/14/2015 12:36 EST  Rivera, Annabel MLP | III | ICD-9 | 719.46 | 10/14/2015 | Current | 10/14/2015 |
| Nonrheumatic aortic valve disorder, unspecified 10/20/2017 17:15 EST  Watson, William MD rule out | | ICD-10 | I359 | 10/20/2017 | Current | |
| Unspecified acute lower respiratory infection 04/01/2019 12:38 EST  Hoen, Liza PA-C | | ICD-10 | J22 | 04/01/2019 | Current | |
| Chronic pharyngitis 05/01/2019 15:30 EST  Hoen, Liza PA-C uvular irritation | | ICD-10 | J312 | 05/01/2019 | Current | |
| 05/01/2019 12:24 EST  Hoen, Liza PA-C | | ICD-10 | J312 | 05/01/2019 | Current | |
| Asthma 04/20/2019 01:46 EST  Watson, William MD post infectious reactive airway disease | | ICD-10 | J45909 | 04/19/2019 | Current | |
| Constipation, unspecified 03/28/2020 20:35 EST  Balogun, Victoria NP | | ICD-10 | K5900 | 03/28/2020 | Current | |
| Chronic kidney disease, stage 2 (mild) 04/18/2019 13:43 EST  Watson, William MD GFR 62; Creat 1.51 | | ICD-10 | N182 | 10/20/2017 | Current | |
| 10/20/2017 17:20 EST  Watson, William MD | | ICD-10 | N182 | 10/20/2017 | Current | |
| Other noninflammatory disorders of the testis 04/28/2017 15:58 EST  Razavi, N. MD left varicocele | | ICD-10 | N448 | 04/28/2017 | Current | |

COPY
Sensitive But Unclassified
SBU

Bureau of Prisons - LOM

| Reg #: 14003-097 | | | Inmate Name: EASON, RAYMELL LAMAR | | | |
|---|---|---|---|---|---|---|
| **Description** | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |
| Disorder of male genital organs, unspecified | | ICD-10 | N509 | 08/24/2017 | Current | 02/15/2018 |
| 08/24/2018 13:10 EST  Hoen, Liza PA-C<br>pain; normal exam | | | | | | |
| 08/24/2017 15:43 EST  Fernando, Ellen MLP<br>left varicocele | | ICD-10 | N509 | 08/24/2017 | Current | 11/30/2015 |
| Unsp symptoms and signs involving the genitourinary system | | | | | | |
| 12/13/2018 16:49 EST  Hoen, Liza PA-C<br>urinary retention; urinary frequency | | ICD-10 | R399 | 12/13/2018 | Current | 12/13/2018 |
| Prediabetes | | | | | | |
| 04/20/2019 01:35 EST  Watson, William MD<br>6% | | ICD-10 | R7303 | 10/20/2017 | Current | 10/20/2017 |
| 10/20/2017 17:17 EST  Watson, William MD | | ICD-10 | R7303 | 10/20/2017 | Current | 10/20/2017 |
| Coronavirus COVID-19 test negative | | | | | | |
| 07/28/2020 12:26 EST  Figlenski, Jessica WXRO<br>QI/IPC/RN | | ICD-10 | Z03818- | 07/23/2020 | Current | |
| Body mass index (BMI) 40.0-44.9, adult | | | | | | |
| 04/20/2019 01:45 EST  Watson, William MD | | ICD-10 | Z6841 | 04/18/2019 | Current | |

## Resolved

| **Description** | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |
|---|---|---|---|---|---|---|
| Unspecified viral infection | | | | | | |
| 02/15/2018 14:50 EST  Watson, William MD | III | ICD-9 | 079.99 | 11/30/2015 | Resolved | 02/15/2018 |
| 11/30/2015 17:22 EST  Lin, Michael MD/CD | III | ICD-9 | 079.99 | 11/30/2015 | Current | 11/30/2015 |
| Unspecified testicular dysfunction | | | | | | |
| 02/15/2018 14:50 EST  Watson, William MD | III | ICD-9 | 257.9 | 09/01/2015 | Resolved | 02/15/2018 |
| 09/01/2015 15:06 EST  Springer, Albert NP | III | ICD-9 | 257.9 | 09/01/2015 | Current | 09/01/2015 |
| Esophageal reflux | | | | | | |
| 04/20/2019 01:43 EST  Watson, William MD | III | ICD-9 | 530.81 | 01/15/2015 | Resolved | 04/19/2019 |
| 01/15/2015 16:55 EST  Dhaliwal, Jaspal MD | III | ICD-9 | 530.81 | 01/15/2015 | Current | 01/15/2015 |
| Other chest pain | | | | | | |
| 10/11/2019 16:30 EST  Hoen, Liza PA-C | III | ICD-9 | 786.59 | 11/29/2015 | Resolved | 10/11/2019 |
| 11/29/2015 21:32 EST  Fernando, Ellen MLP | III | ICD-9 | 786.59- | 11/29/2015 | Current | 11/29/2015 |
| Buttock, open wound,  w/o mention of complication | | | | | | |
| 04/20/2019 01:44 EST  Watson, William MD | III | ICD-9 | 877.0 | 12/06/2014 | Resolved | 04/19/2019 |
| 12/05/2014 16:27 EST  Campbell, David ARNP | III | ICD-9 | 877.0 | 12/06/2014 | Current | 12/06/2014 |
| Cracked tooth | | | | | | |

Reg #: 14003-097                                 Inmate Name:   EASON, RAYMELL LAMAR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 12/09/2016 09:49 EST   Shon, Andrew DDS | | | K0381 | 12/09/2016 | Resolved | 12/09/2016 |
| **Epididymitis** | | | | | | |
| 02/15/2018 14:50 EST   Watson, William MD | | ICD-10 | N451 | 10/17/2016 | Resolved | 02/15/2018 |
| 10/17/2016 16:00 EST   Fernando, Ellen MLP | | ICD-10 | N451 | 10/17/2016 | Current | |
| 07/26/2016 15:37 EST   Dhaliwal, Jaspal MD | | ICD-10 | N451 | 07/26/2016 | Current | |
| **Confirmed case COVID-19** | | | | | | |
| 07/27/2020 11:49 EST   Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | U07.1 | 06/29/2020 | Resolved | 07/27/2020 |
| 07/13/2020 17:44 EST   Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | U07.1 | 06/29/2020 | Current | |
| **Condition Not Found, Essentially Healthy** | | | | | | |
| 04/20/2019 01:45 EST   Watson, William MD | III | ICD-9 | V71.9 | 09/28/2015 | Resolved | 04/19/2019 |
| 09/28/2015 14:42 EST   Springer, Albert NP | III | ICD-9 | V71.9 | 09/28/2015 | Current | 09/28/2015 |
| **Quarantine - asymptomatic person in quarantine** | | | | | | |
| 05/21/2020 10:49 EST   Ratliff, J. OMDT, APRN | | ICD-10 | Z0489-q | 03/27/2020 | Resolved | 05/21/2020 |
| I/M with possible exposure to (+) COVID-19 case.   I/M requires 14 day quarantine. | | | | | | |
| 03/27/2020 20:48 EST   Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | Z0489-q | 03/27/2020 | Current | |
| I/M with possible exposure to (+) COVID-19 case.   I/M requires 14 day quarantine. | | | | | | |
| **Body mass index (BMI) 35.0-35.9, adult** | | | | | | |
| 04/20/2019 01:44 EST   Watson, William MD | | ICD-10 | Z6835 | 02/15/2018 | Resolved | 04/19/2019 |
| 02/15/2018 14:50 EST   Watson, William MD | | ICD-10 | Z6835 | 02/15/2018 | Current | |

Total: 26

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Vision Screens

| Reg #: 14003-097 | Inmate Name: EASON, RAYMELL LAMAR |
|---|---|

**Vision Screen on 01/09/2020 13:28**

**Blindness:**

| Distance Vision: OD: 20/50 | OS: 20/40 | OU: 20/30 |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

**With Corrective**

| Distance Vision: OD: | OS: | OU: |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

**Present Glasses - Distance**          **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:** R:          L:

**Comments:**

Orig Entered: 01/09/2020 16:30 EST   Hoen, Liza PA-C

Reg #:  14003-097                                    Inmate Name:  EASON, RAYMELL LAMAR

**Vision Screen on 12/06/2014 13:29**

  **Blindness:**

**Distance Vision:  OD:  20/20**             OS:  20/20             OU:  20/20

**Near Vision:**     OD:                      OS:                    OU:

  **With Corrective**

**Distance Vision:  OD:**                    OS:                    OU:

**Near Vision:**     OD:                      OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | | **R:** | | | | |
| **L:** | | | | | | **L:** | | | | |

  **Color Test:**

**Tonometry:  R:**        L:

  **Comments:**

    **Orig Entered:**  12/06/2014 16:30 EST  Campbell, David ARNP

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| Complex: | LOX--LOMPOC FCC | | Begin Date: | 07/01/2020 | End Date: | 07/29/2020 |
|---|---|---|---|---|---|---|
| Inmate: | EASON, RAYMELL LAMAR | Reg #: | 14003-097 | | Quarter: | C04-008L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen 325 MG Tab

Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified"

**Rx#:** 319295-LOX    **Doctor:** Dhaliwal, Jaspal MD

**Start:** 03/19/20    **Exp:** 09/15/20    **Pharmacy Dispensings:** 330 TAB in 132 days

Lisinopril 5 MG Tab

Take one tablet by mouth each day

**Rx#:** 319296-LOX    **Doctor:** Dhaliwal, Jaspal MD

**Start:** 03/19/20    **Exp:** 09/15/20    **Pharmacy Dispensings:** 150 TAB in 132 days



# EASON,RAYMELL

DOB: 05/05/1970  Age: 50   Specimen: EN823767R   Collected: 07/23/2020 00:00   Client #: 93436605
Sex: M   Fasting: U   Requisition: 4984049   Received: 07/24/2020 06:02   US PENITENTIARY
Phone:   Report Status: FINAL   Reported: 07/25/2020 15:01   ATTN: HEALTH SERVICES UNIT
Patient ID:   3901 KLEIN BLVD
   LOMPOC, CA 93436-2706
   Phone: (805) 735-2771
   Fax: (805) 737-3105

## SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT  (FINAL)   Lab: EN

| Analyte | Value |
| --- | --- |
| SARS CoV 2 RNA (94500-6) | **NOT DETECTED**    Reference Range: NOT DETECTED    (FINAL) |

A Not Detected (negative) test result for this test
means that SARS- CoV-2 RNA was not present in the specimen
above the limit of detection. A negative result does not
rule out the possibility of COVID-19 and should not be
used as the sole basis for treatment or patient management
decisions.  If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results should
always be considered in the context of clinical
observations and epidemiological data in making a final
diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

COPY
Sensitive But Unclassified
SBU

## Performing Sites
EN Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Tab Tocchinda MD

## Key
⊕ Priority Out of Range   ▲ Out of Range   (PEND) Pending Result   (PRE) Preliminary Result   (FINAL) Final Result   (RE) Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - ® and ™ - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/26/2020 12:34 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/27/2020 07:29.**



# EASON,RAYMELL

DOB: 05/05/1970    Age: 50    Specimen: EN749579R    Collected: 07/22/2020 15:20    Client #: 93438605
Sex: M    Fasting: U    Requisition: 4984048    Received: 07/23/2020 05:16    US PENITENTIARY
Phone:    Report Status: FINAL    Reported: 07/24/2020 21:57    ATTN: HEALTH SERVICES UNIT
Patient ID:    3901 KLEIN BLVD
    LOMPOC, CA 93436-2706
    Phone: (805) 735-2771
    Fax: (805) 737-3106

## SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT    (FINAL)    Lab: EN

| Analyte | Value |
|---|---|



| SARS CoV 2 RNA (94500-6) | **NOT DETECTED**    Reference Range: NOT DETECTED    (FINAL) |

A Not Detected (negative) test result for this test
means that SARS- CoV-2 RNA was not present in the specimen
above the limit of detection. A negative result does not
rule out the possibility of COVID-19 and should not be
used as the sole basis for treatment or patient management
decisions.   If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results should
always be considered in the context of clinical
observations and epidemiological data in making a final
diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

COPY
Sensitive But Unclassified
SBU

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

## Performing Sites

EN Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Tab Toochinda MD

## Key

⊕ Priority Out of Range   ▲ Out of Range   (PEND) Pending Result   (PRE) Preliminary Result   (FINAL) Final Result   (RE) Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - '®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/26/2020 12:34 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/27/2020 07:29.**



# EASON,RAYMELL

| DOB: 05/05/1970 | Age: 50 | Specimen: EN411838R | Collected: 07/15/2020 00:00 | Client #: 93436605 |
| Sex: M | Fasting: U | Requisition: 3721483 | Received: 07/17/2020 06:54 | US PENITENTIARY |
| Phone: | | Lab Reference ID: 196201647 | Reported: 07/20/2020 17:30 | ATTN: HEALTH SERVICES UNIT |
| Patient ID: 14003-097 | | Report Status: FINAL | | 3901 KLEIN BLVD |
| | | | | LCM'POC, CA 93436-2706 |
| | | | | Phone: (805) 735-2771. |
| | | | | Fax: (805) 737-3105 |

## SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT (FINAL)

Lab: EN

| Analyte | Value | |
|---|---|---|
| SARS CoV 2 RNA (94500-6) | **NOT DETECTED**    Reference Range: NOT DETECTED | (FINAL) |

A Not Detected (negative) test result for this test
means that SARS- CoV-2 RNA was not present in the specimen
above the limit of detection. A negative result does not
rule out the possibility of COVID-19 and should not be
used as the sole basis for treatment or patient management
decisions.  If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results should
always be considered in the context of clinical
observations and epidemiological data in making a final
diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

COPY
Sensitive But Unclassified
SBU

## Performing Sites

EN Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Tab Toochinda MD

## Key

● Priority Out of Range   ▲ Out of Range   (PEND) Pending Result   (PRE) Preliminary Result   (FINAL) Final Result   (RE) Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - ® and ™ - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/21/2020 08:57 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/22/2020 07:46.**



# EASON,RAYMELL ▲

DOB: 05/05/1970          Age: 50          Specimen: EN249381R          Collected: 07/14/2020 00:00          Client #: 93436905
Sex: M          Fasting: U          Requisition: 3518535          Received: 07/15/2020 05:55          US PENITENTIARY
Phone:          Lab Reference ID: 198201647          Reported: 07/17/2020 01:54          ATTN: HEALTH SERVICES UNIT
Patient ID: 14003-097          Report Status: FINAL          3901 KLEIN BLVD
                                                                LOMPOC, CA 93436-2706
                                                                Phone: (805) 735-2771
                                                                Fax: (805) 737-3105

## ▲ SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT          (FINAL)          Lab: EN

| Analyte | Value | | |
|---|---|---|---|
| ▲ SARS CoV 2 RNA (94500-6) | **DETECTED** | Reference Range: NOT DETECTED | (FINAL) |

A Detected result is considered a positive test result
for COVID-19.  This indicates that RNA from SARS-CoV-2
(formerly 2019-nCoV) was detected, and the patient is
infected with the virus and presumed to be contagious.
If requested by public health authority, specimen will
be sent for additional testing.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

COPY
Sensitive But Unclassified
SBU

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

## Performing Sites

EN Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Tab Toochinda MD

## Key

⊕ Priority Out of Range   ▲ Out of Range   (PEND) Pending Result   (PRE) Preliminary Result   (FINAL) Final Result   (RE) Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - ®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/17/2020 14:32 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/20/2020 10:32.**



# EASON,RAYMELL ⚠

DOB: 05/05/1970          Age: 50          Specimen: EN1029130          Collected: 06/24/2020 00:00          Client #: 76078107
Sex: M                   Fasting: U       Requisition: 0923810          Received: 06/25/2020 08:26          FCI-LOMPOC
Phone:                                    Lab Reference ID: 174201011   Reported: 06/26/2020 16:12         3600 GUARD RD
Patient ID: 14003-097                     Report Status: FINAL                                             LOMPOC, CA 93436-2705
                                                                                                           Phone: (805) 736-4154 ext. 5500
                                                                                                           Fax: (805) 737-5077

## ⚠ SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT  (FINAL)                                                                          Lab: EN

| Analyte | Value | |
|---|---|---|
| ⚠ SARS CoV 2 RNA (94500-6) | **DETECTED**    Reference Range: NOT DETECTED | (FINAL) |

A Detected result is considered a positive test result
for COVID-19.  This indicates that RNA from SARS-CoV-2
(formerly 2019-nCoV) was detected, and the patient is
infected with the virus and presumed to be contagious.
If requested by public health authority, specimen will
be sent for additional testing.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

COPY
Sensitive But Unclassified
SBU

**Performing Sites**
EN Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Tab Toochinda MD

**Key**
🔵 Priority Out of Range    ⚠ Out of Range    (PEND) Pending Result    (PRE) Preliminary Result    (FINAL) Final Result    (RE) Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All
third party marks - ®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020
Quest Diagnostics Incorporated. All rights reserved.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/01/2020 11:17 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 07/01/2020 13:38.**

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF CDFRM**

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Med Cal | DATE: 7-1-20 |
|---|---|
| FROM: Raynell Eason | REGISTER NO.: 19003-097 |
| WORK ASSIGNMENT: Head Clerk C Unit | UNIT: C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I was move to H Unit And was not Aloud to bring hAy

medication. I need both medication especialy serce

I was told I have Covert 19 and one of the pills

I take is for Kidney damage

(Do not write below this line)

DISPOSITION:

Meds filled the next day, on 7/2/20

COPY
Sensitive But Unclassified
SBU

| Signature Staff Member HOEN PHYSICIAN ASSISTANT LOMPOC | Date 7-10-20 |

Record Copy - File Copy - Inmate Copy

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 06/21/2020 21:05 | Provider: | | Ortiz, Roberto NRP-EMT | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**      **Provider:** Ortiz, Roberto NRP-EMT

Order COVID-19 test for mass testing.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 06/24/2020 00:00 | Routine |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:** Souferzadeh, Navid MD

**Telephone or Verbal order read back and verified.**

Completed by Ortiz, Roberto NRP-EMT on 06/21/2020 21:07
Requested to be cosigned by Souferzadeh, Navid MD.
Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | | |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 06/21/2020 21:05 | Provider: | Ortiz, Roberto NRP-EMT | Facility: | | LOM |

**Cosigned by Souferzadeh, Navid MD on 06/22/2020 10:22.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 04/02/2020 09:50 | Provider: | Dhaliwal, Jaspal MD | | | Unit: | C04 |

Physician - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** I/M seen in C-unit. C/O constipation. Requests meds renewal.

**Pain:** No

**OBJECTIVE:**

**ASSESSMENT:**

Constipation, unspecified, K5900 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Magnesium Hydroxide Susp | 04/02/2020 09:50 |

     **Prescriber Order:**    Take 30 ml Orally at bedtime x 30 day(s)

     **Indication:** Constipation, unspecified

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/02/2020 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 04/02/2020 09:56

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 03/28/2020 17:31 | Provider: | Balogun, Victoria NP | Unit: C04 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     Provider: Balogun, Victoria NP

**Chief Complaint:** Constipation

**Subjective:** Inmate c/o constipation x 3 days, requesting something that could help him go. Denies abd, pain and no HXof hemorrhoids.

**Pain:** No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 98.0 | 36.7 | | Dhaliwal, Jaspal MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 81 | | | Dhaliwal, Jaspal MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 16 | Dhaliwal, Jaspal MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 117/79 | | | | Dhaliwal, Jaspal MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 98 | | Dhaliwal, Jaspal MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 330.0 | 149.7 | | Dhaliwal, Jaspal MD |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Abdomen**

**Palpation**

No: Guarding, Tenderness on Palpation, Tenderness on Light Palpation, Tenderness on Deep Palpation

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 03/28/2020 17:31 | Provider: | Balogun, Victoria NP | | | Unit: | C04 |

**Exam:**

   **Gastrointestinal**

      **General**

         No: Vomiting

**ASSESSMENT:**

Constipation, unspecified, K5900 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Calcium Polycarbophil 625 mg Tablet | | 03/28/2020 17:31 |

        **Prescriber Order:**   2 tabs Orally -four times a day PRN x 30 day(s)

        Indication: Constipation, unspecified

**Disposition:**

   Follow-up at Sick Call as Needed

   Return Immediately if Condition Worsens

   Return To Sick Call if Not Improved

**Other:**

   Advice to drink plenty of fluids.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/28/2020 | Counseling | Compliance - Treatment | Balogun, Victoria | Verbalizes Understanding |
| 03/28/2020 | Counseling | Exercise | Balogun, Victoria | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Balogun, Victoria NP on 03/28/2020 17:36

Requested to be cosigned by Dhaliwal, Jaspal MD.

Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 03/28/2020 17:31 | Provider: | Balogun, Victoria NP | | Facility: | LOM |

**Cosigned by Dhaliwal, Jaspal MD on 03/29/2020 10:10.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex:  M  Race:  BLACK | Facility: | LOM |
| Encounter Date: | 03/19/2020 08:47 | Provider:  Dhaliwal, Jaspal MD | Unit: | C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Dhaliwal, Jaspal MD

**Chief Complaint:** NEPHROLOGY

**Subjective:**  I/M with CKD, morbid obesity, LBP and knee pain.BP 111/79.Denies CP.Counselled compliance with meds diet and exercise.Counselled not to take NSAIDS.Denies cough, wheezing or difficulty breathing.No other complain.

**Pain:**  No

Seen for clinic(s): General, Nephrology, Orthopedic/Rheumatology, Pulmonary/Respiratory

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fatigue

**HEENT**

**Head**

No: Headaches

**Throat**

Yes: Dysphagia, Hoarseness

**Cardiovascular**

**General**

No: Angina, Hx Hypertension

**Pulmonary**

**Respiratory System**

No: Dyspnea, Shortness of breath

**GI**

**General**

No: Bloating, Blood in Stools

**GU**

**General**

No: Dysuria

**Musculoskeletal**

**General**

No: Arthritis

**Neurological**

**Autonomic System**

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

COPY
Sensitive But Unclassified
SBU

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Encounter Date: 03/19/2020 08:47

Sex: M Race: BLACK
Provider: Dhaliwal, Jaspal MD

Reg #: 14003-097
Facility: LOM
Unit: C04

**ROS:**

### Sensory System

Yes: Within Normal Limits

### Endocrine

#### General

No: Exophthalmos, Hair Changes, Hx of Diabetes

### Psychiatric

#### General

Yes: Within Normal Limits

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 03/19/2020 | 08:52 LOX | 98.0 | 36.7 | | Dhaliwal, Jaspal MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 03/19/2020 | 08:52 LOX | 81 | | | Dhaliwal, Jaspal MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 03/19/2020 | 08:52 LOX | 16 | Dhaliwal, Jaspal MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 03/19/2020 | 08:52 LOX | 117/79 | | | | Dhaliwal, Jaspal MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 03/19/2020 | 08:52 LOX | 98 | | Dhaliwal, Jaspal MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 03/19/2020 | 08:52 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 03/19/2020 | 08:52 LOX | 330.0 | 149.7 | | Dhaliwal, Jaspal MD |

**Exam:**

### General

#### Appearance

Yes: Alert and Oriented x 3

### Mouth

#### Pharynx

Yes: Uvula Deviation

### Neck

#### Thyroid

No: Nodule

### Pulmonary

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 03/19/2020 08:47 | Provider: Dhaliwal, Jaspal MD | | Unit: C04 |

**Exam:**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Peripheral Vascular**

**Legs**

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

Knee, Pain in joint, lower leg, 719.46 - Current

Asthma, J45909 - Current

Chronic kidney disease, stage 2 (mild), N182 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 309736-LOX | Acetaminophen 325 MG Tab | 03/19/2020 08:47 |

**Prescriber Order:** Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 180 day(s)

**Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

| 308529-LOX | Lisinopril 5 MG Tab | 03/19/2020 08:47 |
|---|---|---|

**Prescriber Order:** Take one tablet by mouth each day x 180 day(s)

**Indication:** Chronic kidney disease, stage 2 (mild), Prediabetes

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Otolaryngology | 06/18/2020 | 06/18/2020 | Routine | No | |

**Subtype:**

Offsite Appt

**Reason for Request:**

I/M with long uvula. C/O cough,dysphagia and hard to breath.Pl evaluate.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 09/16/2020 00:00 MLP 01 | |
| Chronic Care Visit | 03/16/2021 00:00 Physician 03 | |

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

COPY

Sensitive But Unclassified

SBU

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2020 | Counseling | Compliance - Treatment | Dhaliwal, Jaspal | Verbalizes Understanding |

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 03/19/2020 08:47 | Provider: | Dhaliwal, Jaspal MD | | | Unit: | C04 |

| **Date Initiated Format** | | **Handout/Topic** | **Provider** | **Outcome** |
| --- | --- | --- | --- | --- |
| 03/19/2020 | Counseling | Medication Side Effects | Dhaliwal, Jaspal | Verbalizes Understanding |

**Copay Required:** No

**Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dhaliwal, Jaspal MD on 03/19/2020 09:08

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | Reg #: 14003-097 |
| Date of Birth: 05/05/1970     Sex: M   Race: BLACK | Facility: LOM |
| Encounter Date: 11/06/2019 14:21   Provider: Hoen, Liza PA-C | Unit: C04 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

### SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Hoen, Liza PA-C

**Chief Complaint:** Medication Refill

**Subjective:** Quarantined inmate requires refills of CCC meds missed at visit last month.

**Pain:**     Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 11/06/2019 14:22 |
| **Location:** | Multiple Locations |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 5 |
| **Intervention:** | OTC meds |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 5+ Years |
| **Duration:** | 5+ Years |
| **Exacerbating Factors:** | immobility, cold |
| **Relieving Factors:** | heat, meds |
| **Reason Not Done:** | |
| **Comments:** | |

COPY

Sensitive But Unclassified

SBU

### OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 98.2 | 36.8 | | Hoen, Liza PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 67 | | | Hoen, Liza PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 14 | Hoen, Liza PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 145/83 | | | | Hoen, Liza PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 99 | | Hoen, Liza PA-C |

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: 11/06/2019 14:21 | | | | Provider: Hoen, Liza PA-C | | | Unit: | C04 |

| **Date** | **Time** | **Value(%) Air** | | | **Provider** |
| Weight: | | | | | |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
| 10/11/2019 | 13:21 LOX | 318.0 | 144.2 | | ˙Hoen, Liza PA-C |

**Exam:**

**General**

**Affect**

Yes: Cooperative

No: Irritable

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Nutrition**

Yes: Appears Obese

No: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

Prediabetes, R7303 - Current

**PLAN:**

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
| 295941-LOX | Naproxen 500 MG Tab | 11/06/2019 14:21 | Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain (ortho CCV) x 180 day(s) |

**Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg, Unspecified testicular dysfunction

| 295937-LOX | Acetaminophen 325 MG Tab | 11/06/2019 14:21 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 180 day(s) |

**Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: 11/06/2019 14:21 | | Provider: Hoen, Liza PA-C | | | Unit: | C04 |

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/06/2019 | Counseling | Plan of Care | Hoen, Liza | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 11/06/2019 14:26

Requested to be cosigned by Dhaliwal, Jaspal MD.

Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/06/2019 14:21 | Provider: | Hoen, Liza PA-C | Facility: | LOM |

**Cosigned by Dhaliwal, Jaspal MD on 11/07/2019 09:56.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 10/11/2019 13:22 | Provider: | Hoen, Liza PA-C | Unit: C04 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Housing Unit.

### SUBJECTIVE:

**COMPLAINT 1**  **Provider:** Hoen, Liza PA-C

**Chief Complaint:** No Complaint(s)

**Subjective:** Neph: inmate not taking LIS 5mg since August. BP normal today in unit. Will refill. Encouraged compliance.

Pre-DM: inmate refuses METF. never picked it up in April. "I don't have diabetes." Will D/C. Ordering A1C.

Ortho: inmate never filled Rx for Naproxen in April, and has no complaints today. Will D/C.

**Pain:** No

**Seen for clinic(s):** General, Orthopedic/Rheumatology, Pulmonary/Respiratory

### OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 98.2 | 36.8 | | Hoen, Liza PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 67 | | | Hoen, Liza PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 14 | Hoen, Liza PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 145/83 | | | | Hoen, Liza PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 99 | | Hoen, Liza PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/11/2019 | 13:21 LOX | 318.0 | 144.2 | | Hoen, Liza PA-C |

COPY
Sensitive But Unclassified
SBU

**Exam:**
**General**
  **Affect**
      Yes: Cooperative
      No: Irritable
  **Appearance**
      Yes: Appears Well, Alert and Oriented x 3

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 10/11/2019 13:22 | Provider: Hoen, Liza PA-C | Unit: C04 |

**Exam:**

No: Appears Distressed

**Nutrition**

Yes: Appears Obese

No: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress, Tachypnea

**Cardiovascular**

**Observation**

Yes: Normal Rate, Regular Rhythm

No: Tachycardia, Bradycardia

**Abdomen**

**Inspection**

Yes: Bulging Flanks, Obese

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**ASSESSMENT:**

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

Chronic kidney disease, stage 2 (mild), N182 - Current

Prediabetes, R7303 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 295939-LOX | Lisinopril 5 MG Tab | 10/11/2019 13:22 | Take one tablet by mouth each day x 180 day(s) |

Indication: Chronic kidney disease, stage 2 (mild), Prediabetes

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Hemoglobin A1C | One Time | 01/17/2020 00:00 | Routine |
| Labs requested to be reviewed by: | Dhaliwal, Jaspal MD | | |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/11/2019 | Counseling | Plan of Care | Hoen, Liza | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 10/11/2019 13:33

| | | | |
|---|---|---|---|
| Inmate Name: ' EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 10/11/2019 13:22 | Provider: Hoen, Liza PA-C | | Unit: C04 |

Requested to be cosigned by Dhaliwal, Jaspal MD.

Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/11/2019 13:22 | Provider: | Hoen, Liza PA-C | Facility: | LOM |

**Cosigned by Dhaliwal, Jaspal MD on 10/11/2019 13:57.**

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 07/01/2019 | | End Date: | 07/01/2020 |
|---|---|---|---|---|
| Reg #: | 14003-097 | | Inmate Name: | EASON, RAYMELL LAMAR |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/30/2020 | 12:15 LOX | 97.1 | 36.2 | Forehead | Kiss, Marjorie RDA |
| | Orig Entered: 04/01/2020 15:16 EST  Kiss, Marjorie RDA | | | | |
| 03/19/2020 | 08:52 LOX | 98.0 | 36.7 | | Dhaliwal, Jaspal MD |
| | Orig Entered: 03/19/2020 11:54 EST  Dhaliwal, Jaspal MD | | | | |
| 10/11/2019 | 13:21 LOX | 98.2 | 36.8 | | Hoen, Liza PA-C |
| | Orig Entered: 10/11/2019 16:24 EST  Hoen, Liza PA-C | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 81 | | | Dhaliwal, Jaspal MD |
| | Orig Entered: 03/19/2020 11:54 EST  Dhaliwal, Jaspal MD | | | | |
| 10/11/2019 | 13:21 LOX | 67 | | | Hoen, Liza PA-C |
| | Orig Entered: 10/11/2019 16:24 EST  Hoen, Liza PA-C | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 16 | Dhaliwal, Jaspal MD |
| | Orig Entered: 03/19/2020 11:54 EST  Dhaliwal, Jaspal MD | | |
| 10/11/2019 | 13:21 LOX | 14 | Hoen, Liza PA-C |
| | Orig Entered: 10/11/2019 16:24 EST  Hoen, Liza PA-C | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 117/79 | | | | Dhaliwal, Jaspal MD |
| | Orig Entered: 03/19/2020 11:54 EST  Dhaliwal, Jaspal MD | | | | | |
| 10/11/2019 | 13:21 LOX | 145/83 | | | | Hoen, Liza PA-C |
| | Orig Entered: 10/11/2019 16:24 EST  Hoen, Liza PA-C | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 98 | | Dhaliwal, Jaspal MD |
| | Orig Entered: 03/19/2020 11:54 EST  Dhaliwal, Jaspal MD | | | |
| 10/11/2019 | 13:21 LOX | 99 | | Hoen, Liza PA-C |
| | Orig Entered: 10/11/2019 16:24 EST  Hoen, Liza PA-C | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 77.0 | 195.6 | Dhaliwal, Jaspal MD |
| | Orig Entered: 03/19/2020 11:54 EST  Dhaliwal, Jaspal MD | | | |

**Weight:**

COPY
Sensitive But Unclassified
SBU

| Begin Date: 07/01/2019 | | | | End Date: | 07/01/2020 |
| Reg #: | 14003-097 | | | Inmate Name: | EASON, RAYMELL LAMAR |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 03/19/2020 | 08:52 LOX | 330.0 | 149.7 | | Dhaliwal, Jaspal MD |

Orig Entered: 03/19/2020 11:54 EST   Dhaliwal, Jaspal MD

| 10/11/2019 | 13:21 LOX | 318.0 | 144.2 | | Hoen, Liza PA-C |

Orig Entered: 10/11/2019 16:24 EST   Hoen, Liza PA-C

**Bureau of Prisons**

**Health Services**

**PPDs**

Reg #: 14003-097      Inmate Name: EASON, RAYMELL LAMAR

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 12/05/2019 07:17 | Left Forearm | Ortiz, Roberto NRP-EMT | 12/07/2019 20:48 | 0 mm | Salcido, O. Paramedic, NRP |
| Orig Entered: 12/05/2019 10:18 EST | | Ortiz, Roberto NRP-EMT | Orig Entered: 12/07/2019 23:48 EST | | Salcido, O. Paramedic, NRP |
| 12/04/2018 10:39 | Left Forearm | Christopher, Jason AHSA, | 12/07/2018 15:04 | 0 mm | Christopher, Jason AHSA, NREMT-P |
| Orig Entered: 12/04/2018 13:41 EST | | Christopher, Jason AHSA, NREMT-P | Orig Entered: 12/07/2018 18:05 EST | | Christopher, Jason AHSA, NREMT-P |
| 11/27/2017 07:23 | Left Forearm | Blitch, Hilary RN, IOP/IDC | 11/29/2017 11:01 | 0 mm | Blitch, Hilary RN, IOP/IDC |
| Orig Entered: 11/27/2017 10:24 EST | | Blitch, Hilary RN, IOP/IDC | Orig Entered: 11/29/2017 14:01 EST | | Blitch, Hilary RN, IOP/IDC |
| 12/09/2016 08:04 | Left Forearm | Dallas, Jeremy RN/IDC/IOP | 12/12/2016 07:00 | 0 mm | Dallas, Jeremy RN/IDC/IOP |
| Orig Entered: 12/09/2016 11:05 EST | | Dallas, Jeremy RN/IDC/IOP | Orig Entered: 12/13/2016 13:46 EST | | Dallas, Jeremy RN/IDC/IOP |
| 12/14/2015 07:00 | Left Forearm | Blitch, Hilary RN, IOP/IDC | 12/16/2015 07:00 | 0 mm | Blitch, Hilary RN, IOP/IDC |
| Orig Entered: 12/14/2015 15:11 EST | | Blitch, Hilary RN, IOP/IDC | Orig Entered: 12/16/2015 10:00 EST | | Blitch, Hilary RN, IOP/IDC |
| 11/24/2014 11:26 | Left Forearm | Pinnell, Marsha RN/IOP/IDC | 11/26/2014 09:52 | 0 mm | Pinnell, Marsha RN/IOP/IDC |
| Orig Entered: 11/24/2014 14:28 EST | | Pinnell, Marsha RN/IOP/IDC | Orig Entered: 12/04/2014 12:53 EST | | Pinnell, Marsha RN/IOP/IDC |
| 10/24/2008 14:07 | Left Forearm | de las Heras, Ignacio MLP, | 10/27/2008 14:08 | 0 mm | de las Heras, Ignacio MLP, HSA |
| Orig Entered: 10/28/2008 17:08 EST | | de las Heras, Ignacio MLP, HSA | Orig Entered: 10/28/2008 17:08 EST | | de las Heras, Ignacio MLP, HSA |

Total: 7

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Pain Management**

| Begin Date: | 07/01/2019 | | End Date: | 07/01/2020 | | | |
|---|---|---|---|---|---|---|---|
| Reg #: | 14003-097 | | Inmate Name: | EASON, RAYMELL LAMAR | | | |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 11/06/2019 14:22 | LOX OTC meds | Aching | Multiple | 5 | | Hoen, Liza PA-C |

Orig Entered: 11/06/2019 17:23 EST   Hoen, Liza PA-C

# Bureau of Prisons
## Health Services
### Allergies

Reg #: 14003-097                           Inmate Name:  EASON, RAYMELL LAMAR

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 10/31/2008 | |

**Orig Entered:**  10/31/2008 17:22 EST   Dhaliwal, Jaspal MD

**Total: 1**

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Patient Education Assessments & Topics**

Reg #: 14003-097     Inmate Name: EASON, RAYMELL LAMAR

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total: 0**

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 04/21/2020 | Medication | Milk of Magnesia Susp (OTC) (473ML) | Pharmacy No participation | Rodriguez, Diane |
| | Orig Entered: 04/21/2020 15:49 EST | Rodriguez, Diane | | |
| 04/02/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: 04/02/2020 12:56 EST | Dhaliwal, Jaspal | | |
| 03/28/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Balogun, Victoria |
| | Orig Entered: 03/28/2020 20:36 EST | Balogun, Victoria | | |
| 03/28/2020 | Counseling | Exercise | Verbalizes Understanding | Balogun, Victoria |
| | Orig Entered: 03/28/2020 20:36 EST | Balogun, Victoria | | |
| 03/19/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: 03/19/2020 12:07 EST | Dhaliwal, Jaspal | | |
| 03/19/2020 | Counseling | Medication Side Effects | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: 03/19/2020 12:07 EST | Dhaliwal, Jaspal | | |
| 11/06/2019 | Counseling | Plan of Care | Verbalizes Understanding | Hoen, Liza |
| | Orig Entered: 11/06/2019 17:25 EST | Hoen, Liza | | |
| 10/18/2019 | Medication | Lisinopril 5 MG Tab | Pharmacy No participation | Mendek, Marcela |
| | Orig Entered: 10/18/2019 13:18 EST | Mendek, Marcela | | |
| 10/11/2019 | Counseling | Plan of Care | Verbalizes Understanding | Hoen, Liza |
| | Orig Entered: 10/11/2019 16:33 EST | Hoen, Liza | | |

**Total: 9**

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 14003-097                    Inmate Name: EASON, RAYMELL LAMAR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Dental caries, unspecified | | | | | | |
| 01/05/2015 14:19 EST   Shon, Andrew DDS | III | ICD-9 | 521.00 | 01/05/2015 | Current | 01/05/2015 |
| Osteoarthrosis, unspec generalized or localized | | | | | | |
| 10/20/2017 17:15 EST   Watson, William MD | III | ICD-9 | 715.9 | 10/31/2008 | Current | 10/31/2008 |
| left knee, lower back | | | | | | |
| 10/31/2008 17:20 EST   Dhaliwal, Jaspal MD | III | ICD-9 | 715.9 | 10/31/2008 | Current | 10/31/2008 |
| Knee, Pain in joint, lower leg | | | | | | |
| 10/14/2015 12:36 EST   Rivera, Annabel MLP | III | ICD-9 | 719.46 | 10/14/2015 | Current | 10/14/2015 |
| Nonrheumatic aortic valve disorder, unspecified | | | | | | |
| 10/20/2017 17:15 EST   Watson, William MD | | ICD-10 | I359 | 10/20/2017 | Current | |
| rule out | | | | | | |
| Unspecified acute lower respiratory infection | | | | | | |
| 04/01/2019 12:38 EST   Hoen, Liza PA-C | | ICD-10 | J22 | 04/01/2019 | Current | |
| Chronic pharyngitis | | | | | | |
| 05/01/2019 15:30 EST   Hoen, Liza PA-C | | ICD-10 | J312 | 05/01/2019 | Current | |
| uvular irritation | | | | | | |
| 05/01/2019 12:24 EST   Hoen, Liza PA-C | | ICD-10 | J312 | 05/01/2019 | Current | |
| Asthma | | | | | | |
| 04/20/2019 01:46 EST   Watson, William MD | | ICD-10 | J45909 | 04/19/2019 | Current | |
| post infectious reactive airway disease | | | | | | |
| Constipation, unspecified | | | | | | |
| 03/28/2020 20:35 EST   Balogun, Victoria NP | | ICD-10 | K5900 | 03/28/2020 | Current | |
| Chronic kidney disease, stage 2 (mild) | | | | | | |
| 04/18/2019 13:43 EST   Watson, William MD | | ICD-10 | N182 | 10/20/2017 | Current | |
| GFR 62; Creat 1.51 | | | | | | |
| 10/20/2017 17:20 EST   Watson, William MD | | ICD-10 | N182 | 10/20/2017 | Current | |
| Other noninflammatory disorders of the testis | | | | | | |
| 04/28/2017 15:58 EST   Razavi, N. MD | | ICD-10 | N448 | 04/28/2017 | Current | |
| left varicocele | | | | | | |

COPY
Sensitive But Unclassified
SBU

**Reg #: 14003-097**          **Inmate Name:** EASON, RAYMELL LAMAR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Disorder of male genital organs, unspecified | | ICD-10 | N509 | 08/24/2017 | Current | 02/15/2018 |
| 08/24/2018 13:10 EST  Hoen, Liza PA-C | | | | | | |
| pain; normal exam | | | | | | |
| 08/24/2017 15:43 EST  Fernando, Ellen MLP | | ICD-10 | N509 | 08/24/2017 | Current | 11/30/2015 |
| left varicocele | | | | | | |
| Unsp symptoms and signs involving the genitourinary system | | ICD-10 | R399 | 12/13/2018 | Current | |
| 12/13/2018 16:49 EST  Hoen, Liza PA-C | | | | | | |
| urinary retention; urinary frequency | | | | | | |
| Prediabetes | | | | | | |
| 04/20/2019 01:35 EST  Watson, William MD | | ICD-10 | R7303 | 10/20/2017 | Current | 02/15/2018 |
| 6% | | | | | | |
| 10/20/2017 17:17 EST  Watson, William MD | | ICD-10 | R7303 | 10/20/2017 | Current | 09/01/2015 |
| Body mass index (BMI) 40.0-44.9, adult | | | | | | |
| 04/20/2019 01:45 EST  Watson, William MD | | ICD-10 | Z6841 | 04/18/2019 | Current | 04/19/2019 |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Unspecified viral infection | | | | | | 01/15/2015 |
| 02/15/2018 14:50 EST  Watson, William MD | III | ICD-9 | 079.99 | 11/30/2015 | Resolved | 10/11/2019 |
| 11/30/2015 17:22 EST  Lin, Michael MD/CD | III | ICD-9 | 079.99 | 11/30/2015 | Current | 11/29/2015 |
| Unspecified testicular dysfunction | | | | | | |
| 02/15/2018 14:50 EST  Watson, William MD | III | ICD-9 | 257.9 | 09/01/2015 | Resolved | 04/19/2019 |
| 09/01/2015 15:06 EST  Springer, Albert NP | III | ICD-9 | 257.9 | 09/01/2015 | Current | 12/06/2014 |
| Esophageal reflux | | | | | | |
| 04/20/2019 01:43 EST  Watson, William MD | III | ICD-9 | 530.81 | 01/15/2015 | Resolved | 12/09/2016 |
| 01/15/2015 16:55 EST  Dhaliwal, Jaspal MD | III | ICD-9 | 530.81 | 01/15/2015 | Current | |
| Other chest pain | | | | | | |
| 10/11/2019 16:30 EST  Hoen, Liza PA-C | III | ICD-9 | 786.59 | 11/29/2015 | Resolved | |
| 11/29/2015 21:32 EST  Fernando, Ellen MLP | III | ICD-9 | 786.59 | 11/29/2015 | Current | |
| Buttock, open wound, w/o mention of complication | | | | | | |
| 04/20/2019 01:44 EST  Watson, William MD | III | ICD-9 | 877.0 | 12/06/2014 | Resolved | |
| 12/06/2014 16:27 EST  Campbell, David ARNP | III | ICD-9 | 877.0 | 12/06/2014 | Current | |
| Cracked tooth | | | | | | |
| 12/09/2016 09:49 EST  Shon, Andrew DDS | | ICD-10 | K0381 | 12/09/2016 | Resolved | |
| Epididymitis | | | | | | |

Reg #: 14003-097     Inmate Name: EASON, RAYMELL LAMAR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/15/2018 14:50 EST  Watson, William MD | | ICD-10 | N451 | 10/17/2016 | Resolved | 02/15/2018 |
| 10/17/2016 16:00 EST  Fernando, Ellen MLP | | ICD-10 | N451 | 10/17/2016 | Current | |
| 07/26/2016 15:37 EST  Dhaliwal, Jaspal MD | | ICD-10 | N451 | 07/26/2016 | Current | |
| Condition Not Found, Essentially Healthy | | | | | | |
| 04/20/2019 01:45 EST  Watson, William MD | III | ICD-9 | V71.9 | 09/28/2015 | Resolved | 04/19/2019 |
| 09/28/2015 14:42 EST  Springer, Albert NP | III | ICD-9 | V71.9 | 09/28/2015 | Current | 09/28/2015 |
| Quarantine - asymptomatic person in quarantine | | | | | | |
| 05/21/2020 10:49 EST  Ratliff, J. OMDT, APRN | | ICD-10 | Z0489-q | 03/27/2020 | Resolved | 05/21/2020 |
| I/M with possible exposure to (+) COVID-19 case.  I/M requires 14 day quarantine. | | | | | | |
| 03/27/2020 20:48 EST  Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | Z0489-q | 03/27/2020 | Current | |
| I/M with possible exposure to (+) COVID-19 case.  I/M requires 14 day quarantine. | | | | | | |
| Body mass index (BMI) 35.0–35.9, adult | | | | | | |
| 04/20/2019 01:44 EST  Watson, William MD | | ICD-10 | Z6835 | 02/15/2018 | Resolved | 04/19/2019 |
| 02/15/2018 14:50 EST  Watson, William MD | | ICD-10 | Z6835 | 02/15/2018 | Current | |

Total: 24

COPY
Sensitive But Unclassified
SBU

Generated 07/01/2020 08:29 by Wheeler, A. HIT    Bureau of Prisons - LOM    Page 3 of 3

**Bureau of Prisons**
**Health Services**
**Vision Screens**

| Reg #: 14003-097 | Inmate Name: EASON, RAYMELL LAMAR |
|---|---|

**Vision Screen on 01/09/2020 13:28**

**Blindness:**

**Distance Vision: OD:** 20/50      OS: 20/40     OU: 20/30

**Near Vision:**   OD:     OS:     OU:

**With Corrective**

**Distance Vision: OD:**     OS:     OU:

**Near Vision:**   OD:     OS:     OU:

**Present Glasses - Distance**         **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**   R:     L:

**Comments:**

  **Orig Entered:** 01/09/2020 16:30 EST   Hoen, Liza PA-C

| Reg #: 14003-097 | Inmate Name: EASON, RAYMELL LAMAR |
|---|---|

**Vision Screen on 12/06/2014 13:29**

**Blindness:**

| **Distance Vision: OD:** 20/20 | | | | OS: 20/20 | | OU: 20/20 | |
|---|---|---|---|---|---|---|---|
| **Near Vision:** | OD: | | | OS: | | OU: | |

**With Corrective**

| **Distance Vision: OD:** | | | | OS: | | OU: | |
|---|---|---|---|---|---|---|---|
| **Near Vision:** | OD: | | | OS: | | OU: | |

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| R: | | | | R: | | | |
| L: | | | | L: | | | |

**Color Test:**

**Tonometry:** R:     L:

**Comments:**

Orig Entered:   12/06/2014 16:30 EST   Campbell, David ARNP

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Immunizations**

Begin Date: 07/01/2019                End Date:   07/01/2020
Reg #:      14003-097                 Inmate Name:   EASON, RAYMELL LAMAR

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 11/01/2019 | Now | Left Deltoid | 0.5mL | Glaxo | HY2XM | 06/30/2020 |
| Fluarix Quadrivalent | | | | | | | |

Orig Entered: 11/01/2019 15:28 EST   Blitch, Hilary RN, IOP/IDC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Measles/Mumps/Rubella Series | 10/07/2019 | Now | Left Deltoid | 0.5mL | Merck | S015284 | 05/31/2021 |

-MMR one dose administered for mumps outbreak.  VIS explained and given to patient.  No contraindications to vaccine noted.

Orig Entered: 10/07/2019 17:31 EST   Figlenski, Jessica WXRO QI/IPC/RN

Total: 2

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| Complex: LOX--LOMPOC FCC | Begin Date: 07/01/2019 | End Date: 07/01/2020 |
| Inmate: EASON, RAYMELL LAMAR | Reg #: 14003-097 | Quarter: H01-006L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified"
**Rx#:** 295937-LOX    **Doctor:** Watson, William MD
**Start:** 04/22/19    **Exp:** 10/19/19    **Pharmacy Dispensings:** 120 TAB in 436 days

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified"
**Rx#:** 309736-LOX    **Doctor:** Dhaliwal, Jaspal MD
**Start:** 11/07/19    **Exp:** 05/05/20    **D/C:** 03/19/20    **Pharmacy Dispensings:** 180 TAB in 237 days

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified"
**Rx#:** 319295-LOX    **Doctor:** Dhaliwal, Jaspal MD
**Start:** 03/19/20    **Exp:** 09/15/20    **Pharmacy Dispensings:** 240 TAB in 104 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Inhale one puff by mouth four times daily AS NEEDED use if difficulty breathing as a trial
**Rx#:** 295938-LOX    **Doctor:** Watson, William MD
**Start:** 04/22/19    **Exp:** 07/21/19    **Pharmacy Dispensings:** 8.5 GM in 436 days

Fluticasone Prop 50mcg, 16ml Nasal spry
Inhale 2 squirts per nostril each day AS NEEDED   **pulm CCV**
**Rx#:** 296777-LOX    **Doctor:** Hoen, Liza PA-C
**Start:** 05/01/19    **Exp:** 07/30/19    **Pharmacy Dispensings:** 16 ML in 427 days

Lisinopril 5 MG Tab
Take one tablet by mouth each day
**Rx#:** 295939-LOX    **Doctor:** Watson, William MD
**Start:** 04/22/19    **Exp:** 10/19/19    **D/C:** 10/11/19    **Pharmacy Dispensings:** 120 TAB in 436 days

Lisinopril 5 MG Tab
Take one tablet by mouth each day
**Rx#:** 308529-LOX    **Doctor:** Dhaliwal, Jaspal MD
**Start:** 10/11/19    **Exp:** 04/08/20    **D/C:** 03/19/20    **Pharmacy Dispensings:** 150 TAB in 264 days

COPY
Sensitive But Unclassified
CRII

| Complex: LOX--LOMPOC FCC | | Begin Date: 07/01/2019 | End Date: 07/01/2020 |
| Inmate: EASON, RAYMELL LAMAR | | Reg #: 14003-097 | Quarter: H01-006L |

## Active Prescriptions

Lisinopril 5 MG Tab

Take one tablet by mouth each day

**Rx#:** 319296-LOX     **Doctor:** Dhaliwal, Jaspal MD

**Start:** 03/19/20     **Exp:** 09/15/20         **Pharmacy Dispensings:** 120 TAB in 104 days

metFORMIN HCl 500 MG Tab

Take one tablet (500 MG) by mouth each evening

**Rx#:** 295940-LOX     **Doctor:** Watson, William MD

**Start:** 04/22/19     **Exp:** 10/19/19         **Pharmacy Dispensings:** 30 TAB in 436 days

Milk of Magnesia Susp (OTC) (473ML) 400MG/5ML

take 30 ml by mouth every night at bedtime

**Rx#:** 320089-LOX     **Doctor:** Dhaliwal, Jaspal MD

**Start:** 04/02/20     **Exp:** 05/02/20         **Pharmacy Dispensings:** 473 ML in 90 days

Naproxen 500 MG Tab

Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain (ortho CCV)

**Rx#:** 295941-LOX     **Doctor:** Watson, William MD

**Start:** 04/22/19     **Exp:** 10/19/19         **Pharmacy Dispensings:** 0 TAB in 436 days

Naproxen 500 MG Tab

Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain (ortho CCV)

**Rx#:** 309737-LOX     **Doctor:** Dhaliwal, Jaspal MD

**Start:** 11/07/19     **Exp:** 05/05/20         **Pharmacy Dispensings:** 120 TAB in 237 days

Tamsulosin HCl 0.4 MG Cap

Take one capsule (0.4 MG) by mouth daily

**Rx#:** 295942-LOX     **Doctor:** Watson, William MD

**Start:** 04/22/19     **Exp:** 10/19/19         **Pharmacy Dispensings:** 120 Cap in 436 days



Federal
Bureau of
Prisons

**FMC Rochester**
2110 E. Center Street
·Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/14/2019 09:37 |
| **Reg #** 14003-097 | **Order Unit** C04-008L | **Received** 08/15/2019 07:03 |
| **DOB** 05/05/1970 | **Provider** William Watson, MD | **Reported** 08/20/2019 06:09 |
| **Sex** M | | **LIS ID** 110191022 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 140 | 136-146 | mmol/L |
| Potassium | | 4.2 | 3.6-4.9 | mmol/L |
| Chloride | | 100 | 98-108 | mmol/L |
| CO2 | | 28 | 22-29 | mmol/L |
| BUN | | 11 | 7-24 | mg/dL |
| Creatinine | H | 1.34 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | 57 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 9.2 | 8.6-10.4 | mg/dL |
| Glucose | 94 | 70-110 | mg/dL |
| AST | 27 | 10-37 | U/L |
| ALT | 29 | 8-40 | U/L |
| Alkaline Phosphatase | 84 | 49-126 | U/L |
| Bilirubin, Total | 0.5 | 0.1-1.1 | mg/dL |
| Total Protein | 6.8 | 6.3-8.3 | g/dL |
| Albumin | 4.5 | 3.5-5.0 | g/dL |
| Globulin | 2.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | 1.96 | 1.00-2.30 | |
| Anion Gap | 12.6 | 9.0-19.0 | |
| BUN/Creat Ratio | 8.2 | 5.0-30.0 | |
| Cholesterol | 159 | 50-200 | mg/dL |
| Triglycerides | 63 | <150 | mg/dL |
| HDL Cholesterol | 57 | 40-60 | mg/dL |
| LDL Cholesterol (Calc) | 89 | 0-130 | mg/dL |
| Chol/HDL Ratio | 2.8 | 0.0-4.0 | |

COPY
Sensitive But Unclassified
SBU

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 4.7 | 3.5-10.5 | K/uL |
| NRBC% | 0.0 | | |
| RBC | 4.96 | 4.10-6.00 | M/uL |
| Hemoglobin | 13.5 | 12.0-17.5 | g/dL |
| Hematocrit | 42.3 | 38.8-50.0 | % |
| MCV | 85.3 | 76.0-100.0 | fL |
| MCH | 27.2 | 27.0-33.0 | pg |
| MCHC | 31.9 | 28.0-36.0 | g/dL |
| RDW-CV | 13.9 | 12.0-15.0 | % |

**FLAG LEGEND** L=Low L!=Low Critical H=High H!=High Critical A=Abnormal A! =Abnormal Critical



**Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/14/2019 09:37 |
| **Reg #** 14003-097 | **Order Unit** C04-008L | **Received** 08/15/2019 07:03 |
| **DOB** 05/05/1970 | **Provider** William Watson, MD | **Reported** 08/20/2019 06:09 |
| **Sex** M | | **LIS ID** 110191022 |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| Platelet | | 263 | 150-450 | K/uL |
| MPV | H | 12.2 | 6.9-10.5 | fL |
| Neutrophils % | | 38.4 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | | |
| Lymphocytes % | | 46.8 | | % |
| Monocytes % | | 10.1 | | % |
| Eosinophils % | | 3.9 | | % |
| Basophils % | | 0.6 | | % |
| Immature Granulocytes % | | 0.2 | | % |
| Neutrophils # | | 1.8 | 1.1-7.9 | K/uL |
| Lymphocytes # | | 2.2 | 0.5-4.7 | K/uL |
| Monocytes # | | 0.5 | 0.0-1.3 | K/uL |
| Eosinophils # | | 0.2 | 0.0-0.7 | K/uL |
| Basophils # | | 0.0 | 0.0-0.2 | K/uL |
| Immature Granulocytes # | | 0.01 | | 10^3/uL |

| HEMOGLOBIN A1C | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.1 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**FLAG LEGEND**   L=Low  Ll=Low Critical   H=High  Hl=High Critical   A=Abnormal  A!=Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/20/2019 06:09 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Watson, William MD on 08/27/2019 16:40.**



COPY
Sensitive But Unclassified
SBU



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/14/2019 09:37 |
| **Reg #** 14003-097 | **Order Unit** C04-008L | **Received** 08/15/2019 07:03 |
| **DOB** 05/05/1970 | **Provider** William Watson, MD | **Reported** 08/15/2019 11:36 |
| **Sex** M | | **LIS ID** 110191022 |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 1 | 0-17 | mg/L |
| Creatinine, Urine Random | 71.2 | 60.0-200.0 | mg/dL |
| Microalbumin/Creatinine Ratio | 1 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:
Category          Result
Normal            Less than 30
Microalbuminuria  30 - 299
Clinical albuminuria   Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

---

**FLAG LEGEND**    L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/15/2019 12:57 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Watson, William MD on 08/15/2019 17:07.**

COPY
Sensitive But Unclassified
SBU

BP-A0807
Sep 11

**INFLUENZA VACCINE CONSENT – INMATES**

**U.S. DEPARTMENT OF JUSTICE**                  **FEDERAL BUREAU OF PRISONS**

(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)

I have been provided a copy of the Vaccine Information Statement* for Influenza
Vaccine  dated 8/7/15. I have had the opportunity to ask questions about the
benefits and risks of  vaccination.

☒ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** (Check Yes or No)

| Yes | No | Health Questions |
|-----|-----|------------------|
|  | ✗ | Are you sick today? (if moderately to severely ill should postpone vaccination) |
|  | ✗ | Do you have allergy to eggs? |
|  | ✗ | Have you ever had serious reaction to influenza vaccine?  If so, describe: |
|  | ✗ | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|  | ☒ H Blitch RN<br>☐ R Ortiz Paramedic<br>☐ A Wong Paramedic<br>☐ Other: | 11/1/19 |

☐ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|  | ☐ H Blitch RN<br>☐ R Ortiz Paramedic<br>☐ A Wong Paramedic<br>☐ Other: |  |

| (PRINT)  Inmate Name (Last, First) | | Register | Quarter | Facility |
|---|---|---|---|---|
| EASON | RAYMELL | 14003-097 | C04-008L | LOX |

Prescribed By P6190

**FCC LOMPOC**

BP-A0808
SEP 11

**VACCINE CONSENT - INMATES**

CDFRM

U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}

I have been provided a copy of the Vaccine Information Statement* for the **MMR** vaccine dated **8/15/19.**
I have had the opportunity to ask questions about the benefits and risks of vaccination.

## Health Questions Prior to Measles, Mumps, Rubella (MMR) Vaccination (*Check yes or no*)

| Yes | No | Don't Know | Health Questions |
|-----|-----|-----|-----|
| ✓ | | | Are you feeling sick today? |
| | ✓ | | Have you had a life-threatening allergic reaction to the MMR vaccine, neomycin or gelatin? |
| | ✓ | | Have you been diagnosed with thrombocytopenia (a blood disorder)? |
| | ✓ | | Do you have cancer, leukemia, lymphoma, HIV/AIDS or any other immune system problem? |
| ✓ | | | In the past 3 months, have you taken medication affecting your immune system, (i.e. prednisone, other steroids, anticancer drugs, drugs for rheumatoid arthritis, Crohn's disease or psoriasis) or have you had radiation treatment? |
| | ✓ | | During the past year, have you received a blood or blood product transfusion or been given immune globulin or antiviral drugs? |
| | ✓ | | Have you received any live vaccines in the past 4 weeks (i.e.Varicella-VAR, Zoster vaccine live-ZVL, Yellow Fever vaccine)? |

☑ *I consent* for MMR vaccination.
☐ *I decline* to receive MMR vaccination at this time.

| Inmate Signature | Witness Signature | Date |
|-----|-----|-----|
| *Raymell Eason* | *MKPunn* | 10/07/19 |
| | ☐ Stephen Baker PA-C   ☐ Victoria Balogun, NP   ☐ Hilary Blitch, RN   ☐ Sarah Bur, RN | |
| | ☐ Jason Christopher, EMT-P   ☐ Jessica Figlenski   ☐ Roberto Ortiz, EMT-P | |
| | ☐ Marsha Pinnell, RN   ☐ Tim Thomas | |

| Date | Manufacturer | Lot Number | Expiration Date | Dose | Route | (R) Right (L) Left tricep | Administered by Signature: |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 10/7/19 | Merck MMRII | S015284 | 5/19/2021 | 0.5 ml | SubQ | LEFT | *Chm*  ☐ Stephen Baker, PA-C   ☐ Victoria Balogun, NP  ☐ Hilary Blitch, RN   ☐ Jason Christopher, EMT-P  ☐ Roberto Ortiz, EMT-P   ☐ Marsha Pinnell, RN  ☐ Lawrence Cross, EMT-P   ☐ Omar Salcido, EMT-P  ☐ Tim Thomas, RN   ☑ Jessica Figlenski, RN |

| LAST | FIRST | Register Number | Quarters | Facility |
|-----|-----|-----|-----|-----|
| **EASON** | **RAYMELL** | **14003-097** | **C04-008L** | LOM |

COPY
Sensitive But Unclassified
SBU

Prescribed By P6190

**FCC LOMPOC**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex:   M   Race: BLACK | Facility: LOM |
| Encounter Date: | 05/31/2019 08:31 | Provider: Watson, William MD | Unit: C04 |

Physician - Follow up Visit encounter performed at Health Services.

### SUBJECTIVE:

**COMPLAINT 1**        Provider: Watson, William MD

**Chief Complaint:** Other Problem

**Subjective:**   IM RL EASON return to HSU to discuss potential benefit of ATOR use with his co-morbidities. Normal Lipid Panel results discussed, as well as his diagnoses of CKD & preDM. IM elects not to take ATOR presently, signing refusal.

Medication orders written for this patient have been reconciled with the patient's history of current medications.

Allergies: NKDA.

**Pain:**   No

### OBJECTIVE:

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 05/31/2019 | 08:37 LOX | | 76 | Via Machine | | Regular | Watson, William MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/31/2019 | 08:37 LOX | 14 | Watson, William MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/31/2019 | 08:37 LOX | 126/76 | Left Arm | Sitting | Adult-large | Watson, William MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/31/2019 | 08:37 LOX | 97 | Room Air | Watson, William MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/31/2019 | 08:37 LOX | 308.0 | 139.7 | | Watson, William MD |

### Exam Comments

MH: alert, oriented. Speech normal rate and annunciation. Logical thought.

CV: Nl S1, S2, PMI nl.

Abd: 3.5" ASF.

Extrem: 1" TSF.

### ASSESSMENT:

Chronic kidney disease, stage 2 (mild), N182 - Current

Prediabetes, R7303 - Current

COPY
Sensitive But Unclassified
SBU

Inmate Name: EASON, RAYMELL LAMAR
Date of Birth: 05/05/1970
Encounter Date: 05/31/2019 08:31

Sex: M Race: BLACK
Provider: Watson, William MD

Reg #: 14003-097
Facility: LOM
Unit: C04

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
To be Evaluated by Provider
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/31/2019 | Counseling | Plan of Care | Watson, William | Verbalizes Understanding |
| 05/31/2019 | Counseling | Medication Side Effects | Watson, William | Verbalizes Understanding |
| 05/31/2019 | Counseling | Compliance - Treatment | Watson, William | Verbalizes Understanding |
| discussed | | | | |
| 05/31/2019 | Counseling | Risk vs. benefit of treatment | Watson, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Watson, William MD on 05/31/2019 08:42

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 05/01/2019 09:16 | Provider: Hoen, Liza PA-C | | Unit: C04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Hoen, Liza PA-C

**Chief Complaint:** Other Problem

**Subjective:** Inmate has an elongated uvula, and is convinced that it has grown during his last upper respiratory infection when it was edematous for a couple of weeks. "I still feel it dangling on the back of my tongue"
He has seasonal rhinitis as well @ the moment.
He has been added to pulmonary CCC; will Rx Flonase for nasopharyngeal irritation.

**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/01/2019 | 09:17 LOX | 97.8 | 36.6 | | Hoen, Liza PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/01/2019 | 09:17 LOX | 79 | | | Hoen, Liza PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/01/2019 | 09:17 LOX | 15 | Hoen, Liza PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/01/2019 | 09:17 LOX | 140/83 | | | | Hoen, Liza PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/01/2019 | 09:17 LOX | 98 | | Hoen, Liza PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/01/2019 | 09:17 LOX | 311.0 | 141.1 | | Hoen, Liza PA-C |

**Exam:**
**General**
**Affect**
Yes: Pleasant
No: Irritable
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed
**Nutrition**
Yes: Appears Obese

COPY
Sensitive But Unclassified
SBU

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M Race: BLACK | Facility: | LOM |
| Encounter Date: | 05/01/2019 09:16 | Provider: Hoen, Liza PA-C | | Unit: | C04 |

## Exam:

### Head

#### General

Yes: Atraumatic/Normocephalic

No: Facial Asymmetry

### Nose

#### General

Yes: Congestion

### Mouth

#### Pharynx

Yes: Inflammation, Uvula Midline

No: Tonsilar Exudate, Tonsilar Hypertrophy, White Plaques

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

No: Respiratory Distress, Tachypnea

### Cardiovascular

#### Observation

Yes: Normal Rate, Regular Rhythm

No: Tachycardia, Bradycardia

### Musculoskeletal

#### Gait

Yes: Normal Gait

## ASSESSMENT:

Asthma, J45909 - Current

Chronic pharyngitis, J312 - Current - *uvular irritation*

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Fluticasone Propionate Spray | 05/01/2019 09:16 | 2 squirts Per Nostril - daily PRN x 90 day(s) -- **pulm CCV** |

Indication: Chronic pharyngitis, Asthma

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/01/2019 | Counseling | Diagnosis | Hoen, Liza | Verbalizes Understanding |
| 05/01/2019 | Counseling | New Medication | Hoen, Liza | Verbalizes Understanding |
| 05/01/2019 | Counseling | Plan of Care | Hoen, Liza | Verbalizes Understanding |

Copay Required: Yes          Cosign Required: No

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: 05/05/1970 | Sex: | M   Race: BLACK | Facility: | LOM |
| Encounter Date: 05/01/2019 09:16 | Provider: | Hoen, Liza PA-C | Unit: | C04 |

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 05/01/2019 12:31

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 04/18/2019 10:43 | | Provider: Watson, William MD | | Unit: C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

### COMPLAINT 1    Provider: Watson, William MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** IM RL EASON is a 48 year male seen in CCC for:

1. ORTHO: LBP, knee pain. Requests refill.

2. GEN:
a. BPH: requests refill.
b. preDM: 6% discovered last year. IM agrees to start METF 500 qHS.

3. PULM: added to this for recent history of flu symptoms followed by chest cold and URI which many symptoms have persisted. P: trial Albuterol inhaler.

4. NEPHRO: CKD2, GRF 62.

URO just recommended pelvic floor exercises for varicocoele.

compliance with LIS reinforced.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/05/2017 08:27 |
| Location: | Knee-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | NSAIDS. |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Activity. |
| Relieving Factors: | NSAIDS |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** General, Orthopedic/Rheumatology, Pulmonary/Respiratory, Nephrology
**Added to clinic(s):** Pulmonary/Respiratory, Nephrology

## OBJECTIVE:

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 04/18/2019 | 09:00 LOX | | 80 | Via Machine | Regular | Watson, William MD |

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M   Race:  BLACK | Facility: | LOM |
| Encounter Date: | 04/18/2019 10:43 | Provider: | Watson, William MD | Unit: | C04 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |

**Respirations:**

| **Date** | **Time** | | **Rate Per Minute** | **Provider** |
| 04/18/2019 | 09:00 LOX | | 13 | Watson, William MD |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
| 04/18/2019 | 09:00 LOX | 128/81 | Left Arm | Sitting | | Watson, William MD |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
| 04/18/2019 | 09:00 LOX | 97 | Room Air | | Watson, William MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
| 04/18/2019 | 09:00 LOX | 321.0 | 145.6 | | Watson, William MD |

**Exam Comments**

Heent -NC, PE, E-nl, NOP nl, no jvd, T ML.
Cv- rrr, nl s1 s2 no m r b. PMI nl.
Resp: CTA, with good vesicular inspiratory sounds; no w/r/r; I:E = 1:1.2
Abd-nl bs, nt, no m r. 4.5" ASF with periU. predom.
Ext-Full rom no c, no e.
GU no C.
Back- no S.
Neuro- G wide based, cn2-12 i, m-str, b&t nl, no focal weakness; no abnl movement; S i ST.

**ASSESSMENT:**

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

Asthma, J45909 - Current - *post infectious reactive airway disease*

Body mass index (BMI) 40.0-44.9, adult, Z6841 - Current

Chronic kidney disease, stage 2 (mild), N182 - Current

Prediabetes, R7303 - Current

Unsp symptoms and signs involving the genitourinary system, R399 - Current

COPY
Sensitive But Unclassified
SBU

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| | Albuterol Inhaler HFA ) 90 MCG/ACT | 04/18/2019 10:43 | 1 puff Orally  -four times a day PRN x 90 day(s) -- use if difficulty breathing as a trial |
| | **Indication: Asthma** | | |
| | metFORMIN Tablets | 04/18/2019 10:43 | 500 mg Orally  each evening x 180 day(s) |
| | **Indication: Prediabetes** | | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 04/18/2019 10:43 | Provider: Watson, William MD | | | | Unit: | C04 |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 293519-LOX | Acetaminophen 325 MG Tab | 04/18/2019 10:43 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 180 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

| 293520-LOX | Lisinopril 5 MG Tab | 04/18/2019 10:43 | Take one tablet by mouth each day x 180 day(s) |
|---|---|---|---|

Indication: Chronic kidney disease, stage 2 (mild), Prediabetes

| 293521-LOX | Naproxen 500 MG Tab | 04/18/2019 10:43 | Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain (ortho CCV) x 180 day(s) |
|---|---|---|---|

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg, Unspecified testicular dysfunction

| 293522-LOX | Tamsulosin HCl 0.4 MG Cap | 04/18/2019 10:43 | Take one capsule (0.4 MG) by mouth daily x 180 day(s) |
|---|---|---|---|

Indication: Unsp symptoms and signs involving the genitourinary system

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | One Time | 08/17/2019 00:00 | Routine |
| Lab Tests-C-CBC w/diff | | | |
| Lab Tests-L-Lipid Profile | | | |
| Lab Tests-M-Microalbumin & Creatinine, Urine Random | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

## Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 10/16/2019 00:00 | MLP 01 |
| pulm gen renal ortho + Snellen va's | | |
| Chronic Care Visit | 04/13/2020 00:00 | Physician 03 |

## Disposition:

Follow-up at Chronic Care Clinic as Needed
To be Evaluated by Provider
Will Be Placed on Callout

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/19/2019 | Counseling | Weight Loss | Watson, William | Verbalizes Understanding |
| 04/19/2019 | Counseling | Diet | Watson, William | Verbalizes Understanding |
| | lower carbs; goal 215# | | | |
| 04/19/2019 | Counseling | New Medication | Watson, William | Verbalizes Understanding |
| 04/19/2019 | Counseling | Medication Side Effects | Watson, William | Needs Reinforcement |

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M Race: BLACK | | Facility: | LOM |
| Encounter Date: | 04/18/2019 10:43 | Provider: Watson, William MD | | Unit: | C04 |

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/19/2019 | Counseling | Safety/Injury Prevention | Watson, William | Verbalizes Understanding |
| 04/19/2019 | Counseling | Plan of Care | Watson, William | Verbalizes Understanding |
| 04/19/2019 | Counseling | Diabetes Counseling | Watson, William | Verbalizes Understanding |
| reduced sugars | | | | |
| 04/19/2019 | Counseling | Exercise | Watson, William | Returns Demonstration |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Watson, William MD on 04/19/2019 22:55

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M   Race:  BLACK | Facility: | LOM |
| Encounter Date: | 04/10/2019 19:08 | Provider: | Fabie, Shane E EMT-P | Unit: | C04 |

EMT/Para - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Fabie, Shane E EMT-P

**Chief Complaint:** Other Problem

**Subjective:** 48 year old male came to HSU complaining of a mouth problem.

Physical exam of the mouth reveals the Uvula stretched longer than normal. No bleeding noted during exam and no airway compromise noted.

Patient advised to return to sick call in the morning to be evaluated by medical officer or provider.

**Pain:** Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Pain - Throat

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/10/2019 | Counseling | Access to Care | Fabie, Shane | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Fabie, Shane E EMT-P on 04/10/2019 19:15

Requested to be cosigned by Dhaliwal, Jaspal MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Hoen, Liza PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/10/2019 19:08 | Provider: | Fabie, Shane E EMT-P | Facility: | LOM |

**Cosigned by Dhaliwal, Jaspal MD on 04/11/2019 07:22.**

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/10/2019 19:08 | Provider: | Fabie, Shane E EMT-P | Facility: | LOM |

**Reviewed by Hoen, Liza PA-C on 04/17/2019 12:39.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 04/01/2019 07:10 | Provider: Hoen, Liza PA-C | | Unit: C04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Hoen, Liza PA-C

**Chief Complaint:** Cough

**Subjective:** "I been coughing up green stuff for 4 weeks and I been getting short of breath. I need some real medicine. This OTC stuff ain't helping at all"

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/01/2019 | 09:35 LOX | 99.3 | 37.4 | | Hoen, Liza PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/01/2019 | 09:35 LOX | 76 | | | Hoen, Liza PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/01/2019 | 09:35 LOX | 18 | Hoen, Liza PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/01/2019 | 09:35 LOX | 124/83 | | | | Hoen, Liza PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/01/2019 | 09:35 LOX | 96 | | Hoen, Liza PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/01/2019 | 09:35 LOX | 310.0 | 140.6 | | Hoen, Liza PA-C |

**Exam:**

**General**

**Affect**

Yes: Cooperative

No: Irritable

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Nutrition**

Yes: Appears Obese

**Skin**

General

COPY
Sensitive But Unclassified
SBU

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 04/01/2019 07:10 | Provider: | Hoen, Liza PA-C | | | Unit: | C04 |

**Exam:**

    Yes: Dry, Skin Intact

    No: Diaphoretic

**Pulmonary**

  **Observation/Inspection**

    Yes: Coughing, severe w production green/brown mucus

    No: Within Normal Limits, Respiratory Distress, Tachypnea

  **Auscultation**

    Yes: Clear to Auscultation

**Cardiovascular**　.

  **Observation**

    Yes: Normal Rate, Regular Rhythm

    No: Tachycardia, Bradycardia

**Musculoskeletal**

  **Gait**

    Yes: Normal Gait

**ASSESSMENT:**

Unspecified acute lower respiratory infection, J22 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|------------|------------|------------------|
| | Amoxicillin Capsule | 04/01/2019 07:10 | 500mg Orally - three times a day x 10 day(s) |

    Indication: Unspecified acute lower respiratory infection

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---------|-----------|----------|----------|----------|
| General Radiology-Chest-2 Views | One Time | | 04/08/2019 | Routine |

    Specific reason(s) for request (Complaints and findings):

    respiratory infection

**Disposition:**

  Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 04/01/2019 | Counseling | Plan of Care | Hoen, Liza | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 04/01/2019 09:40

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 03/19/2019 06:48 | Provider: | Baker, Stephen PA-C | | Unit: | C04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Baker, Stephen PA-C

**Chief Complaint:** Medication Refill

**Subjective:** IM requests renewal of his CCC (Ortho) medications (Tylenol, Naproxen).

**Pain:** Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Knee, Pain in joint, lower leg, 719.46 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 287183-LOX | Tamsulosin HCl 0.4 MG Cap | 03/19/2019 06:48 | Take one capsule (0.4 MG) by mouth daily x 30 day(s) |
| | **Indication:** Unsp symptoms and signs involving the genitourinary system | | |
| 273518-LOX | Lisinopril 5 MG Tab | 03/19/2019 06:48 | Take one tablet by mouth each day x 180 day(s) |
| | **Indication:** Chronic kidney disease, stage 2 (mild), Prediabetes | | |
| 273519-LOX | Naproxen 500 MG Tab | 03/19/2019 06:48 | Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain (ortho CCV) x 180 day(s) |
| | **Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg, Unspecified testicular dysfunction | | |
| 273517-LOX | Acetaminophen 325 MG Tab | 03/19/2019 06:48 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 180 day(s) |
| | **Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg | | |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

COPY

Sensitive But Unclassified

SBU

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2019 | Counseling | Other | Baker, Stephen | Verbalizes Understanding |
| | Rxs will be renewed | | | |
| 03/19/2019 | Counseling | Other | Baker, Stephen | Verbalizes Understanding |
| | Pick up Rxs at pill line. | | | |

Inmate Name:  EASON, RAYMELL LAMAR
Date of Birth:  05/05/1970
Encounter Date:  03/19/2019 06:48

Sex:  M  Race:  BLACK
Provider:  Baker, Stephen PA-C

Reg #:  14003-097
Facility:  LOM
Unit:  C04

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Baker, Stephen PA-C on 03/19/2019 07:01

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 12/13/2018 13:43 | | Provider: | Hoen, Liza PA-C | | Unit: | C04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Hoen, Liza PA-C

**Chief Complaint:** Urinary Problem

**Subjective:**    Inmate complains of not being able to empty his bladder fully, and has "to go and pee all the time"

His prostate exam was unremarkable. He does not have a UTI (no dysuria, or cloudy urine; Urology visit was normal)
He is not complaining of testicular pain today, either.
Will trial low dose Flomax x 30 days, and review efficacy.

**Pain:**    No

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 12/13/2018 | 13:46 LOX | | 70 | | | Hoen, Liza PA-C |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 12/13/2018 | 13:46 LOX | | 16 | Hoen, Liza PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/13/2018 | 13:46 LOX | 128/80 | | | | Hoen, Liza PA-C |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 12/13/2018 | 13:46 LOX | | 309.0 | 140.2 | | Hoen, Liza PA-C |

**Exam:**

**General**

   **Affect**

     Yes: Cooperative

     No: Irritable

   **Appearance**

     Yes: Appears Well

     No: Appears Distressed

   **Nutrition**

     Yes: Appears Obese

**Skin**

   **General**

     Yes: Dry, Skin Intact

     No: Diaphoretic

**Pulmonary**

   **Auscultation**

COPY
Sensitive But Unclassified
SBU

| | | | |
|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 12/13/2018 13:43 | Provider: Hoen, Liza PA-C | | Unit: C04 |

**Exam:**

        Yes: Clear to Auscultation

    **Cardiovascular**

        **Observation**

            Yes: Normal Rate, Regular Rhythm

            No: Tachycardia, Bradycardia

    **Abdomen**

        **Inspection**

            Yes: Bulging Flanks, Obese

    **Musculoskeletal**

        **Gait**

            Yes: Waddling Gait

**ASSESSMENT:**

Unsp symptoms and signs involving the genitourinary system, R399 - Current - *urinary retention; urinary frequency*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Tamsulosin Capsule | 12/13/2018 13:43 | 0.4mg Orally - daily x 30 day(s) |

        **Indication:** Unsp symptoms and signs involving the genitourinary system

**Disposition:**

    Follow-up at Sick Call as Needed

    Follow-up in 1 Month

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/13/2018 | Counseling | Plan of Care | Hoen, Liza | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 12/13/2018 13:51

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 08/24/2018 09:35 | | Provider: Hoen, Liza PA-C | | Unit: C04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1** **Provider:** Hoen, Liza PA-C

**Chief Complaint:** Male Health Complaint

**Subjective:** Testicular pain on L, seen by urologist with normal exam in February, and he has normal exam today (with MD chaperone)
Inmate was advised to perform Kegel exercises for pelvic floor strengthening. His urine has been checked recently due to complaint of odor and it was normal as well.
Inmate advised to wear briefs instead of boxers, and is advised to embark on a serious weight loss program. From all appearances (he is 307lbs) his scrotum and testicles being chafed by his thighs.

**Pain:** Yes

### Pain Assessment

| | |
|---|---|
| Date: | 08/24/2018 10:06 |
| Location: | Testicle(s) |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | urology consult |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 1 Year |
| Duration: | 6-12 Months |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

COPY
Sensitive But Unclassified
SBU

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/24/2018 09:35 LOX | | 63 | | | Hoen, Liza PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/24/2018 | 09:35 LOX | 16 | Hoen, Liza PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/24/2018 | 09:35 LOX | 123/72 | | | | Hoen, Liza PA-C |

**Exam:**

General

Affect

| | | | |
|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M  Race: BLACK | | Facility: LOM |
| Encounter Date: 08/24/2018 09:35 | Provider: Hoen, Liza PA-C | | Unit: C04 |

**Exam:**

    Yes: Pleasant

    No: Irritable

   **Appearance**

    Yes: Appears Well

    No: Appears Distressed

   **Nutrition**

    Yes: Appears Obese

 **Skin**

   **General**

    Yes: Dry, Skin Intact

    No: Diaphoretic

 **Pulmonary**

   **Observation/Inspection**

    Yes: Within Normal Limits

    No: Coughing, severe w production green/brown mucus

 **Cardiovascular**

   **Observation**

    Yes: Normal Rate, Regular Rhythm

    No: Tachycardia

 **Genitourinary**

   **Scrotum**

    Yes: Within Normal Limits

    No: Mass(es)

   **Testicles**

    Yes: Within Normal Limits

    No: Atrophy, Testicular Tenderness, Nodules, Mass(es)

 **Musculoskeletal**

   **Gait**

    Yes: Normal Gait, Heelstrike Normal

**ASSESSMENT:**

Disorder of male genital organs, unspecified, N509 - Current - *pain; normal exam*

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/24/2018 | Counseling | Weight Loss | Hoen, Liza | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 08/24/2018 10:12

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 08/06/2018 06:42 | Provider: | | Souferzadeh, Navid MD | Unit: | C04 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**      **Provider:** Souferzadeh, Navid MD
> Will f/u with TSH/ T4.

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests - Short List-General-TSH | One Time | 11/14/2018 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free | | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Souferzadeh, Navid MD on 08/06/2018 06:43

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 07/16/2018 06:42 | Provider: | Hoen, Liza PA-C | | Unit: | C04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**    **Provider:** Hoen, Liza PA-C

Inmate requests UA for "bad smelling" urine.

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Reflex to Microscopic | One Time | 08/16/2018 00:00 | Routine |
| **Labs requested to be reviewed by:** | Watson, William MD | | |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 07/16/2018 06:45

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Hygiene Appt

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 06/25/2019 12:59 | Provider: | Larson, Ruth RDH | Unit: | C04 |

**Reviewed Health Status:**   Yes

**ASSESSMENTS:**
**Health Problems Newly Identified During This Encounter:**
   Health Problem

**Allergies:**                         Denied

**Hygiene Appointment Type:** Recall
**Oral Hygiene:** Fair
**Oral Hygiene Comments:** moderate calculas

**CPITN:**

**Hygiene examination performed and documented:**  Yes
**Head & Neck/Soft Tissue within normal limits?**  Yes
**Comments:**

**Comments**

**Pain Assessment**
   **COMPLAINT  1**          **Provider:** Larson, Ruth RDH
      **Pain Complaint:** No Pain Reported
      **Oral Area:**     General Oral
      **Description**
      **Pain Location:**
      **Pain Scale:**  0
      **Pain Qualities:**
      **History of Trauma:**
      **Onset:**
      **Duration:**
      **Exacerbating Factors:**
      **Relieving Factors:**
      **Comments:**

**Additional Findings and Procedures**

COPY
Sensitive But Unclassified
SBU

**PROCEDURE:**

**Dental Procedures**

   **Dental Procedures In Process/Completed During This Encounter**
      **Tooth/Area**                    **Procedure**                              **Status**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 06/25/2019 12:59 | Provider: | Larson, Ruth RDH | Unit: | C04 |

## PROCEDURE:

### Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Prophylaxis | Completed |

chlorhexidine pre-rinse
no polish
oral hygiene eval

### Dental Perio



**Classification Name:** Deferred

Comments:

## Medication Reconciliation.

The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 06/25/2019 12:59 | Provider: | Larson, Ruth RDH | | Unit: | C04 |

**No IVs to be Reconciled.**

**Other Active OTCs:**

| **Medication** | **OTC Source** | **Start Date** | **Stop Date** |
|---|---|---|---|

**No OTCs to be Reconciled.**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 06/25/2019 | Counseling | Access to Care | Larson, Ruth | Verbalizes Understanding |
| 06/25/2019 | Counseling | Compliance - Treatment | Larson, Ruth | Verbalizes Understanding |
| 06/25/2019 | Counseling | Hand & Respiratory Hygiene | Larson, Ruth | Verbalizes Understanding |
| 06/25/2019 | Counseling | Oral Hygiene Instructions | Larson, Ruth | Verbalizes Understanding |
| | written, verbal and demo given | | | |
| 06/25/2019 | Counseling | Risk vs. benefit of treatment | Larson, Ruth | Verbalizes Understanding |
| 06/25/2019 | Counseling | Other | Larson, Ruth | Verbalizes Understanding |
| | reviewed, advised of DDS exam findings | | | |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Larson, Ruth RDH on 06/25/2019 13:02

**COPY**
Sensitive But Unclassified
**SBU**

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Routine Treatment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 03/29/2019 13:55 | Provider: | Mitchell, D. DDS/CDO | Unit: C04 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**

Health Problem

**Allergies:** Denied

**Additional Findings and Procedures**

**PROCEDURE:**

**Dental Procedures**

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |

Comments: Patient is authorized to receive hygiene treatment

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Disposition:**
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 03/29/2019 13:55 | Provider: | Mitchell, D. DDS/CDO | | Unit: | C04 |

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/29/2019 | Counseling | Plan of Care | Mitchell, D. | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Mitchell, D. DDS/CDO on 03/29/2019 13:57

COPY
Sensitive But Unclassified
SBU



**Federal
Bureau of
Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 12/03/2018 10:50 |
| **Reg #** 14003-097 | **Order Unit** C04-008L | **Received** 12/04/2018 08:34 |
| **DOB** 05/05/1970 | **Provider** Navid Souferzadeh, MD | **Reported** 12/04/2018 09:37 |
| **Sex** M | | **LIS ID** 218181336 |

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| T4, Free | | 1.14 | 0.93-1.70 | ng/dL |
| TSH | H | 5.20 | 0.50-5.00 | ulU/mL |

---

**FLAG LEGEND**     L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A!=Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/04/2018 09:43 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 12/04/2018 13:45.**

COPY
Sensitive But Unclassified
SBU

**Quest**
Diagnostics®

**EASON, RAYMELL**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **EASON, RAYMELL**<br><br>**DOB: 05/05/1970    AGE: 48**<br>Gender:   M         Fasting: U<br>Phone:    NG<br>Patient ID: 14003-097 | Specimen:  EN868536B<br>Requisition: 9444837<br><br>Collected:   08/01/2018 / 06:30 PDT<br>Received:    08/02/2018 / 00:51 PDT<br>Faxed:        08/02/2018 / 05:32 PDT | Client #: 93436605          SB04010<br>US PENITENTIARY<br>Attn: ATTN: HEALTH SERVICES<br>UNIT<br>3901 KLEIN BLVD ·<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, REFLEX | | | | EN |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.022 | | 1.001-1.035 | |
| PH | 6.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |

**PERFORMING SITE:**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/03/2018 06:56 | Provider: | Lab Result Receive | Facility: | LOM |

**Reviewed by Hoen, Liza PA-C on 08/07/2018 12:05.**

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/03/2018 06:56 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Watson, William MD on 08/28/2018 09:10.**



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/01/2018 10:53 |
| **Reg #** 14003-097 | **Order Unit** C04 | **Received** 08/02/2018 09:09 |
| **DOB** 05/05/1970 | **Provider** Navid Souferzadeh, MD | **Reported** 08/02/2018 11:39 |
| **Sex** M | | **LIS ID** 120182527 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 143 | 136-146 | mmol/L |
| Potassium | | 4.5 | 3.6-4.9 | mmol/L |
| Chloride | | 101 | 98-108 | mmol/L |
| CO2 | | 28 | 22-29 | mmol/L |
| BUN | | 20 | 7-24 | mg/dL |
| Creatinine | H | 1.51 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | 50 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.2 | 8.6-10.4 | mg/dL |
| Glucose | | 96 | 70-110 | mg/dL |
| AST | | 25 | 10-37 | U/L |
| ALT | | 33 | 8-40 | U/L |
| Alkaline Phosphatase | | 73 | 49-126 | U/L |
| Bilirubin, Total | | 0.4 | 0.1-1.1 | mg/dL |
| Total Protein | | 6.7 | 6.3-8.3 | g/dL |
| Albumin | | 4.2 | 3.5-5.0 | g/dL |
| Globulin | | 2.5 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.68 | 1.00-2.30 | |
| Anion Gap | | 14.4 | 9.0-19.0 | |
| BUN/Creat Ratio | | 13.2 | 5.0-30.0 | |
| Cholesterol | | 155 | 50-200 | mg/dL |
| Triglycerides | | 85 | <150 | mg/dL |
| HDL Cholesterol | | 51 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 91 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 3.1 | 0.0-4.0 | |

COPY
Sensitive But Unclassified
SBU

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| PSA, Total | | 0.67 | <2.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

| | | | | |
|---|---|---|---|---|
| TSH | H | 6.71 | 0.50-5.00 | uIU/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | | 5.4 | 3.5-10.5 | K/uL |
| RBC | | 4.65 | 4.10-6.00 | M/uL |
| Hemoglobin | | 13.6 | 12.0-17.5 | g/dL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



Federal
Bureau of
Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 08/01/2018 10:53 |
| **Reg #** 14003-097 | **Order Unit** C04 | **Received** 08/02/2018 09:09 |
| **DOB** 05/05/1970 | **Provider** Navid Souferzadeh, MD | **Reported** 08/02/2018 11:39 |
| **Sex** M | | **LIS ID** 120182527 |

| HEMATOLOGY | | | |
|---|---|---|---|
| Hematocrit | 43.0 | 38.8-50.0 | % |
| MCV | 92.6 | 76.0-100.0 | fL |
| MCH | 29.2 | 27.0-33.0 | pg |
| MCHC | 31.5 | 28.0-36.0 | g/dL |
| RDW | 12.4 | 12.0-15.0 | % |
| Platelet | 303 | 150-450 | K/uL |
| Neutrophils % | 44.1 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Total Lymphocytes % | 42.9 | | % |
| Monocytes % | 7.5 | | % |
| Eosinophils % | 4.9 | | % |
| Basophils % | 0.7 | | % |
| Neutrophils # | 2.4 | 1.1-7.9 | K/uL |
| Total Lymphocytes # | 2.3 | 0.5-4.7 | K/uL |
| Monocytes # | 0.4 | 0.0-1.3 | K/uL |
| Eosinophils # | 0.3 | 0.0-0.7 | K/uL |
| Basophils # | 0.0 | 0.0-0.2 | K/uL |

| HEMOGLOBIN A1C | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.0 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**   L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/02/2018 12:11 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned with New Encounter Note by Souferzadeh, Navid MD on 08/06/2018 06:42.**

COPY
Sensitive But Unclassified
SBU

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

5-31-2019
Date

I,  RAYMELL EASON            ,    14003-097   , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

prediabetes
chronic kidney disease

**The following treatment(s) was/were recommended:**

Lipitor, known also as ATORVASTATIN to lower fats in your blood

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

increased fats in blood, increased blood pressure and increased chance of heart disease or stroke, death.

**I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.**

WATSON, WILLIAM MD        5-31-2019                                          5/31/19
Counseled by                    Date                Patient's Signature                Date


Signature of Witness            Date                LOM--LOMPOC USP



## USP Lompoc LOM

| | | | |
|---|---|---|---|
| Patient: | **EASON, RAYMELL (Male)** | DOB: | 05/25/70 |
| Register#: | **14003-097** | Age: | 48 |
| Date: | 04/03/19 10:40 | Status: | OP |
| Slicecount: | 2 | | |
| History: | respiratory infection | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00059131 | | | |

**Final Report**

**Exam: FILM CXR 2 VIEWS**

**HISTORY: Respiratory infection.**

**TECHNIQUE: Frontal and Lateral views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: The cardiac silhouette is normal. Trachea is midline. Mediastinal and hilar contours are unremarkable. Lungs and pleural spaces are clear. Thoracic musculoskeletal structures are age appropriate. Visualized upper abdomen is grossly unremarkable.**

**IMPRESSION:**
**No radiographic evidence for an acute cardiopulmonary process.**

Radiologist:  Maurice Yu, MD

Study ready at 10:40 and initial results transmitted at 11:26

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 04/03/2019 17:38 EST | | | Facility: | LOM |

**Reviewed by Watson, William MD on 04/04/2019 16:45.**

BP-A0807    **INFLUENZA VACCINE CONSENT – INMATES**
Sep 11

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

*(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement* for Influenza
Vaccine  dated 8/7/15. I have had the opportunity to ask questions about the
benefits and risks of vaccination.

☒ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|------|------|------|
|  | ✓ | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
|  | ✓ | Do you have allergy to eggs? |
|  | ✓ | Have you ever had serious reaction to influenza vaccine?  If so, describe: |
|  | ✓ | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------|------|------|
|  | ☐ S. Fabie EMT-P  FCC LOMPOC  ☐ Other: | 1/11/19 |

☐ **I decline to receive the influenza vaccine at this time.**

COPY
Sensitive But Unclassified

| Inmate Signature | Witness Signature | SBU Date |
|------|------|------|
|  | ☐ S. Fabie EMT-P  FCC LOMPOC  ☐ Other: |  |

| (PRINT) Inmate Name (Last, First) | | Register | Facility |
|------|------|------|------|
| Eason | Raymoll | 14003-097 | FCC Lompoc |

Prescribed By P6190

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 04/24/2018 11:43 | Provider: Souferzadeh, Navid MD | Unit: C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

### SUBJECTIVE:

**COMPLAINT 1**      Provider: Souferzadeh, Navid MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** 47 y/o male inmate comes to the clinic for CCC. Pt reports " I have back pain for 10 years and medication is helping me." Pt denies SOB, CP, fever.

**Pain:**      Not Applicable

**Pain Assessment**

| | |
|---|---|
| **Date:** | 05/05/2017 08:27 |
| **Location:** | Knee-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 4 |
| **Intervention:** | NSAIDS. |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 5+ Years |
| **Duration:** | 5+ Years |
| **Exacerbating Factors:** | Activity. |
| **Relieving Factors:** | NSAIDS |
| **Comments:** | |

**COMPLAINT 2**      Provider: Souferzadeh, Navid MD

**Chief Complaint:** Swelling

**Subjective:** 47 y/o male inmate comes to the clinic for CCC. Pt reports " I have varicocele on my left testicle." Pt denies SOB, CP, fever.

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 04/24/2018 11:32 |
| **Location:** | Scrotum |
| **Quality of Pain:** | Dull |
| **Pain Scale:** | 4 |
| **Intervention:** | meds |
| **Trauma Date/Year:** | 2012 |
| **Injury:** | |
| **Mechanism:** | GSW. |
| **Onset:** | 1-5 Years |
| **Duration:** | 6-12 Hours |
| **Exacerbating Factors:** | nothing |
| **Relieving Factors:** | nothing |
| **Comments:** | |

COPY
Sensitive But Unclassified
SBU

| | | | | |
|---|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: | M | Race: BLACK | Facility: LOM |
| Encounter Date: 04/24/2018 11:43 | Provider: Souferzadeh, Navid MD | | | Unit: C04 |

**Seen for clinic(s):** Orthopedic/Rheumatology, General

## OBJECTIVE:

### Exam:

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Percussion**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate

## ASSESSMENT:

Knee, Pain in joint, lower leg, 719.46 - Current

Body mass index (BMI) 35.0-35.9, adult, Z6835 - Current

Chronic kidney disease, stage 2 (mild), N182 - Current

Disorder of male genital organs, unspecified, N509 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 262477-LOX | Acetaminophen 325 MG Tab | 04/24/2018 11:43 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 180 day(s) |

**Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid MD on 04/24/2018 11:44

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: | 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M  Race: BLACK | Facility: | LOM |
| Encounter Date: 04/24/2018 09:50 | Provider: Souferzadeh, Navid MD | Unit: | C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**　　　　**Provider:** Souferzadeh, Navid MD

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

**Subjective:**　47 y/o male inmate comes to the clinic for CCC.  Pt reports " I have back pain for 10 years and medication is helping me." Pt denies SOB, CP, fever.

**Pain:**　　　　Not Applicable

**Pain Assessment**

| | |
|---|---|
| Date: | 2017 08:27 |
| Location: | Knee |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | NSAIDS. |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Activity. |
| Relieving Factors: | NSAIDS |
| Comments: | |

**COMPLAINT 2**　　　　**Provider:** Souferzadeh, Navid MD

Chief Complaint: Swelling

**Subjective:**　47 y/o male inmate comes to the clinic for CCC.  Pt reports " I have varicocele on my left testicle." Pt denies SOB, CP, fever.

**Pain:**　　　　Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/24/2018 11:32 |
| Location: | Scrotum |
| Quality of Pain: | Dull |
| Pain Scale: | 4 |
| Intervention: | meds |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 1-5 Years |
| Duration: | 6-12 Hours |
| Exacerbating Factors: | nothing |
| Relieving Factors: | nothing |
| Comments: | |

COPY
Sensitive But Unclassified
SBU

See Amendment

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 04/24/2018 09:50 | | Provider: | Souferzadeh, Navid MD | | Unit: | C04 |

Seen for clinic(s): General, Orthopedic/Rheumatology

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| 04/24/2018 | 11:34 LOX | 98.7 | 37.1 | | Souferzadeh, Navid MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 04/24/2018 | 11:34 LOX | 66 | | | Souferzadeh, Navid MD |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 04/24/2018 | 11:34 | 16 | Souferzadeh, Navid MD |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/24/2018 | 11:34 LOX | 120/80 | | | | Souferzadeh, Navid MD |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 04/24/2018 | 11:34 LOX | 98 | | Souferzadeh, Navid MD |

### Height:

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 04/24/2018 | 11:34 LOX | 74.0 | 188.0 | Souferzadeh, Navid MD |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum | Provider |
|------|------|-----|-----|--------------|----------|
| 04/24/2018 | 11:34 LOX | 312.0 | 141.5 | | Souferzadeh, Navid MD |

### Exam:
**General**
　**Appearance**
　　Yes: Appears Well, Alert and Oriented x 3

**Skin**
　**General**
　　Yes: Within Normal Limits

**Pulmonary**
　**Observation/Inspection**
　　Yes: Within Normal Limits

　**Percussion**
　　Yes: Within Normal Limits

**Cardiovascular**
　**Observation**
　　Yes: Within Normal Limits, Normal Rate

## ASSESSMENT:

Knee, Pain in joint, lower leg, 719.46 - Current

Body mass index (BMI) 35.0-35.9, adult, Z6835 - Current

Chronic kidney disease, stage 2 (mild), N182 - Current

Disorder of male genital organs, unspecified, N509 - Current

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 04/24/2018 09:50 | Provider: | Souferzadeh, Navid MD | | Unit: | C04 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 262480-LOX | Naproxen 500 MG Tab | 04/24/2018 09:50 | Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain x 180 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg, Unspecified testicular dysfunction

| 262478-LOX | Lisinopril 5 MG Tab | 04/24/2018 09:50 | Take one tablet by mouth each day x 180 day(s) |
|---|---|---|---|

Indication: Chronic kidney disease, stage 2 (mild), Prediabetes

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/Diff | One Time | 08/02/2018 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit CCC | 04/21/2019 00:00 | Physician 03 |

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/24/2018 | Counseling | Access to Care | Souferzadeh, Navid | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid MD on 04/24/2018 11:42

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: LOM |
| Encounter Date: 04/24/2018 09:50 | Provider: Souferzadeh, Navid MD | Unit: C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Souferzadeh, Navid MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** 47 y/o male inmate comes to the clinic for CCC. Pt reports " I have back pain for 10 years and medication is helping me." Pt denies SOB, CP, fever.

**Pain:** Not Applicable

**Pain Assessment**
| | |
|---|---|
| Date: | 2017 08:27 |
| Location: | Knee |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | NSAIDS. |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Activity. |
| Relieving Factors: | NSAIDS |
| Comments: | |

**COMPLAINT 2**   **Provider:** Souferzadeh, Navid MD

**Chief Complaint:** Swelling

**Subjective:** 47 y/o male inmate comes to the clinic for CCC. Pt reports " I have varicocele on my left testicle." Pt denies SOB, CP, fever.

**Pain:** Yes

**Pain Assessment**
| | |
|---|---|
| Date: | 04/24/2018 11:32 |
| Location: | Scrotum |
| Quality of Pain: | Dull |
| Pain Scale: | 4 |
| Intervention: | meds |
| Trauma Date/Year: | 2012 |
| Injury: | |
| Mechanism: | GSW. |
| Onset: | 1-5 Years |
| Duration: | 6-12 Hours |
| Exacerbating Factors: | nothing |
| Relieving Factors: | nothing |
| Comments: | |

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 04/24/2018 09:50 | | | Provider: | Souferzadeh, Navid MD | Unit: | C04 |

Seen for clinic(s): General, Orthopedic/Rheumatology

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| 04/24/2018 | 11:34 LOX | 98.7 | 37.1 | | Souferzadeh, Navid MD |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 04/24/2018 | 11:34 LOX | 66 | | | Souferzadeh, Navid MD |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 04/24/2018 | 11:34 LOX | 16 | Souferzadeh, Navid MD |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/24/2018 | 11:34 LOX | 120/80 | | | | Souferzadeh, Navid MD |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 04/24/2018 | 11:34 LOX | 98 | | Souferzadeh, Navid MD |

Height:

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 04/24/2018 | 11:34 LOX | 74.0 | 188.0 | Souferzadeh, Navid MD |

Weight:

| Date | Time | Lbs | Kg | Waist Circum | Provider |
|------|------|-----|-----|--------------|----------|
| 04/24/2018 | 11:34 LOX | 312.0 | 141.5 | | Souferzadeh, Navid MD |

Exam:

**General**

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

**Skin**

  **General**

    Yes: Within Normal Limits

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

  **Percussion**

    Yes: Within Normal Limits

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits, Normal Rate

**ASSESSMENT:**

Knee, Pain in joint, lower leg, 719.46 - Current

Body mass index (BMI) 35.0-35.9, adult, Z6835 - Current

Chronic kidney disease, stage 2 (mild), N182 - Current

Disorder of male genital organs, unspecified, N509 - Current

See Amendment

COPY
Sensitive But Unclassified
SBU

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M    Race: BLACK | | Facility: | LOM |
| Encounter Date: | 04/24/2018 09:50 | | Provider: | Souferzadeh, Navid MD | | Unit: | C04 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|------------------|
| 262480-LOX | Naproxen 500 MG Tab | 04/24/2018 09:50 | Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain x 180 day(s) |

**Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg, Unspecified testicular dysfunction

| | | | |
|-----|-----------|-----------|------------------|
| 262478-LOX | Lisinopril 5 MG Tab | 04/24/2018 09:50 | Take one tablet by mouth each day x 180 day(s) |

**Indication:** Chronic kidney disease, stage 2 (mild), Prediabetes

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Lab Tests - Short List-General-CBC w/Diff | One Time | 08/02/2018 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1c | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|---------------|--------------------|
| Chronic Care Visit | 04/21/2019 00:00 | Physician 03 |
| CCC | | |

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 04/24/2018 | Counseling | Access to Care | Souferzadeh, Navid | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid MD on 04/24/2018 11:42

# Bureau of Prisons
## Health Services
### See Amendment

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/24/2018 11:43 | | | Facility: | LOM |

**Amendment made to this note by Souferzadeh, Navid MD on 04/24/2018 11:44.**

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
### Clinical Encounter

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 02/15/2018 10:02 | Provider: | Watson, William MD | | | Unit: | C04 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Watson, William MD

**Chief Complaint:** Male Health Complaint

**Subjective:**  IM R. EASON is a 46 year male seen in follow up after URO consult to review recommendations. He was seen for prior long term history of left testis pain and more recent right testis pain.

Left was intermittent and at times severe, awakening him at night.

No associated dysuria nor hematuria was described. IM also indicates this is true.

U/S showed mild left varicocele.

URO rec'd:

1. Kegel type exercises to strengthen his pelvic floor
2. Weight loss
3. If above not effective, then trial on Elavil, then
4. If still ineffective, Pain Management.

Reviewed the means to accomplish strengthening of his Pelvic Floor. IM returned demonstration.

**Pain:**  Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 02/15/2018 | 10:14 LOX | | 66 | Via Machine | | Regular | Watson, William MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 02/15/2018 | 10:14 LOX | 116/80 | Right Arm | Sitting | | Adult-large | Watson, William MD |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider | |
|---|---|---|---|---|---|---|
| 02/15/2018 | 10:14 LOX | 100 | Room Air | | Watson, William MD | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/15/2018 | 10:14 LOX | 299.0 | 135.6 | | Watson, William MD |

**Exam Comments**

Respirations clear.
CV: Heart normal S1, S2, no murmur. PMI normally placed.
ABD: round, soft, increased ASF.

**ASSESSMENT:**

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 02/15/2018 10:02 | Provider: | Watson, William MD | | | Unit: | C04 |

Body mass index (BMI) 35.0-35.9, adult, Z6835 - Current

Disorder of male genital organs, unspecified, N509 - Current

Other noninflammatory disorders of the testis, N448 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/15/2018 | Counseling | Weight Loss | Watson, William | Verbalizes Understanding |
| | immediate goal 275# with target of 210 | | | |
| 02/15/2018 | Counseling | Exercise | Watson, William | Returns Demonstration |
| | Kegels | | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Watson, William MD on 02/15/2018 11:54

COPY

Sensitive But Unclassified

SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 01/13/2018 16:49 | Provider: | | Watson, William MD | Unit: | C06 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**        **Provider: Watson, William MD**

resting & stress echo for evaluation of DOE in this 47 year male with multiple comorbidities are recommended by CARDIO.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 05/13/2018 | 05/13/2018 | Routine | No | |

  **Subtype:**
  Offsite Appt
  **Reason for Request:**
  resting and stress Echo rec'd from Dr Gul for workup of DOE in this 47 year male with multiple comorbidities.
  **Provisional Diagnosis:**
  Cardiac hypokinesis

**Copay Required: No**        **Cosign Required: No**
**Telephone/Verbal Order: No**

Completed by Watson, William MD on 01/13/2018 16:53

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 10/20/2017 14:05 | Provider: Watson, William MD | | Unit: C06 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

### COMPLAINT 1    Provider: Watson, William MD

**Chief Complaint:** Kidney Disease

**Subjective:** IM Eason is a 47 year male seen in clinic for follow up abnormal lab test: Creat. 1.4 measured twice over past two years, last in August.

He indicates he used to weigh 354# before he lost weight, which he did. This allowed him to shake the diagnosis of DM, he indicates. He now simply has prediabetes, takes Lisinopril to protect his kidneys and continues to loose weight.

He has occasional chest pain/tightness in the mid sternal area. This does not bother him today. This had not occurred often at all, last about 3-4 months ago.

**Pain:** No

## OBJECTIVE:

### Pulse:

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/20/2017 | 14:09 LOX | | 56 | Via Machine | Regular | Watson, William MD |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2017 | 14:09 LOX | 124/79 | Left Arm | Sitting | Adult-large | Watson, William MD |

### SaO2:

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 10/20/2017 | 14:09 LOX | 100 | Room Air | | Watson, William MD |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/20/2017 | 14:09 LOX | 300.2 | 136.2 | 48 | Watson, William MD |

### Exam Comments

Derm: intact
NC, PERRLA, OroPharynx normal, no cervical adenopathy, thyroid not enlarged.
Lungs: CTA throughout with normal vesicular breath sounds.
Heart: nl S1, FIXED SPLIT S2, no murmur
GI: Abdomen rounded moderately, soft, no HSM.
Ext: full A&PROM. No joint swelling.
Neuro: Gait normal. CN 2-12 grossly intact, Muscle tone and strength normal.

COPY
Sensitive But Unclassified
SBU

## ASSESSMENT:

Knee, Pain in joint, lower leg, 719.46 - Current

Osteoarthrosis, unspec generalized or localized, 715.9 - Current - *left knee, lower back*

Chronic kidney disease, stage 2 (mild), N182 - Current

Nonrheumatic aortic valve disorder, unspecified, I359 - Current - *rule out*

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 10/20/2017 14:05 | Provider: | Watson, William MD | | | Unit: | C06 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 259485-LOX | Acetaminophen 325 MG Tab | 10/20/2017 14:05 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 180 day(s) |

Indication: Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg .

| 251627-LOX | Lisinopril 5 MG Tab | 10/20/2017 14:05 | Take one tablet by mouth each day x 180 day(s) |
|---|---|---|---|

Indication: Prediabetes

| 261840-LOX | Naproxen 500 MG Tab | 10/20/2017 14:05 | Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for pain PRN x 180 day(s) |
|---|---|---|---|

Indication: Unspecified testicular dysfunction, Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 11/10/2017 | 11/10/2017 | Routine | No | |

Subtype:
   Onsite Cardiology Consult
Reason for Request:
   ECHOcardiogram to evaluate abnormal heart sound: fixed split S2
Provisional Diagnosis:
   Aortic or Pulmonic valvular disorder

### New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Watson, William MD |

### Disposition:

Follow-up at Chronic Care Clinic as Needed
To be Evaluated by Provider

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/20/2017 | Counseling | Diagnosis | Watson, William | Verbalizes Understanding |
| 10/20/2017 | Counseling | Diet | Watson, William | Verbalizes Understanding |
| to goal 210# | | | | |
| 10/20/2017 | Counseling | Exercise | Watson, William | Verbalizes Understanding |

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | | Facility: | LOM |
| Encounter Date: | 10/20/2017 14:05 | Provider: | Watson, William MD | | | Unit: | C06 |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Watson, William MD on 10/20/2017 14:21



COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

| Inmate Name: EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
|---|---|---|---|
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | | Facility: LOM |
| Encounter Date: 10/10/2017 09:44 | Provider: Fernando, Ellen MLP | | Unit: C06 |

---

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Fernando, Ellen MLP

**Chief Complaint:** Medication Refill

**Subjective:** Inmate seen for medication refill and to discuss blood work result. No problem at this time.

**Pain:** Not Applicable

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/10/2017 | 10:08 LOX | 74 | | | Fernando, Ellen MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/10/2017 | 10:08 LOX | 119/78 | Left Arm | Sitting | Adult-large | Fernando, Ellen MLP |

**Exam:**

**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**Skin**
**General**
Yes: Within Normal Limits

**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact

**Face**
**General**
Yes: Symmetric

**Mouth**
**General**
Yes: Within Normal Limits

**Neck**
**General**
Yes: Supple

**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**

| | | | |
|---|---|---|---|
| Inmate Name: EASON, RAYMELL LAMAR | | Reg #: | 14003-097 |
| Date of Birth: 05/05/1970 | Sex: M Race: BLACK | Facility: | LOM |
| Encounter Date: 10/10/2017 09:44 | Provider: Fernando, Ellen MLP | Unit: | C06 |

**Exam:**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**General**

No: Pitting Edema

**ASSESSMENT:**

Knee, Pain in joint, lower leg, 719.46 - Current

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 261177-LOX | Naproxen 500 MG Tab | 10/10/2017 09:44 | Take one tablet (500 MG) by mouth twice daily x 180 day(s) |

**Indication:** Unspecified testicular dysfunction, Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-TSH | One Time | 10/24/2017 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free | | | |
| **Labs requested to be reviewed by:** | Watson, William MD | | |

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

**Other:**

Blood work result discussed with and understood by inmate.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/10/2017 | Counseling | Plan of Care | Fernando, Ellen | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 10/10/2017 10:14

COPY

Sensitive But Unclassified

SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 09/26/2017 11:28 | Provider: | | Watson, William MD | Unit: | C06 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**     **Provider:** Watson, William MD

IM requires a follow up for formal med refill

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Watson, William MD on 09/26/2017 11:30

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 09/26/2017 07:54 | Provider: | | Fernando, Ellen MLP | Unit: | C06 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**   **Provider:** Fernando, Ellen MLP

Medication renewal until seen in clinic.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 253238-LOX | Naproxen 500 MG Tab | 09/26/2017 07:54 | Take one tablet (500 MG) by mouth twice daily x 14 day(s) |

**Indication:** Unspecified testicular dysfunction

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 09/26/2017 07:57
Requested to be cosigned by Watson, William MD.
Cosign documentation will be displayed on the following page.

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/26/2017 07:54 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

**Cosigned with New Encounter Note by Watson, William MD on 09/26/2017 11:28.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK | Facility: | LOM |
| Note Date: | 09/12/2017 14:02 | Provider: | | Dhaliwal, Jaspal MD | | Unit: | C06 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Dhaliwal, Jaspal MD

    Consult g for Urology put by MLP.

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Dhaliwal, Jaspal MD on 09/12/2017 14:03



COPY
nsitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | | | |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Note Date: | 08/28/2017 07:41 | | Provider: | | Fernando, Ellen MLP | Unit: | C06 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE 1**    **Provider:** Fernando, Ellen MLP

    Inmate was seen on 8/24/2017. See previous notes.


**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by Fernando, Ellen MLP on 08/28/2017 07:42
Requested to be cosigned by Souferzadeh, Navid MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/28/2017 07:41 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 08/28/2017 11:05.**

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: LOM |
| Encounter Date: | 08/24/2017 12:39 | Provider: Fernando, Ellen MLP | | Unit: C06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Fernando, Ellen MLP

**Chief Complaint:** Medication Refill

**Subjective:** Inmate requests med. renewal. No problem at this time.

**Pain:** Not Applicable

## OBJECTIVE:

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 08/24/2017 | 12:39 LOX | | 68 | | | Fernando, Ellen MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/24/2017 | 12:39 LOX | 123/68 | Left Arm | Sitting | Adult-large | Fernando, Ellen MLP |

**Exam:**

**General**

    **Affect**

        Yes: Pleasant, Cooperative

    **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

        No: Appears Distressed, Appears in Pain

## ASSESSMENT:

Osteoarthrosis, unspec generalized or localized, 715.9 - Current

Disorder of male genital organs, unspecified, N509 - Current - *left varicocele*

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | | Sex: | M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 08/24/2017 12:39 | | Provider: | Fernando, Ellen MLP | | Unit: | C06 |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|------------------|
| 251628-LOX | Acetaminophen 325 MG Tab | 08/24/2017 12:39 | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain "Chronic Care Verified" x 90 day(s) |

**Indication:** Osteoarthrosis, unspec generalized or localized, Knee, Pain in joint, lower leg

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Lab Tests-H-Hemoglobin A1C | One Time | 08/31/2017 00:00 | Routine |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

Labs requested to be reviewed by:      Souferzadeh, Navid MD

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|----------------------|----------|------------|----------|
| Urology | 09/23/2017 | 09/23/2017 | Routine | No | |

**Subtype:**

    Offsite Urology Appt, NOS

**Reason for Request:**

    Referring a 47 y/o BM with left small varicocele per general surgeon who saw him on 7/27/2017. Inmate says that it hurts occasionally. Please evaluate and advises.

**Provisional Diagnosis:**

    ~as above~

## Disposition:

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 08/24/2017 | Counseling | Plan of Care | Fernando, Ellen | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Fernando, Ellen MLP on 08/24/2017 12:53

Requested to be cosigned by Souferzadeh, Navid MD.

Cosign documentation will be displayed on the following page.

COPY

Sensitive But Unclassified

SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/24/2017 12:39 | Provider: | Fernando, Ellen MLP | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 08/24/2017 14:28.**

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Hygiene Appt

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 10/24/2017 12:29 | Provider: | Wooten, Benjamin DDS | Unit: | C06 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**
  Health Problem

**Allergies:**                              Denied

**Hygiene Appointment Type:** Recall

**Oral Hygiene:** Good

**Oral Hygiene Comments:** No bleeding on probing has slight plaque with slight bleeding on scaling posterior.

**CPITN:**

| 0 | 0 | 0 |
|---|---|---|
| 0 | 0 | 0 |

**Hygiene examination performed and documented:** Yes

**Head & Neck/Soft Tissue within normal limits?** Yes

**Comments:**

**Comments**

**Pain Assessment**

    **COMPLAINT  1**          **Provider:** Wooten, Benjamin DDS

      **Pain Complaint:**    No Pain Reported

      **Oral Area:**    General Oral

      **Description:**

      **Pain Location:**

      **Pain Scale:**  0

      **Pain Qualities:**

      **History of Trauma:**

      **Onset:**

      **Duration:**

      **Exacerbating Factors:**

      **Relieving Factors:**

      **Comments:**

**Additional Findings and Procedures**

COPY
Sensitive But Unclassified
SBU

**PROCEDURE:**

**Dental Procedures**

    **Dental Procedures In Process/Completed During This Encounter**

| **Tooth/Area** | **Procedure** | **Status** |
|---|---|---|

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: M | Race: BLACK | Facility: | LOM |
| Encounter Date: | 10/24/2017 12:29 | Provider: | Wooten, Benjamin DDS | Unit: | C06 |

## PROCEDURE:

### Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Prophylaxis | Completed |

Comments: Hand scaled and polished with prophy cup and paste. Flossing and brushing demonstrated. Oral cancer screening with no findings.

## Disposition:

Will Be Placed on Callout

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/24/2017 | Counseling | Oral Hygiene Instructions | Wooten, Benjamin | Verbalizes Understanding |
| 10/24/2017 | Counseling | Plan of Care | Wooten, Benjamin | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wooten, Benjamin DDS on 10/24/2017 12:46

Summary View for Eason, Raymell Lamar

# 14003-017

## FCC LOMPOC



*Lompoc Valley*
*Cardiovascular Center*

**Eason, Raymell Lamar**
48 Y old Male, DOB: 05/05/1970
Account Number: 25050
Po Box 368, LOMPOC, CA-93438
Home: 805-735-2771
Guarantor: Eason, Raymell Lamar  Insurance: LVCHO
Payer I D: JLSFE
PCP: Jaspal Dhaliwal, MD   Referring: Jaspal Dhaliwal, MD
Appointment Facility: Lompoc Valley Cardiovascular Center

---

05/11/2018                                    Progress Notes: Khawar Gul, MD

### Current Medications
Taking
• Acetaminophen 325 MG Tablet 2 tablets
as needed Orally every 6 hrs
• Lisinopril 5 MG Tablet 1 tablet Orally
Once a day
• Naproxen 500 MG Tablet 1 tablet as
needed Orally every 12 hrs
• Medication List reviewed and reconciled
with the patient

### Past Medical History
Chronic kidney disease, unspecified
Other specified diabetes mellitus without
complications
Arthropathy, unspecified

### Surgical History
Denies Past Surgical History

### Family History
Father: alive, diagnosed with Diabetes
mellitus without mention of complication,
type II or unspecified type, not stated as
uncontrolled
Maternal Grand Mother: alive, diagnosed
with Unspecified heart disease

### Social History
Tobacco Use:
Tobacco Use/Smoking
    Status *nonsmoker*
Drugs/Alcohol:
Alcohol : Denies ETOH Intake.

### Allergies
N.K.D.A.

### Review of Systems
General/Constitutional:
    Change in appetite denies.
Chills denies. Fever denies.
Ophthalmologic:
    Blurred vision denies.
Discharge denies. Pain denies.
ENT:

### Reason for Appointment
1. Exertional Dyspnea

### History of Present Illness
Today's visit:
    This is a 48-year-old gentleman with past medical history
significant for:
    Chronic kidney disease
    Diabetes mellitus
    Degenerative joint disease
    Obesity
    He is referred to me for evaluation of exertional dyspnea.
    Symptoms are been occurring rather sporadically over past few
months.
    He has noticed that he gets short of breath with moderate exertion
specially when he's walking up the stairs.
    . He denies chest discomfort with exertion.
    He denies orthopnea and PND. He denies symptoms of lower
extremity swelling and claudication.
    12-lead EKG was performed in the office today which revealed
normal sinus rhythm without ST segment changes compatible with
ischemia.
    Resting echocardiography was performed which revealed normal
left ventricular size and systolic.

### Vital Signs
BP 119/72 mm Hg, HR 64 /min, Ht 77 in, Wt 311 lbs, BMI 36.88 Index.

### Examination
General Examination:
    GENERAL APPEARANCE: Well developed, Well nourished, in no
acute distress.
    HEAD: Normocephalic, Atraumatic.
    EYES: Conjunctiva clear, EOMI, PERRLA.
    EARS: Normal.
    NOSE: Sinuses nontender bilaterally.
    ORAL CAVITY: Mucosa moist, Oropharynx is clear.
    THROAT: No erythema, No exudate, No lesions.
    NECK/THYROID: Neck supple, Full range of motion, Carotids
Brisk without any Bruits. JVP is not elevated, no cervical

**COPY**
Sensitive But Unclassified
**SBU**

---

Patient: Eason, Raymell Lamar  DOB: 05/05/1970  Progress Note: Khawar Gul, MD  05/11/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion admits. Wheezing denies.
Cardiovascular:
Syncope denies. Chest pain at rest denies. Chest pain with exertion denies. Claudication denies. Dizziness denies. Dyspnea on exertion denies. Lower Extremity Edema denies. Irregular heartbeat denies. Orthopnea denies. Palpitations denies. Shortness of breath admits. Weakness denies. Weight gain denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints denies. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

lymphadenopathy.
SKIN: No suspicious lesions, Warm and Dry, No Clubbing or Cyanosis seen.
HEART: S1/S2, Regular Rate and Rhythm, No Gallop or Murmur appreciated.
LUNGS: Clear to auscultation bilaterally, No Wheezes, Rales or Rhonchi appreciated.
CHEST: NL insp.
ABDOMEN: Soft, Non-tender, Non-distended, No palpable masses appreciated, Normal Bowel sounds present.
EXTREMITIES: No Clubbing, Cyanosis, or Edema.
PERIPHERAL PULSES: Distal Pulses Equal and Symmetric bilaterally.
NEUROLOGIC: Nonfocal, Motor strength normal upper and lower extremities, Sensory exam intact.
Diagnostic Data:
Resting 12 Lead EKG revealed: Normal Sinus Rhythm without any ST segment changes consistent with ischemia.
Stress EKG revealed: Sinus Tachycardia without any ST segment changes consistent with ischemia.
Stress Echocardiography: Patient was exercised using a Standard Bruce Protocol.
Duration of exercise: 6 Minutes, 52 Seconds.
Target Heart Rate: 157 beats/minute.
METS: 10.1.
Interpretation: Post Exercise Segmental Wall Motion, Analysis revealed normal enhancement of Global LV Systolic Function, Global LV Wall thickness, and Global LV Segmental Wall Motion., No evidence of stress induced wall motion abnormality.

## Assessments

1. Dyspnea, unspecified - R06.00 (Primary)

## Treatment

### 1. Dyspnea, unspecified

Notes: This is a 48-year-old gentleman with past medical history as outlined above.
Exertional Dyspnea: The possible Cardiac etiologies are LV Systolic and/or Diastolic Dysfunction, Coronary Ischemia, Valvular Heart Disease and RV Systolic Dysfunction.
He underwent stress echocardiography as described above which did not reveal evidence of ischemia by EKG, clinical or echocardiographic criteria.
He has normal left ventricular systolic function and wall motion.
I've counseled him about continuation of exercise program.
Thank you very much for allowing me to participate in the healthcare of this pleasant gentleman.
Feel free to call me at 805-735-7771 if you have any questions.

### 2. Others

Continue Acetaminophen Tablet, 325 MG, 2 tablets as needed, Orally, every 6 hrs
Continue Lisinopril Tablet, 5 MG, 1 tablet, Orally, Once a day
Continue Naproxen Tablet, 500 MG, 1 tablet as needed, Orally, every 12

Patient: Eason, Raymell Lamar   DOB: 05/05/1970   Progress Note: Khawar Gul, MD   05/11/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.0.84:8080/mobiledoc/jsp/catalog/xml/GetFaxHTMLDoc.jsp?logid=YvLogx...   5/11/2018

hrs

**Preventive Medicine**
Counseling:
  BMI Care goal follow-up plan:
  Above Normal BMI Follow-up  *Dietary management education,*
*guidance, and counseling*

**Procedure Codes**
93351 STRESS TTE COMPLETE

**Follow Up**
prn.

Electronically signed by Khawar Gul , M.D. on 05/11/2018 at
04:14 PM PDT

**Sign off status: Completed**

Lompoc Valley Cardiovascular Center
136 North 3rd Street, Ste. 1
Lompoc, CA 93436-7002
Tel: 805-735-7771
Fax: 805-735-9911

Patient: Eason, Raymell Lamar   DOB: 05/05/1970   Progress Note: Khawar Gul, MD   05/11/2018

*Note generated by eClinicalWorks EMR/FM Software (www.eClinicalWorks.com)*

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 06/07/2018 11:24 EST | | | | Facility: | LOM |

**Reviewed by Watson, William MD on 06/25/2018 14:11.**



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 03/13/2018 02:23 |
| **Reg #** 14003-097 | **Order Unit** | **Received** 03/14/2018 12:40 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 03/15/2018 10:09 |
| **Sex** M | | **LIS ID** 073181987 |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 1 | 0-17 | mg/L |
| Creatinine, Urine Random | 76.3 | 60.0-200.0 | mg/dL |
| Microalbumin/Creatinine Ratio | 2 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:
Category.          Result
Normal             Less than 30
Microalbuminuria    30 - 299
Clinical albuminuria   Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

COPY
Sensitive But Unclassified
SBU

---

**FLAG LEGEND**     L=Low  L!=Low Critical    H=High   H!=High Critical   A=Abnormal  A!=Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 05/14/2018 13:10 EST | | | | Facility: | LOM |

**Reviewed by Watson, William MD on 05/15/2018 00:26.**



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** · USP Lompoc | **Collected** 03/13/2018 02:23 |
| **Reg #** 14003-097 | **Order Unit** | **Received** 03/14/2018 12:40 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 03/15/2018 10:09 |
| **Sex** M | | **LIS ID** 073181987 |

## CHEMISTRY, URINE

| | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 1 | 0-17 | mg/L |
| Creatinine, Urine Random | 76.3 | 60.0-200.0 | mg/dL |
| Microalbumin/Creatinine Ratio | 2 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:

| Category | Result |
|---|---|
| Normal | Less than 30 |
| Microalbuminuria | 30 - 299 |
| Clinical albuminuria | Greater than 300 |

The ADA recommends that at least two of three specimens collected within a 3 - 6 month period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

COPY
Sensitive But Unclassified
SBU

---

**FLAG LEGEND**     L=Low,  L!=Low Critical    H=High   H!=High Critical    A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 | |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK | |
| Scanned Date: | 05/14/2018 12:56 EST | | | | Facility: | LOM | |

**Reviewed by Watson, William MD on 05/15/2018 00:07.**



## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

**Federal Bureau of Prisons**

\*\*\* Sensitive But Unclassified \*\*\*

| | | |
|---|---|---|
| Name EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 03/06/2018 02:23 |
| Reg # 14003-097 | **Order Unit** **RCH Unit** | **Received** 03/07/2018 12:21 |
| DOB 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 03/07/2018 16:19 |
| Sex M | | **LIS ID** 066182026 |

| CHEMISTRY | | | |
|---|---|---|---|
| Sodium | 143 | 136-146 | mEq/L |
| Potassium | 4.5 | 3.6-4.9 | mEq/L |
| Chloride | 102 | 98-108 | mEq/L |
| CO2 | 29 | 22-29 | mmol/L |
| BUN | 18 | 7-24 | mg/dL |
| Creatinine | 1.2 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 9.1 | 8.6-10.4 | mg/dL |
| Glucose | 102 | 70-110 | mg/dL |
| AST | 35 | 10-37 | U/L |
| ALT | H | 66 | 8-40 | U/L |
| Alkaline Phosphatase | 90 | 49-126 | U/L |
| Bilirubin, Total | 0.3 | 0.1-1.1 | mg/dL |
| Total Protein | 6.6 | 6.3-8.3 | g/dL |
| Albumin | 4.2 | 3.5-5.0 | g/dL |
| Globulin | 2.4 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | 1.75 | 1.00-2.30 | |
| Anion Gap | 11.7 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | 15.0 | 5.0-30.0 | |
| Cholesterol | 161 | 50-200 | mg/dL |
| Triglycerides | 74 | <150 | mg/dL |
| HDL Cholesterol | 58.00 | 40.00-60.00 | mg/dL |
| LDL Cholesterol (calc) | 88 | 0-130 | mg/dL |
| Chol/HDL Ratio | 2.8 | 0.0-4.0 | |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 1 | 0-17 | mg/L |
| Creatinine, Urine Random | L | 37.5 | 60.0-200.0 | mg/dL |
| Microalbumin/Creatinine Ratio | 2 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:
| Category | Result |
|---|---|
| Normal | Less than 30 |
| Microalbuminuria | 30 - 299 |
| Clinical albuminuria | Greater than 300 |

The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical





**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EASON, RAYMELL | **Facility** USP Lompoc | **Collected** 03/06/2018 02:23 |
| **Reg #** 14003-097 | **Order Unit** **RCH Unit** | **Received** 03/07/2018 12:21 |
| **DOB** 05/05/1970 | **Provider** Jaspal Dhaliwal, MD | **Reported** 03/07/2018 16:19 |
| **Sex** M | | **LIS ID** 066182026 . |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 6.0 | 3.5-10.5 | K/uL |
| RBC | 4.47 | 4.10-6.00 | M/uL |
| Hemoglobin | 12.9 | 12.0-17.5 | g/dL |
| Hematocrit | 41.8 | 38.8-50.0 | % |
| MCV | 93.5 | 76.0-100.0 | fL |
| MCH | 28.9 | 27.0-33.0 | pg |
| MCHC | 30.9 | 28.0-36.0 | g/dL |
| RDW | 12.8 | 12.0-15.0 | % |
| Platelet | 310 | 150-450 | K/uL |
| Neutrophils % | 48.5 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Total Lymphocytes % | 42.0 | | % |
| Monocytes % | 5.7 | | % |
| Eosinophils % | 3.1 | | % |
| Basophils % | 0.7 | | % |
| Neutrophils # | 2.9 | 1.1-7.9 . | K/uL |
| Total Lymphocytes # | 2.5 | 0.5-4.7 | K/uL |
| Monocytes # | 0.3 | 0.0-1.3 | K/uL |
| Eosinophils # | 0.19 | 0.00-0.70 | K/uL |
| Basophils # | 0.0 | 0.0-0.2 | K/uL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.8 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**  L=Low  LI=Low Critical  H=High  HI=High Critical  A=Abnormal  AI =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/26/2018 16:27 EST | | | Facility: | LOM |

**Reviewed by Watson, William MD on 03/27/2018 23:35.**

COPY
Sensitive But Unclassified
SBU

1/24/2018 5:35:55 PM Ca Physician Faxing 1(800) 277-7330 Page 2 of 3

**FCC LOMPOC**



OF THE CENTRAL COAST

**January 24, 2018**
**Re: Raymell Eason**
**MRN: 30000392**
**Date of Visit: 1/24/2018**

**LVCHO LVCHO**

**(805)740-2035**

To: Dr. LVCHO

Attached is a summary of findings and a plan of action. For any questions, please call my office.

Sincerely,

Samuel Kieley MD

Name: Eason, Raymell L          Page 1 of 2          DOB: 5/5/1970

## History of Present Illness

He presented 1/24/2018 for left testis pain. Recently he has noted right testis pain as well. The left-sided pain has been there for many years. It is intermittent and occasionally severe. Sometimes it wakes him up from sleeping. No known modifying factors such as injury. No associated pain with urination or hematuria. Medical records from prison health system reviewed. Scrotal ultrasound images and report reviewed demonstrating mild left varicocele.

## Assessment/Plan

1. Orchalgia
2. Left varicocele
   normal exam, likely physiologic
- recommend pelvic floor PT
- if no improvement, consider amitriptyline
- if no improvement then to pain specialist

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EASON, RAYMELL LAMAR | | | | Reg #: | 14003-097 |
| Date of Birth: | 05/05/1970 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 02/12/2018 12:25 EST | | | | Facility: | LOM |

**Reviewed by Watson, William MD on 02/12/2018 17:03.**

#14003-097



*Lompoc Valley*
*Cardiovascular Center*

**Eason, Raymell Lamar** FCC LOMPOC
47 Y old Male, DOB: 05/05/1970
Account Number: 25050
Po Box 368, LOMPOC, CA-93438
Home: 805-735-2771
Guarantor: Eason, Raymell Lamar   Insurance: LVCHO
Payer ID: JLSFE
PCP: Jaspal Dhaliwal, MD   Referring: Jaspal Dhaliwal, MD
Appointment Facility: Lompoc Valley Cardiovascular Center

---

01/03/2018                          Progress Notes: Khawar Gul, MD

### Current Medications
Taking
- Acetaminophen 325 MG Tablet 2 tablets as needed Orally every 6 hrs
- Lisinopril 5 MG Tablet 1 tablet Orally Once a day
- Naproxen 500 MG Tablet 1 tablet as needed Orally every 12 hrs
- Medication List reviewed and reconciled with the patient

### Past Medical History
Chronic kidney disease, unspecified
Other specified diabetes mellitus without complications
Arthropathy, unspecified

### Surgical History
Denies Past Surgical History

### Family History
Father: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
Maternal Grand Mother: alive, diagnosed with Unspecified heart disease

### Social History
Tobacco Use:
Tobacco Use/Smoking
Status *nonsmoker*
Drugs/Alcohol:
Alcohol : Denies ETOH Intake.

### Allergies
N.K.D.A.

### Review of Systems
General/Constitutional:
Change in appetite denies.
Chills denies. Fever denies.
Ophthalmologic:
Blurred vision denies.
Discharge denies. Pain denies.
ENT:

### Reason for Appointment
1. Dyspnea

### History of Present Illness
Today's visit:
This is a 47-year-old gentleman with past medical history significant for:
Chronic kidney disease
Diabetes mellitus
Degenerative joint disease
Obesity
He is referred to me for evaluation of exertional dyspnea.
Symptoms are been occurring rather sporadically over past few months. He reports he doesn't exercise but walks around and takes care of activities of daily life.
He has noticed that he gets short of breath with moderate exertion specially when he's walking up the stairs.
He denies chest discomfort with exertion.
He denies orthopnea and PND. He denies symptoms of lower extremity swelling and claudication.

### Vital Signs
BP 132/80 mm Hg, HR 79./min, Ht 77 in, Wt 300 lbs, BMI 35.57 Index.

### Examination
General Examination:
GENERAL APPEARANCE: Well developed, Well nourished, in no acute distress.
HEAD: Normocephalic, Atraumatic.
EYES: Conjunctiva clear, EOMI, PERRLA.
EARS: Normal.
NOSE: Sinuses nontender bilaterally.
ORAL CAVITY: Mucosa moist, Oropharynx is clear.
THROAT: No erythema, No exudate, No lesions.
NECK/THYROID: Neck supple, Full range of motion, Carotids Brisk without any Bruits, JVP is not elevated, no cervical lymphadenopathy.
SKIN: No suspicious lesions, Warm and Dry, No Clubbing or Cyanosis seen.

COPY

Sensitive But Unclassified
SBU

---

Patient: Eason, Raymell Lamar   DOB: 05/05/1970   Progress Note: Khawar Gul, MD   01/03/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Decreased hearing denies. Sore throat denies. Swollen glands denies.
**Endocrine:**
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
**Respiratory:**
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion admits. Wheezing denies.
**Cardiovascular:**
Syncope denies. Chest pain at rest denies. Chest pain with exertion denies. Claudication denies. Dizziness denies. Dyspnea on exertion denies. Lower Extremity Edema denies. Irregular heartbeat denies. Orthopnea denies. Palpitations denies. Shortness of breath admits. Weakness denies. Weight gain denies.
**Gastrointestinal:**
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
**Genitourinary:**
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
**Musculoskeletal:**
Painful joints denies. Weakness denies.
**Skin:**
Dry skin denies. Itching denies. Rash denies.
**Neurologic:**
Dizziness denies. Fainting denies. Headache denies.

HEART: S1/S2, Regular Rate and Rhythm, No Gallop or Murmur appreciated.
LUNGS: Clear to auscultation bilaterally, No Wheezes, Rales or Rhonchi appreciated.
CHEST: NL insp.
ABDOMEN: Soft, Non-tender, Non-distended, No palpable masses appreciated, Normal Bowel sounds present.
EXTREMITIES: No Clubbing, Cyanosis, or Edema.
PERIPHERAL PULSES: Distal Pulses Equal and Symmetric bilaterally.
NEUROLOGIC: Nonfocal, Motor strength normal upper and lower extremities, Sensory exam intact.

## Assessments

1. Dyspnea, unspecified - R06.00 (Primary)

## Treatment

### 1. Dyspnea, unspecified

Notes: This is a 47-year-old gentleman with past medical history as outlined above.
Exertional Dyspnea: The possible Cardiac etiologies are LV Systolic and/or Diastolic Dysfunction, Coronary Ischemia, Valvular Heart Disease and RV Systolic Dysfunction..
Recommend resting and stress echocardiography for noninvasive risk stratification.
Thank you very much for allowing me to participate in the healthcare of this pleasant gentleman.
Feel free to call me at 805-735-7771 if you have any questions.

### 2. Others

Continue Acetaminophen Tablet, 325 MG, 2 tablets as needed, Orally, every 6 hrs
Continue Lisinopril Tablet, 5 MG, 1 tablet, Orally, Once a day
Continue Naproxen Tablet, 500 MG, 1 tablet as needed, Orally, every 12 hrs

## Preventive Medicine

Counseling:
BMI Care goal follow-up plan:
Above Normal BMI Follow-up *Dietary management education, guidance, and counseling*

## Follow Up

stress echo

Patient: Eason, Raymell Lamar   DOB: 05/05/1970   Progress Note: Khawar Gul, MD   01/03/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.0.84:8080/mobiledoc/jsp/catalog/xml/GetFaxHTMLDoc.jsp?logid=4a0wrloe...   1/8/2018

Electronically signed by Khawar Gul , M.D. on 01/08/2018 at 04:32 PM PST

Sign off status: Completed

Lompoc Valley Cardiovascular Center
136 North 3rd Street, Ste. 1
Lompoc, CA 93436-7002
Tel: 805-735-7771
Fax: 805-735-9911

Patient: Eason, Raymell Lamar   DOB: 05/05/1970   Progress Note: Khawar Gul, MD   01/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

COPY
Sensitive But Unclassified
SBU

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EASON, RAYMELL LAMAR | | | Reg #: | 14003-097 |
|---|---|---|---|---|---|
| Date of Birth: | 05/05/1970 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/09/2018 10:18 EST | | | Facility: | LOM |

**Reviewed with New Encounter Note by Watson, William MD on 01/13/2018 16:49.**





# Why Did Lompoc Prison Explode with COVID?

Federal Inspectors Point to Bad Policies and Bad Leadership



*Lompoc Prison | Credit: Courtesy*

By **Tyler Hayden**

Wed Jul 29, 2020 | 8:50am

Staffing shortages, inadequate screenings, a scarcity of protective equipment, poor communication, and a lack of leadership all contributed to the deadly COVID-19 outbreak that swept through the federal correctional complex in Lompoc, an inspection by the Department of Justice has found.

Even before the virus was first detected in late March, the agency's 36-page report states, medical staffing at the complex was at a mere 62

while also providing routine care to the institution's 2,700 inmates.
Correctional staffing was also critically short, which prevented officers
from limiting their movement between the property's multiple facilities,
a key strategy in reducing transmission of the virus in a closed prison
setting.

In fact, the report states, it took Lompoc officials more than two weeks
to carry out an order from their superiors at the Bureau of Prisons
(BOP) to begin the "compartmentalization" of staff because the
complex didn't have enough bodies to fill all its mandatory posts,
including 24-hour guard duty at local hospitals where some Lompoc
inmates were receiving care. By the end of April, the BOP had
dispatched nine medical staff and 99 correctional officers from other
prisons around the country to fill Lompoc's ranks.

*Get the top stories in your inbox by signing up for our daily newsletter,
Indy Today.*

Staff screenings were dangerously deficient at times, the Department
of Justice (DOJ) also found. "Specifically, we identified two staff
members who came to work in late March after experiencing COVID-19
symptoms, but their symptoms were not detected in the screening
process." Responding to a confidential survey conducted by the DOJ as
part of its inspection, multiple Lompoc staff raised concerns that
nonmedical employees had been administering the screenings, which
often failed to look for symptoms other than fever.

Detection among inmates was problematic, as well. "We found that
Lompoc did not seek to test an inmate who, according to Lompoc
medical records, informed staff on March 22 that he had begun to
experience several different physical symptoms, including nausea,
vomiting, and reported general malaise and a dry cough over the prior 2
days," the report says. "Both vomiting and cough were known
symptoms of COVID-19 at that time." The inmate was finally admitted
to the hospital on March 26. By that time, the virus was starting to take
hold across multiple units in the prison, ultimately infecting more than
1,000 inmates and staff. Four inmates died from the virus, and others
suffered debilitating medical complications. At one point, the complex

had one of the highest infection rates in the entire federal prison
system.

While Lompoc officials have insisted that ample supplies of personal
protective equipment (PPE) have always been available to both staff
and inmates, 70 percent of prison staff who responded to the DOJ
survey in late April said additional PPE for staff was an "immediate
need"; 46 percent said inmates needed more PPE, as well. Similarly,
while Lompoc managers claimed in statements to DOJ inspectors that
the prison was well-stocked with hygiene items, such as soap and hand
sanitizer, 55 percent of staff said offering more for employees was
another "immediate need"; 36 percent said the same for inmates.

A vacuum of leadership at Lompoc also likely contributed to the
severity of the outbreak, as the complex "did not have communications
protocols in place to fully inform staff about the spread of the virus,"
the report states. Lompoc cycled through three different wardens
during the emergency, and most of its management positions were
filled with either temporary duty staff from other prisons or local staff
working in an "acting" capacity.

"In addition," the DOJ said, "a union official reported to us that during
the early stages of the outbreak the institution did not inform staff
members that they had been in close contact with a colleague who had
tested positive for COVID-19. This failure to inform staff members of
their contact with an infected person meant that BOP staff who had
possibly been exposed to the virus — and therefore could themselves
have been infected — were potentially exposing colleagues, inmates,
and family members."

Perhaps the most damning section of the report focuses on Lompoc's
resistance to a March 26 order from Attorney General William Barr to
prioritize the use of home confinement for the dual purposes of
protecting medically at-risk, nonviolent inmates and thinning the overall
prison population to allow for better social distancing. The DOJ called
Lompoc's use of the new policy, enacted under the CARES Act,
"extremely limited." Inspectors found in May that of the 509 Lompoc
inmates eligible for home confinement, only 34 had been transferred
out of the prison.

One of the complex's acting wardens had attempted to argue to

inspectors that additional transfers would threaten public safety. The inspectors acknowledged the complexity of the issue — "These are difficult, risk-based decisions," they said — but then stated firmly that by early April, at a time when Lompoc was facing a growing COVID-19 crisis, "the Attorney General had directed the BOP to 'immediately maximize appropriate transfers to home confinement of all appropriate inmates' at prisons, like Lompoc, 'where COVID-19 is materially affecting operations.' Despite this admonition, the data does not reflect that the BOP took immediate action at Lompoc."

*At the* Santa Barbara Independent, *our staff is working around the clock to cover every aspect of this crisis — sorting truth from rumor. Our reporters and editors are asking the tough questions of our public health officials and spreading the word about how we can all help one another. The community needs us — now more than ever — and we need you in order to keep doing the important work we do. Support the* Independent *by making a direct contribution or with a subscription to Indy+.*

Thu Jul 30, 2020 | 22:27pm

https://www.independent.com/2020/07/29/why-did-lompoc-prison-explode-with-covid/

# *Certificate of Service*

I, $\underline{Raymell\ Eason}$ hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

3582 Motion

Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack 101 L.Ed.2d 245 (1988)** confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

501 I St.    Unit States District Court
Sact, CA: 95814

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

_____4_____ day of __August__ 20 20

United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-2706

(Name) Raymell Eason

14003-057
Bureau of Prisons Register
Number