UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-241 WBS |
| Plaintiff, | |
| v. | ORDER |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

----oo0oo----

Defendant Raymell Lamar Eason has filed a "Request of Counsel" (Docket No. 97) seeking appointment of an attorney to assist with his request for compassionate release under 18 U.S.C. § 3582 (Docket No. 94). There is no Sixth Amendment or statutory right to counsel for a motion under 18 U.S.C. § 3582(c). United States v. Bond, Case No. LA CR94-563 JAK, 2020 WL 4340257, at *1 (C.D. Cal. Feb. 25, 2020) (citing United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996); United States v. Whitebird, 55 F.3d 1007, 1010-11 (5th Cir. 1995)).

Here, good cause has not been shown to appoint counsel

1

for defendant's compassionate release motion.  The court notes that numerous defendants have filed compassionate release motions seeking modification of their sentences on account of COVID-19 and their particular circumstances, that defendant has already filed such a motion, and that it is not clear what assistance defendant requires at this point.  Accordingly, the request for appointed counsel is DENIED.

Defendant may file his reply in support of his motion for compassionate release within fourteen days of the date of this order.

IT IS SO ORDERED.

Dated:  September 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE