UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-241 WBS |
| Plaintiff, | |
| v. | ORDER |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

----oo0oo----

Defendant Raymell Lamar Eason has filed a "Motion to Pull Request for Certificate of Appeal." (Docket No. 110.) In the motion, defendant requests that the court "remove his request for a certificate of appeal," and explains that because "[i]t is not in [defendant's] best interest at this time . . . to pursue an appeal," the court should "dismiss his request." The court notes that defendant filed a notice of appeal on January 14, 2021 (Docket No. 107) but has not moved for a certificate of appealability. It appears, based on the procedural posture of this case and the text of his request at Docket 110, that

1

defendant wishes to dismiss his appeal.  This court has no power to dismiss an appeal.  Should defendant wish to dismiss his appeal, he must file such a request with the Ninth Circuit.

    IT IS SO ORDERED.

Dated:  January 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE