UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-241-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

----oo0oo----

Defendant Raymell Lamar Eason has filed a motion to reconsider the denial of his motion for compassionate release. (Docket No. 112.) The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the appeal. United States v. Ortega Lopez, 988 F.2d 70, 72 (9th Cir. 1993). Because defendant has appealed the denial of his motion for compassionate release, the court has no jurisdiction to consider defendant's motion to reconsider that denial. Accord United States v. Melkonyan, Case No. 2:14-cr-83 JAM (E.D. Cal. Apr. 27, 2020) (denying motion for compassionate

1

release in light of defendant's pending appeal contesting, among other things, the length of his sentence) (citing, inter alia, Ortega-Lopez, 988 F.2d at 72).  Accordingly, the motion to reconsider (Docket No. 112) is DENIED for lack of jurisdiction.

        IT IS SO ORDERED.

Dated: January 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE