1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff/Respondent
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:12-CR-00241-01 WBS-DB

12              Plaintiff/Respondent,    ORDER GRANTING
                                         EXTENSION OF TIME
13          v.

14  RAYMELL EASON,

15              Defendant/Movant.

16

17

18      On August 16, 2021, the United States requested a 21-day extension of time to file supplemental

19  briefing in light of the Ninth Circuit's remand and *Aruda*.

20      IT IS HEREBY ORDERED, that United States' request for a 21-day extension is granted.  The

21  response is now due September 6, 2021.   Defendant may file a supplemental reply brief within twenty

22  days from the date the government files its supplemental brief.

23      Dated:  August 16, 2021

24                                       _____
                                         WILLIAM B. SHUBB
25                                       UNITED STATES DISTRICT JUDGE

26

27

28

PROPOSED ORDER