# EXHIBIT 1

# SEALED PURSUANT TO RULE 141