UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYMELL LAMAR EASON,<br><br>        Defendant. | No. 2:12-cr-241 WBS<br><br><br><br>ORDER |

----oo0oo----

        Defendant has filed an "application" seeking leave to file an addendum to his compassionate release motion. (Docket No. 122.) In the application, defendant seeks to raise new arguments not previously raised in his original motion. However, this case was remanded by the Ninth Circuit for the limited purpose of "reassess[ing]" defendant's compassionate release motion "under the standard set forth in United States v. Aruda," 993 F.3d 797, 802 (9th Cir. 2021). (Docket No. 115.) As these new arguments go well beyond the issues raised in defendant's compassionate release motion, his appeal, and the Ninth Circuit's

1

remand, the court will not consider them at this time.

The court will reassess defendant's original compassionate release motion (Docket No. 94) in light of Aruda after briefing on remand is complete.[1]  The court expresses no opinion as to whether the arguments defendant raises in his application are timely or can otherwise be properly raised in a separate motion.

IT IS THEREFORE ORDERED that defendant's application for leave to file an addendum to his compassionate release motion be, and the same hereby is, DENIED.

Dated: September 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]  The court notes that while the government has filed its supplemental brief (Docket No. 120) in response to the court's order on remand (Docket No. 116), defendant has not yet filed his response to that supplemental brief.