UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-241-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

----oo0oo----

      Defendant's "Motion for Reconsideration of Reduction of Sentence/Compassionate Release" filed February 28, 2022 (Docket No. 132) is DENIED for the reasons discussed in the court's October 28, 2021 order (Docket No. 129).

      IT IS SO ORDERED.

Dated:  March 3, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1