1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                ----oo0oo----

11

12    UNITED STATES OF AMERICA,           No. 2:12-cr-241 WBS

13                    Plaintiff,

14         v.                              ORDER

15    RAYMELL LAMAR EASON,

16                    Defendant.

17

18                                ----oo0oo----

19              After the court denied defendant's motion for

20    compassionate release on October 28, 2021, the court denied

21    defendant's motion to reconsider for the reasons discussed in the

22    October 28, 2021 order.  (Docket Nos. 129, 133.)  On March 17,

23    2022, defendant filed a "Motion to Alter or Amend Judgment,

24    Pursuant to Fed. R. Civ. P., Rule 59(e)" (Docket No. 134), which

25    is defendant's second attempt to seek reconsideration of the

26    court's denial of compassionate release on October 28, 2021.  For

27    the reasons previously stated, defendant's March 17, 2022 motion

28    (Docket No. 134) is DENIED.

                                     1

1              IT IS SO ORDERED.

2    Dated:   March 24, 2022

3                                WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28