UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-241-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

----oo0oo----

Defendant Raymell Lamar Eason has filed a motion for relief under 28 U.S.C. § 2255. (Docket No. 142.)  The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order.  Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  March 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1