PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br><br>                         v.<br><br>RAYMELL EASON,<br><br>                                     Defendant. | CASE NO.  2:12-CR-00241-WBS-DB<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On April 15, 2023, the Government requested an extension of time to June 14, 2023, to file its response to the defendant's pro se motion pursuant to 28 U.S.C. § 2255.  ECF No. 142.

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The Government's response is now due June 14, 2023.   Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated:  April 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE