Benjamin Ramos, CA State Bar No.:15664
Law Office of Benjamin Ramos
705 East Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin_ramos@comcast.net

Attorney for Defendant/Movant
RAYMELL LAMAR EASON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RAYMELL LAMAR EASON,<br><br>            Defendant. | CASE NO.: 2:12-CR-00241-01 WBS<br><br>STIPULATION TO AMEND BRIEFING SCHEDULE FOR FILING A SUPPLEMENT TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE/MODIFICATION OF SENTENCE; ORDER |

STIPULATION

Plaintiff United States of America (the "Government"), by and through its counsel of record, and the Defendant/Movant, by and through his appointed counsel of record, hereby stipulate as follows:

1. The Defendant/Movant filed a pro se motion for compassionate release or sentence reduction on August 11, 2025.  (ECF No. 158.)

2. On August 13, 2025, the Court filed an Order requiring Plaintiff's opposition, if any, to the above-mentioned motion be filed within sixty (60) days and Defendant/Movant's reply within thirty (30) days thereafter. (ECF No. 159.)

3. On October 10, 2025, the Court filed an Order appointing undersigned counsel to represent Defendant/Movant. (ECF No. 160.)

4. Appointed counsel for Defendant has not yet received from the Federal Public Defender's Office defendant's institutional and medical records, which are routinely obtained via FOIA request.

Due to the present government shutdown, information obtained through FOIA requests may take longer than usual to arrive.

5. Accordingly, to accommodate potential delays caused by the present government shutdown and the need to obtain Defendant/Movant's institutional and medical records to support his motion, the parties jointly request that the Court amend the briefing schedule as follows:

    a) The Defendant/Movant's amended motion or supplement to the pro se motion for compassionate release/sentence reduction to be filed on or before Monday, January 12, 2026.

    b) The Government's response to the Defendant's amended motion or supplement to be filed on or before Thursday, February 11, 2026.

    c) The Defendant/Movant's reply to the Government's response to be filed on or before Tuesday, March 3, 2026.

    d) If additional time is required to obtain documents, investigate claims, or prepare filings, the parties will meet and confer and, if appropriate, submit a further stipulated request for a modified briefing schedule.

IT IS SO STIPULATED.

Dated: October 13, 2025

ERIC GRANT
United States Attorney

/s/ ROBERT YANG
ROBERT YANG
Assistant United States Attorney

Dated: October 13, 2025

/s/ BENJAMIN RAMOS
BENJAMIN RAMOS
Counsel for Defendant/Movant,
RAYMELL LAMAR EASON

## **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for sentence reduction:

    a) The Defendant/Movant's supplement to motion for compassionate release will be filed on or before January 12, 2026.

    b) The Government's response to the Defendant/Movant's supplement to be filed on or before February 11, 2026.

    c) The Defendant/Movant's reply to the Government's response to be filed on or before March 3, 2026.

IT IS SO ORDERED.

Dated: October 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE