Benjamin Ramos (SBN 15664)
LAW OFFICE OF BENJAMIN RAMOS
705 East Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin_ramos@comcast.net

*Attorney for Defendant/Movant,*
RAYMELL LAMAR EASON

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:12-CR-00241-01 WBS |
| Plaintiff, | **ORDER GRANTING MOTION TO AMEND BRIEFING SCHEDULE** |
| v. | |
| RAYMELL LAMAR EASON, | |
| Defendant. | |

Based upon the moving papers, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for sentence reduction/compassionate release:

a)  The Defendant/Movant's amended motion or supplement to the pro se motion for compassionate release/sentence reduction to be filed on or before Thursday, March 26, 2026.

b)  The Government's response to the Defendant's amended motion or supplement to be filed on or before Monday, April 27, 2026.

c)  The Defendant/Movant's reply to the Government's response to be filed on or before Monday, May 18, 2026.

IT IS SO ORDERED.

Dated:  January 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER GRANTING MOTION TO AMEND BRIEFING SCHEDULE