UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RAYMELL LAMAR EASON,<br><br>             Defendant. | No. 2:12-cr-241-01 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Raymell Lamar Eason has filed a motion for compassionate release or, in the alternative, for modification of his sentence under 18 U.S.C. § 3582(c)(1)(A) and the First Step Act. (Docket No. 158; see also Docket No. 165.) The court has already denied defendant's motions for compassionate release on three separate occasions. (See Docket Nos. 105, 129, 133.) Neither defendant's health nor any of the factors of 18 U.S.C. § 3553(a) support a different result here. Defendant has now served approximately 168 Months of his 224-month sentence and has recently been transferred to community custody to serve the

1

remainder of his term. The interests of justice require that he complete that term.

IT IS THEREFORE ORDERED that defendant Raymell Lamar Eason's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act (Docket No. 158), be, and the same hereby is, DENIED.

IT IS SO ORDERED.

Dated:  May 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2